IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Mei Pang, Individually and Behalf of All Others Similarly Situated

-vs-

Core Scientific Inc., Michael Levitt, Michael Trzupek, and Denise Sterling

Case No. 1:22-cv-01191-LY

**FILED**
NOV 3 0 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

### ORDER

BE IT REMEMBERED on this the **30th** day of **November**, 20**22**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Charles H. Linehan** ("Applicant"), counsel for **Plaintiff Mei Pang** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Plaintiff Mei Pang** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **30th** day of **November** 20**22**.

_____
UNITED STATES DISTRICT JUDGE