IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEI PANG,<br>Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>CORE SCIENTIFIC INC., MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>      Defendants. | Case No. 1:22-cv-01191<br><br>**[PROPOSED] ORDER APPROVING JOINT STIPULATION TO EXTEND TIME** |

  This matter is before the Court on the parties' Joint Stipulation To Extend Time For Defendants to Respond to the Complaint (Dkt. No. __).

  **IT IS HEREBY ORDERED that:**

  1. Counsel for Defendants are authorized to accept, and hereby do accept, service of the Complaint on behalf of Defendants, without prejudice to or waiver of any of Defendants' defenses, objections, or arguments, except as to the sufficiency of service of process;

  2. Defendants shall not be required to answer, move against, or otherwise respond to the Complaint at this time; and

  3. Within 14 days after the Court's appointment of a lead plaintiff pursuant to the PSLRA, the Court-appointed lead plaintiff and Defendants shall confer regarding, and submit to the Court for approval, a proposed schedule for the filing or designation of an operative complaint and for Defendants' responses thereto.

  Dated: December ___, 2022    _____
                       Judge Lee Yeakel
                       United States District Court