IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MEI PANG, individually and on behalf of all others similarly situated,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**CORE SCIENTIFIC, INC., MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,**<br><br>*Defendants*. | C.A. No. 22-cv-01191 |

## NOTICE OF SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE**, that, on December 21, 2022, Defendant Core Scientific, Inc. (along with its debtor affiliates, the "**Debtors**") filed voluntary petitions for relief (the "**Chapter 11 Cases**") in the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101, et seq.) (the "**Bankruptcy Code**"). The Debtors' Chapter 11 Cases are jointly administered under Case Number 22-90341 (DRJ). Copies of the Debtors' chapter 11 petitions are available on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com.[1]

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 362(a) of the Bankruptcy Code (the "**Automatic Stay**"), the filing of the chapter 11 bankruptcy petitions "operates as a stay,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Core Scientific Mining LLC (6971); Core Scientific, Inc. (3837); Core Scientific Acquired Mining LLC (N/A); Core Scientific Operating Company (5526); Radar Relay, Inc. (0496); Core Scientific Specialty Mining (Oklahoma) LLC (4327); American Property Acquisitions, LLC (0825); Starboard Capital LLC (6677); RADAR, LLC (5106); American Property Acquisition I, LLC (9717); and American Property Acquisitions, VII, LLC (3198). The Debtors' corporate headquarters and service address is 210 Barton Springs Road, Suite 300, Austin, Texas 78704.

applicable to all entities," of, among other things, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under the [Bankruptcy] Code, or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1), (3).

**PLEASE TAKE FURTHER NOTICE**, that any action against the Debtors without obtaining, from the Bankruptcy Court, relief from the Automatic Stay is void *ab initio* and may result in a finding of contempt for violation of the Automatic Stay. The Debtors reserve and retain their statutory rights to seek relief in the Bankruptcy Court from any action by Plaintiffs or any judgment, order, or ruling entered in violation of the Automatic Stay.

In the event the Court or any parties have questions regarding the Chapter 11 Cases, please contact proposed counsel for the Debtors:

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (*pro hac vice* pending)
Ronit J. Berkovich (*pro hac vice* pending)
Moshe A. Fink (*pro hac vice* pending)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:   Ray.Schrock@weil.com
         Ronit.Berkovich@weil.com
         Moshe.Fink@weil.com

*** Remainder of page intentionally left blank ***

3

| | |
|---|---|
| Dated: December 21, 2022 | */s/ Paul R. Genender*<br>**WEIL, GOTSHAL & MANGES LLP**<br>Paul R. Genender (00790758)<br>200 Crescent Court, Suite 300<br>Dallas, Texas 75201<br>Telephone: (214) 746-7700<br>Facsimile: (214) 746-7777<br>Email:   Paul.Genender@weil.com<br><br>*Counsel for Defendants*<br>*Core Scientific, Inc., Michael Levitt,*<br>*Michael Trzupek, and Denise Sterling* |