# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CORE SCIENTIFIC, INC., MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>Defendants. | Case No. 1:22-cv-01191<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CORE SCIENTIFIC, INC.** |

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mei Pang voluntarily dismisses her claims against Defendant Core Scientific, Inc. without prejudice. Plaintiff's claims against the other defendants remain.

Dated: December 27, 2022.                    Respectfully submitted,

/s/ Bruce W. Steckler
Bruce W. Steckler
Texas Bar I.D. 00785039
**STECKLER WAYNE CHERRY & LOVE PLLC**
12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
T: 972-387-4040
F: 972-387-4041
bruce@swclaw.com

**GLANCY PRONGAY & MURRAY LLP**
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

*Attorneys for Plaintiff Mei Pang*

## CERTIFICATE OF SERVICE

    I certify that on December 27, 2022, a true and correct copy of *Plaintiff's Notice of Voluntary Dismissal of Defendant Core Scientific, Inc.* was filed through the Court's CM/ECF system, which served notice on all counsel of record.

                                             */s/ Bruce W. Steckler*
                                             Bruce W. Steckler