IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
22 DEC 28 PM 1:03
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| MEI PANG, INDIVIDUALLY AND ON BEHALF IF ALL OTHERS SIMILARLY SITUATED,<br>    PLAINTIFF,<br><br>V.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, AND DENISE STERLING,<br>    DEFENDANTS. | § § § § § § § § § § § § | CIVIL NO. 1:22-CV-1191-LY |

## ORDER

Before the court is the above entitled cause of action. On December 27, 2022, Plaintiff filed a Notice of Voluntary Dismissal of Defendant Core Scientific, Inc. (Doc. #15). Accordingly,

**IT IS ORDERED** that the style in the case remaining before this court be modified as noted in the style utilized in this order. The clerk and the parties in this case are **FURTHER ORDERED** use the above-referenced style for all future pleadings in this case.

SIGNED this _28th_ day of December, 2022.

           _____
           LEE YEAKEL
           UNITED STATES DISTRICT JUDGE