IN NTHE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>Defendants. | § CIVIL ACTION NO. 1:22-cv-01191-LY<br>§<br>§ **MOVANT MORGAN HOFFMAN'S**<br>§ **APPENDIX ACCOMPANYING HIS**<br>§ **MOTION TO APPOINT MOVANT AS**<br>§ **LEAD PLAINTIFF AND TO APPROVE**<br>§ **LEAD PLAINTIFF'S SELECTION OF**<br>§ **COUNSEL**<br>§<br>§ CLASS ACTION<br>§<br>§ |

Attached are true and correct copies of the following exhibits:

Exhibit 1: PSLRA early notice issued on November 14, 2022;

Exhibit 2: Morgan Hoffman's PSLRA Certification;

Exhibit 3: Morgan Hoffman's Loss Chart;

Exhibit 4: The Rosen Law Firm, P.A.'s firm resume; and

Exhibit 5: Cochran Law, PLLC's firm resume.

Dated: January 13, 2023.    Respectfully submitted,

**COCHRAN LAW, PLLC**

<u>/s/ Stuart L. Cochran</u>
Stuart L. Cochran
Texas Bar No.: 24027936
8140 Walnut Hill Ln., Suite 250
Dallas, Texas 75231
Telephone: (469) 333-3405
Facsimile: (469) 333-3406
stuart@scochranlaw.com

*[Proposed] Liaison Counsel for Movant and the Class*

1

*[Proposed] Liaison Counsel for
Movant and the Class*

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen, Esq. (*pro hac vice* to be filed)
Phillip Kim, Esq. (*pro hac vice* to be filed)
275 Madison Avenue, 40th Floor
New York, NY 10116
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
Rina Restaino, Esq.
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Phone: (310) 301-3335
Fax: (213) 519-5876
Email: brian@schallfirm.com
Email: rina@schallfirm.com

*Additional Counsel for Movant and Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Stuart L. Cochran*
Stuart L. Cochran