# Exhibit 1





# CORZ CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against Core Scientific, Inc.

November 14, 2022 05:58 PM Eastern Standard Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Western District of Texas, captioned *Pang v. Core Scientific Inc., et al.,* Case No. 22-cv-1191, on behalf of persons and entities that purchased or otherwise acquired Core Scientific Inc. ("Core Scientific" or the "Company") (NASDAQ: CORZ) securities between **January 3, 2022 and October 26, 2022**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from this notice** to move the Court to serve as lead plaintiff in this action.

If you suffered a loss on your Core Scientific investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at www.glancylaw.com/cases/core-scientific-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

On March 3, 2022, Culper Research published a report about Core Scientific alleging, among other things, that the Company had overstated its profitability and that the Company's largest customer lacked the financial resources to deliver the rigs pursuant to its contract.

On this news, Core Scientific's stock fell $0.72, or 9.4%, to close at $6.98 on March 3, 2022, thereby injuring investors.

On September 28, 2022, Celsius Network LLC and related entities filed a motion to enforce the automatic stay and for civil contempt in bankruptcy proceedings alleging that Core Scientific "has knowingly and repeatedly violated the automatic stay provisions" by refusing to perform its contractual obligations, threatening to terminate the companies' agreement, and adding improper surcharges.

On this news, Core Scientific's stock price fell $0.15, or 10.3%, to close at $1.30 on September 29, 2022, thereby injuring investors.

On October 27, 2022, before the market opened, Core Scientific disclosed that "given the uncertainty regarding the Company's financial condition, substantial doubt exists about the Company's ability to continue as a going concern," and that it is exploring alternatives to its capital structure. Moreover, the Company held 24 bitcoins, compared to 1,051 bitcoins as of September 30, 2022.

On this news, Core Scientific's stock fell $0.789, or 78.1%, to close at $0.221 per share on October 27, 2022, on unusually high trading volume.

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that, due in part to the expiration of a favorable pricing agreement, the Company was experiencing increasing power costs; (2) that the Company's largest customer, Gryphon, lacked the financial resources to purchase the necessary miner rigs for Core Scientific to host; (3) that the Company was not providing hosting services to Celsius as required by their contract; (4) that the Company had implemented an improper surcharge to pass through power costs to Celsius; (5) that, as a result of the foregoing alleged breaches of contract, the Company was reasonably likely to incur liability to defend itself against Celsius; (6) that, as a result of the foregoing, the Company's profitability would be adversely impacted; (7) that, as a result, there was likely substantial doubt as to the Company's ability to continue as a going concern; and (8) as a result, Defendants' statements about its business, operations, and prospects were materially false and misleading and/or lacked reasonable basis at all relevant times.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired Core Scientific securities during the Class Period, you may move the Court no later than **60 days from this notice** to ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP, Los Angeles

Charles H. Linehan, 310-201-9150 or 888-773-9224

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

www.glancylaw.com

shareholders@glancylaw.com

# Exhibit 2

## **CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS**

1.      I, Morgan Hoffman, make this declaration pursuant to §27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or §21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Core Scientific, Inc. ("Core Scientific" or the "Company") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.      I did not purchase or acquire Core Scientific securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased or otherwise acquired Core Scientific securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet (Schedule "A") lists all of my transactions in Core Scientific securities during the Class Period, as specified in the Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct this day of __1/13/2023__.

DocuSigned by:

*Morgan Hoffman*

534EEA86ABC5478...

Morgan Hoffman

**SCHEDULE A**

**MORGAN HOFFMAN**

CLASS PERIOD TRANSACTIONS

**ACCOUNT 1 TRANSACTIONS**

**PURCHASES**

| DATE | SHARES | PRICE |
|------|--------|-------|
| 1/20/2022 | 25,000* | ($9.35) |
| 4/26/2022 | 3,096 | ($6.12) |
| 4/26/2022 | 2 | ($6.12) |
| 4/26/2022 | 100 | ($6.12) |
| 4/26/2022 | 100 | ($6.12) |
| 4/26/2022 | 2 | ($6.12) |
| 4/26/2022 | 300 | ($6.12) |
| 4/26/2022 | 200 | ($6.12) |
| 4/26/2022 | 1,000 | ($6.12) |
| 4/26/2022 | 10 | ($6.12) |
| 4/26/2022 | 90 | ($6.12) |
| 4/26/2022 | 100 | ($6.12) |
| 5/9/2022 | 5,000 | ($4.67) |
| 6/3/2022 | 18,546 | ($2.80) |
| 6/3/2022 | 500 | ($2.80) |
| 6/3/2022 | 300 | ($2.80) |
| 6/3/2022 | 200 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 700 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 8,200 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 107 | ($2.80) |
| 6/3/2022 | 300 | ($2.80) |
| 6/3/2022 | 500 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 900 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 69 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 600 | ($2.80) |
| 6/3/2022 | 73 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |

*Shares converted as part of the merger.

| DATE | SHARES | PRICE |
|---|---|---|
| 6/3/2022 | 56 | ($2.80) |
| 6/3/2022 | 36 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 179 | ($2.80) |
| 6/3/2022 | 600 | ($2.80) |
| 6/3/2022 | 39 | ($2.80) |
| 6/3/2022 | 700 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 3,400 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 900 | ($2.80) |
| 6/3/2022 | 700 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 195 | ($2.80) |
| 6/3/2022 | 300 | ($2.80) |
| 6/3/2022 | 300 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |

## ACCOUNT 2 STOCK TRANSACTIONS

### PURCHASES

| DATE | SHARES | PRICE |
|---|---|---|
| 1/20/2022 | 25,000* | ($9.35) |
| 4/19/2022 | 800 | ($7.82) |
| 4/19/2022 | 1,700 | ($7.82) |
| 4/21/2022 | 1,452 | ($6.58) |
| 4/21/2022 | 187 | ($6.58) |
| 4/21/2022 | 661 | ($6.58) |
| 4/21/2022 | 52 | ($6.58) |
| 4/21/2022 | 48 | ($6.58) |
| 4/21/2022 | 100 | ($6.58) |
| 5/9/2022 | 5,000 | ($4.61) |
| 5/11/2022 | 5,000 | ($3.87) |
| 6/3/2022 | 27,076 | ($2.81) |
| 6/3/2022 | 5,302 | ($2.81) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 400 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 3,500 | ($2.80) |

| Date | Quantity | Price |
|------|----------|-------|
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 300 | ($2.80) |
| 6/3/2022 | 662 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 6 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 69 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 285 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 100 | ($2.80) |
| 6/3/2022 | 200 | ($2.80) |
| 10/19/2022 | 7,800 | ($0.99) |
| 10/19/2022 | 100 | ($0.99) |
| 10/19/2022 | 100 | ($0.99) |
| 10/19/2022 | 450 | ($0.99) |
| 10/19/2022 | 700 | ($0.99) |
| 10/19/2022 | 50 | ($0.99) |
| 10/19/2022 | 100 | ($0.99) |
| 10/19/2022 | 700 | ($0.99) |

## ACCOUNT 2 OPTIONS TRANSACTIONS

| DATE | DESCRIPTION | QUANTITY | SYMBOL | PRICE |
|------|-------------|----------|--------|-------|
| 1/21/2022 | Bought 500 CORZ March 18 '22 $10 Call @ 0.55 | 500 | CORZ March 18 '22 $10 Call | ($0.55) |
| 1/21/2022 | Bought 500 CORZ March 18 '22 $10 Call @ 0.55 | 500 | CORZ March 18 '22 $10 Call | ($0.55) |
| 3/18/2022 | 500 CORZ March 18 '22 $10 Call Expired | 500 | CORZ March 18 '22 $10 Call | $0.00 |
| 3/18/2022 | 500 CORZ March 18 '22 $10 Call Expired | 500 | CORZ March 18 '22 $10 Call | $0.00 |

# Exhibit 3

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | $0.16 |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| **Morgan Hoffman** | | | | | | | | | | | | |
| Account 1 | 1/20/2022 * | 25,000 | ($9.35) | ($233,750.00) | | | | | | | | |
| | 4/26/2022 | 3,096 | ($6.12) | ($18,947.52) | | | | | | | | |
| | 4/26/2022 | 2 | ($6.12) | ($12.24) | | | | | | | | |
| | 4/26/2022 | 100 | ($6.12) | ($612.00) | | | | | | | | |
| | 4/26/2022 | 100 | ($6.12) | ($612.00) | | | | | | | | |
| | 4/26/2022 | 2 | ($6.12) | ($12.24) | | | | | | | | |
| | 4/26/2022 | 300 | ($6.12) | ($1,836.00) | | | | | | | | |
| | 4/26/2022 | 200 | ($6.12) | ($1,224.00) | | | | | | | | |
| | 4/26/2022 | 1,000 | ($6.12) | ($6,120.00) | | | | | | | | |
| | 4/26/2022 | 10 | ($6.12) | ($61.20) | | | | | | | | |
| | 4/26/2022 | 90 | ($6.12) | ($550.80) | | | | | | | | |
| | 4/26/2022 | 100 | ($6.12) | ($612.00) | | | | | | | | |
| | 5/9/2022 | 5,000 | ($4.67) | ($23,349.50) | | | | | | | | |
| | 6/3/2022 | 18,546 | ($2.80) | ($51,928.80) | | | | | | | | |
| | 6/3/2022 | 500 | ($2.80) | ($1,400.00) | | | | | | | | |
| | 6/3/2022 | 300 | ($2.80) | ($840.00) | | | | | | | | |
| | 6/3/2022 | 200 | ($2.80) | ($560.00) | | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | | |
| | 6/3/2022 | 700 | ($2.80) | ($1,960.00) | | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | | |
| | 6/3/2022 | 8,200 | ($2.80) | ($22,960.00) | | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | | |
| | 6/3/2022 | 107 | ($2.80) | ($299.60) | | | | | | | | |
| | 6/3/2022 | 300 | ($2.80) | ($840.00) | | | | | | | | |
| | 6/3/2022 | 500 | ($2.80) | ($1,400.00) | | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | | |
| | 6/3/2022 | 900 | ($2.80) | ($2,520.00) | | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | | |
| | 6/3/2022 | 69 | ($2.80) | ($193.20) | | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | | |
| | 6/3/2022 | 600 | ($2.80) | ($1,680.00) | | | | | | | | |
| | 6/3/2022 | 73 | ($2.80) | ($204.40) | | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | | |
| | 6/3/2022 | 56 | ($2.80) | ($156.80) | | | | | | | | |
| | 6/3/2022 | 36 | ($2.80) | ($100.80) | | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | | |
| | 6/3/2022 | 179 | ($2.80) | ($501.20) | | | | | | | | |

| | | | | | | | |
|---|---|---:|---:|---:|---|---:|---:|
| | 6/3/2022 | 600 | ($2.80) | ($1,680.00) | | | |
| | 6/3/2022 | 39 | ($2.80) | ($109.20) | | | |
| | 6/3/2022 | 700 | ($2.80) | ($1,960.00) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | |
| | 6/3/2022 | 3,400 | ($2.80) | ($9,520.00) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | |
| | 6/3/2022 | 900 | ($2.80) | ($2,520.00) | | | |
| | 6/3/2022 | 700 | ($2.80) | ($1,960.00) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | |
| | 6/3/2022 | 195 | ($2.80) | ($545.03) | | | |
| | 6/3/2022 | 300 | ($2.80) | ($838.50) | | | |
| | 6/3/2022 | 300 | ($2.80) | ($838.50) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($279.50) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($279.50) | | | |
| | | 75,000 | | ($399,694.53) | | 75,000 $12,169.66 | ($387,524.87) |
| Account 2 | 1/20/2022 * | 25,000 | ($9.35) | ($233,750.00) | | | |
| | 4/19/2022 | 800 | ($7.82) | ($6,256.00) | | | |
| | 4/19/2022 | 1,700 | ($7.82) | ($13,294.00) | | | |
| | 4/21/2022 | 1,452 | ($6.58) | ($9,554.16) | | | |
| | 4/21/2022 | 187 | ($6.58) | ($1,230.46) | | | |
| | 4/21/2022 | 661 | ($6.58) | ($4,349.38) | | | |
| | 4/21/2022 | 52 | ($6.58) | ($342.16) | | | |
| | 4/21/2022 | 48 | ($6.58) | ($315.84) | | | |
| | 4/21/2022 | 100 | ($6.58) | ($658.00) | | | |
| | 5/9/2022 | 5,000 | ($4.61) | ($23,050.00) | | | |
| | 5/11/2022 | 5,000 | ($3.87) | ($19,350.00) | | | |
| | 6/3/2022 | 27,076 | ($2.81) | ($76,083.56) | | | |
| | 6/3/2022 | 5,302 | ($2.81) | ($14,898.62) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | |
| | 6/3/2022 | 400 | ($2.80) | ($1,120.00) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | |
| | 6/3/2022 | 3,500 | ($2.80) | ($9,800.00) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | |

| Date | Description | Shares | Price | Amount | Date2 | Description2 | Total Shares | Value | Loss |
|---|---|---|---|---|---|---|---|---|---|
| 6/3/2022 | | 300 | ($2.80) | ($840.00) | | | | | |
| 6/3/2022 | | 662 | ($2.80) | ($1,853.60) | | | | | |
| 6/3/2022 | | 100 | ($2.80) | ($280.00) | | | | | |
| 6/3/2022 | | 6 | ($2.80) | ($16.80) | | | | | |
| 6/3/2022 | | 100 | ($2.80) | ($280.00) | | | | | |
| 6/3/2022 | | 69 | ($2.80) | ($193.20) | | | | | |
| 6/3/2022 | | 100 | ($2.80) | ($280.00) | | | | | |
| 6/3/2022 | | 100 | ($2.80) | ($280.00) | | | | | |
| 6/3/2022 | | 100 | ($2.80) | ($280.00) | | | | | |
| 6/3/2022 | | 285 | ($2.80) | ($798.00) | | | | | |
| 6/3/2022 | | 100 | ($2.80) | ($280.00) | | | | | |
| 6/3/2022 | | 100 | ($2.80) | ($280.00) | | | | | |
| 6/3/2022 | | 100 | ($2.80) | ($280.00) | | | | | |
| 6/3/2022 | | 200 | ($2.80) | ($560.00) | | | | | |
| 10/19/2022 | | 7,800 | ($0.99) | ($7,722.00) | | | | | |
| 10/19/2022 | | 100 | ($0.99) | ($99.00) | | | | | |
| 10/19/2022 | | 100 | ($0.99) | ($99.00) | | | | | |
| 10/19/2022 | | 450 | ($0.99) | ($445.50) | | | | | |
| 10/19/2022 | | 700 | ($0.99) | ($693.00) | | | | | |
| 10/19/2022 | | 50 | ($0.99) | ($49.50) | | | | | |
| 10/19/2022 | | 100 | ($0.99) | ($99.00) | | | | | |
| 10/19/2022 | | 700 | ($0.99) | ($693.00) | | | | | |
| 1/21/2022 | CORZ 03/18/2022 10.00 C | | ($0.55) | ($27,700.00) | 3/18/2022 | CORZ 03/18/2022 10.00 C | | | |
| 1/21/2022 | CORZ 03/18/2022 10.00 C | | ($0.55) | ($27,700.00) | 3/18/2022 | CORZ 01/21/2022 15.00 C | | | |
| | | 90,000 | | ($462,073.78) | | | 90,000 | $14,603.59 | ($447,470.19) |
| | | | | | | **Total** | | | **($834,995.06)** |

* Merger
conversion
shares using
closing price
on 1/20

# Exhibit 4

# THE ROSEN LAW FIRM P.A.
## BIOGRAPHY

## I.      ATTORNEYS

### LAURENCE ROSEN  -  MANAGING PARTNER

Laurence Rosen is a 1988 graduate of New York University School of Law.  He earned an M.B.A. in finance and accounting at the University of Chicago Graduate School of Business and a B.A. in Economics from Emory University.  Mr. Rosen served as a law clerk to the Honorable Stanley S. Brotman, Senior United States District Judge for the District of New Jersey.  Mr. Rosen entered private practice as an associate at the law firm of Skadden Arps Slate Meagher & Flom in New York City where he participated in a number of complex securities class action and derivative litigation matters. He later served as an associate at McCarter & English in Newark, New Jersey where he specialized in securities and business litigation.

After practicing general securities and commercial litigation in New York City with Solton Rosen & Balakhovsky LLP, Mr. Rosen founded The Rosen Law Firm to represent investors exclusively in securities class actions and derivative litigation.  Mr. Rosen is admitted to practice law in New York, California, Florida, New Jersey and the District of Columbia.  Mr. Rosen is also admitted to practice before numerous United States District Courts throughout the country and the United States Court of Appeals for the Second, Fourth, and Sixth Circuits.

In 2019-2022 Lawdragon named Mr. Rosen as one of the 500 Leading Plaintiff Financial Lawyers.  Mr. Rosen was also named by law360 as Titan of Plaintiffs' Bar for 2020.

### PHILLIP KIM – PARTNER

Mr. Kim graduated from Villanova University School of Law in 2002.  He received a B.A. in Economics from The Johns Hopkins University in Baltimore, Maryland in 1999.  Prior to joining The Rosen Law Firm, Mr. Kim served as Assistant Corporation Counsel for the City of New York

in the Special Federal Litigation Division.  In that position, Mr. Kim defended a number of class action lawsuits, litigated numerous individual actions, and participated in more than seven trials. Mr. Kim focuses his practice on securities class actions and shareholder derivative litigation.  Mr. Kim is admitted to the bar of the State of New York and admitted to practice in the Southern, Eastern, Northern and Western Districts of New York, the District of Colorado, the Eastern District of Wisconsin, and United States Court of Appeals for the Second, Sixth and Ninth Circuits.

In 2019-2022 Lawdragon named Mr. Kim as one of the 500 Leading Plaintiff Financial Lawyers.

### JACOB A. GOLDBERG – PARTNER

Mr. Goldberg is a 1988 graduate of Columbia University.  Mr. Goldberg received his J.D., *cum laude*, from the Temple University School of Law in 1992.  For over 23 years, Mr. Goldberg has litigated complex cases at the highest levels, championing the rights of investors, employees and consumers.  Mr. Goldberg has recovered over $200 million for investors in securities class actions.  In addition to serving in leadership roles in securities class actions,  Mr. Goldberg  has litigated many cases under state corporations laws, against faithless boards of directors both on behalf of shareholders, in the mergers and acquisitions context, and, derivatively, on behalf of corporations, to remedy harm to the corporation itself.  Mr. Goldberg is admitted to practice law in the Commonwealth of Pennsylvania, New York, the United States Supreme Court, the United States Court of Appeals for the Second, Third, Fourth and Sixth Circuits, and various United States District Courts across the country.

In 2019-2022 Lawdragon named Mr. Goldberg as one of the 500 Leading Plaintiff Financial Lawyers.

# JONATHAN A. SAIDEL – PARTNER

Mr. Saidel has had a long and distinguished career in Pennsylvania politics, as well as in the roles of attorney, accountant and author. He served as Philadelphia city controller for four consecutive terms, each time earning reelection by a wide margin, and enacting financial reforms that have saved taxpayers upwards of $500 million. Later, in 2010 he went on to campaign for lieutenant governor of Pennsylvania, where he was runner-up to Scott Conklin by only a few thousand votes out of almost 1 million cast. A Lifelong resident of Northeast Philadelphia, Mr. Saidel's tireless dedication to fiscal discipline reduced the city's tax burden and spurred economic development. Mr. Saidel also pushed for important business tax incentives and expanded minority and small business lending, all of which have revitalized the city, helping it prosper and come back from the brink of bankruptcy in the early 1990's to become one of the most vibrant cities on the East Coast.

Mr. Saidel's book, "Philadelphia: A New Urban Direction", is widely considered an essential guide for effective government and corporate governance and is required reading at many colleges and universities.

Mr. Saidel received his JD from the Widener University of Law and is a graduate of Temple University. He is also an adjunct lecturer at the University of Pennsylvania Fels Institute of Government, and Drexel University's MBA Program. In addition to being a Certified Public Account, Jonathan is a recipient of the National Association of Local Government Auditor's Knighton Award, the President's Council on Integrity and Efficiency Award for Excellence, multiple special project awards from the National Association of Local Government Auditors, and the "Controller of the Year" award, a peer recognition presented by the Pennsylvania City Controllers Association.

**SARA FUKS – PARTNER**

Ms. Fuks graduated from Fordham University School of Law, *cum laude*, in February 2005, where she was a member of Fordham Law Review. She received her B.A. in Political Science, *magna cum laude*, from New York University in 2001. Ms. Fuks began her practice at Dewey Ballantine, LLP where she focused on general commercial litigation and then went on to prosecute numerous ERISA and securities class actions as an associate at Milberg LLP. Ms. Fuks is admitted to the bar of the State of New York and admitted to practice in the United States Southern and Eastern District Courts of New York.

**JONATHAN HORNE- PARTNER**

Mr. Horne is a 2009 graduate of New York University School of Law, where he received the Lederman/Milbank Law, Economics, and Business fellowship, and holds a B.A. in Economics & Philosophy from the University of Toronto. Mr. Horne began his practice at Kaye Scholer LLP. Mr. Horne specializes in securities litigation. He is admitted to practice in New York and the United States District Courts for the District of Colorado and the Southern and Eastern Districts of New York. Mr. Horne was named a Super Lawyer – Rising Star for the New York Metro Area.

**YU SHI – PARTNER**

Mr. Shi received his J.D. from Columbia Law School in 2011 and his B.A., *cum laude*, from Columbia University in 2008. In 2022, Law360 named Mr. Shi as one of the top securities attorneys under the age of 40. He has been selected to *Super Lawyers* New York Metro Rising Stars list each year since 2018. Mr. Shi began his career as a Special Assistant Corporation Counsel in the New York City Law Department's Economic Development Division. Mr. Shi joined The Rosen Law Firm in 2012 and focuses his practice on securities litigation. He is admitted to practice in the State of New York, the United States District Courts for the Eastern District of

New York, Southern Districts of New York, and the District of Colorado, and the United States Court of Appeals for the Second Circuit.

**JONATHAN STERN – PARTNER**

Mr. Stern graduated from New York University School of Law in May of 2008, where he was a Development Editor of the Annual Survey of American Law. He received his B.A. in Philosophy with Honors from McGill University. Mr. Stern began his practice in the litigation department of Simpson Thacher & Bartlett LLP, and then went on to practice at the litigation boutique of Simon & Partners LLP, where he participated in a Federal trial. Mr. Stern is admitted to the bar of the State of New York and admitted to practice in the United States Southern and Eastern District Courts of New York and the United States Court of Appeals for the Second Circuit. for the First, Sixth, Seventh, Eighth and Ninth Circuits, and the United States Supreme Court.

**ROBIN BRONZAFT HOWALD – COUNSEL**

Ms. Howald is a graduate of Stanford Law School where she was a member of the Stanford Law Review. Ms. Howald earned her BA from Barnard College, magna cum laude. Ms. Howald joined the firm in 2021 and focuses her practice on securities litigation. For the last 15 years, Ms. Howald has prosecuted major securities litigations. She was one of the lead attorneys in cases that achieved settlements of $250 million for injured investors, including *Schleicher v. Wendt*, 618 F.3d 679 (7th Cir. 2010) ($41.5 million), *In re Mannkind Corp. Securities Litigation* (C.D. California) ($23 million); *In re ECI Telecom Ltd. Securities Litigation* (Eastern District of Virginia) ($21.75 million), *In re Gilat Satellite Networks, Ltd. Securities Litigation* (E.D.N.Y.) ($20 million), *In re Musicmaker.com Securities Litigation*, 2001 WL 34062431 (C.D. Cal. 2001) ($13.75 million), *In re Puda Coal Inc. Securities Litigation* (S.D.N.Y.) ($8.6 million following reconsideration of grant of summary judgment), *Jenson v. Fiserv Trust Co.*, 256 F. App'x. 924 (9th Cir. 2007) ($8.5 million recovered for victims of a Ponzi scheme). Ms. Howald is admitted to the bars of California, New

York, the United States District Courts for the Eastern and Southern Districts of New York, the Central, Eastern, and Northern Districts of California, the Eastern District of Michigan, the United States Court of Appeals.

**BRIAN ALEXANDER – COUNSEL**

Mr. Alexander graduated from Harvard Law School, *cum laude*, in 2008. He received a B.A. from Cornell University, *magna cum laude*, in 2003. Prior to joining the Rosen Law Firm, Mr. Alexander practiced complex commercial litigation at Boies Schiller Flexner LLP and other prominent law firms in New York. He also served as a law clerk to the Honorable Raymond J. Dearie of the United States District Court for the Eastern District of New York. He is admitted to practice in New York and in the United States District Courts for the Eastern and Southern Districts of New York.

**JING CHEN - COUNSEL**

Ms. Chen received a Juris Doctor degree from Pace University School of Law in 2011, Juris Master degree from China University of Political Science and Law in Beijing, China and B.A. in English Literature and Linguistics from Shandong University in Jinan, China. She is admitted to practice in New York, New Jersey and China. Prior to joining The Rosen Law Firm, Ms. Chen practiced corporate law, commercial transactions and arbitration for over two years.

**GONEN HAKLAY – COUNSEL**

Mr. Haklay graduated from Stanford University School of Law in 1995. He received a B.A. in Political Science from The University of Massachusetts at Amherst in 1992. After several years as an associate at a large Philadelphia law firm, Mr. Haklay joined the Philadelphia District Attorney's office. As a prosecutor, he tried over 100 criminal jury cases and handled both capital and non-capital homicide cases. After 12 years as prosecutor, Mr. Haklay joined a prominent plaintiffs' firm where he tried over ten asbestos cases, recovering millions of dollars for his clients.

As a young man, Mr. Haklay served as an infantryman in the Israel Defense Forces. Mr. Haklay is admitted to the bars of the Commonwealth of Pennsylvania, the State of New Jersey, the United States District Court for the Eastern District of Pennsylvania, and the United States Third Circuit Court of Appeals.

### DANIEL TYRE-KARP – COUNSEL

Prior to joining The Rosen Law Firm in May 2018, Mr. Tyre-Karp was a senior associate in the securities litigation and corporate governance group at Weil, Gotshal & Manges, where he advised corporate and individual clients on a variety of high-stakes regulatory and litigation matters in state and federal courts. Mr. Tyre-Karp's extensive experience includes working on several of the largest recent shareholder class action litigations (*In re American International Group, Inc. 2008 Securities Litigation*, Docket No. 08-CV-4772 (S.D.N.Y.) and related opt-out actions; *In re El Paso Corporation Shareholder Litigation*, Docket No. 6949 (Del. Ch.)), participating in complex business and bankruptcy litigations (*In re Lehman Brothers Holdings, Inc., et al*, Docket No. 1:08-bk-13555 (Bankr. S.D.N.Y.), and advising numerous clients facing FINRA and SEC investigations. Mr. Tyre-Karp graduated with honors from Wesleyan University in 2003 and received his J.D. from New York University School of Law in 2009, where he served as Senior Notes Editor of the Journal of Legislation and Public Policy. He is admitted to practice in New York and the United States District Courts for the Southern and Eastern Districts of New York.

### ERICA STONE- COUNSEL

Ms. Stone graduated from the Benjamin N. Cardozo School of Law in 2013. She received her B.A. in Political Science and Communications, *cum laude,* from the University of Pennsylvania in 2009. She is admitted to practice in New York, New Jersey, and the United States

District Courts for the Southern District and Eastern District of New York, the District of New Jersey, and the Eastern District of Wisconsin.

**JOSHUA BAKER – ATTORNEY**

Mr. Baker graduated from the New York University School of Law in 2013. He received a B.A. from the University of Maryland in 2009. Prior to joining the Rosen Law Firm, Mr. Baker practiced complex commercial litigation for a New York firm. He is admitted to practice in New York, Massachusetts, and United States District Courts for the Eastern and Southern Districts of New York.

**MICHAEL COHEN - ATTORNEY**

Mr. Cohen focuses his practice on securities and shareholder derivative litigation. Prior to joining The Rosen Law Firm in 2021, Mr. Cohen was an associate in the litigation practice of Kramer Levin Naftalis & Frankel LLP, where he advised corporate and individual clients on a wide variety of litigation and regulatory matters in federal and state courts. He has also served as a law clerk to the Honorable Corinne Beckwith of the District of Columbia Court of Appeals. Mr. Cohen is admitted to practice in New York and the United States District Courts for the Eastern and Southern Districts of New York.

**RYAN HEDRICK –ATTORNEY**

Mr. Hedrick received his J.D. from the University of Chicago in 2019. He received his B.A. in Linguistics and Political Science, *summa cum laude*, from The Ohio State University in 2015. Mr. Hedrick joined the Rosen Law Firm in August 2019. Mr. Hedrick is admitted to practice in New York, New Jersey, and the United States District Court for the District of New Jersey

**HA SUNG (SCOTT) KIM – ATTORNEY**

Mr. Kim received his J.D. from the Columbia Law School in 2017. He received his B.A., *magna cum laude*, from Wheaton College in 2013. Mr. Kim joined the Rosen Law Firm in January 2020. Mr. Kim is admitted to practice in New York.

**BRENT LAPOINTE – ATTORNEY**

Mr. LaPointe received his J.D., *cum laude*, from the University of Michigan Law School in 2010, where he served as an Articles Editor on both the Michigan Journal of Law Reform and the Michigan Journal of Gender & Law. Mr. LaPointe received a B.B.A. in Accounting & Information Systems and Political Science, *cum laude*, from the University of Massachusetts-Amherst in 2006. Mr. LaPointe focuses his practice on securities litigation.

**LEAH HEIFETZ-LI – ATTORNEY**

Ms. Heifetz-Li is a 2009 graduate of Columbia Law School, and received a B.A. from the University of Pennsylvania. Ms. Heifetz-Li served as a Law Clerk to the Honorable Cynthia S. Kern, New York State Supreme Court, New York County. She has extensive experience in class action litigation, having previously practiced at a large class action firm representing shareholders in merger and acquisition litigation as well as shareholder derivative actions. Ms. Heifetz-Li has worked on case teams that secured significant financial recoveries for stockholders as well as corporate governance reforms in the Delaware Court of Chancery and other courts throughout the country.

**IAN MCDOWELL- ATTORNEY**

Mr. McDowell graduated *cum laude* from the University of Richmond School of Law in 2022. He received his B.A. from James Madison University in 2016. Mr. McDowell is admitted to practice in Maryland.

**CHRISTIE BUZZETTI- LAW CLERK**

Ms. Buzzetti graduated from Brooklyn Law School in 2022. She received her B.A. in Political Science from the University of California, Los Angeles in 2016. Ms. Buzzetti passed the New York bar exam and her admission is pending.

## II. RECENT ACCOMPLISHMENTS OF THE ROSEN LAW FIRM PA

- **Alibaba Group Holding Ltd.**, (S.D.N.Y.). Rosen Lead Counsel. **$250 million**.

- **Fiat Chrysler Automobiles**, (S.D.N.Y.). Rosen Co-Lead Counsel. **$110 million**.

- **Silver Wheaton Corp.**, (C.D. Cal.). Rosen Lead Counsel. **$41.5 million**.

- **Omega Healthcare Investors, Inc.,** (S.D.N.Y.). Rosen Lead Counsel. **$30.75 million,** pending court approval.

- **Magnachip Semiconductor Corp.**, (N.D. Cal.). Rosen Co-Lead Counsel. **$29.7 million**.

- **Och-Ziff Capital Management Group LLC**,(S.D.N.Y.). Rosen Co-Lead Counsel. **$28.75 million**.

- **Walter Investment Management**, (S.D. Fla.). Rosen Co-Lead Counsel. **$24 million**.

- **Galena Biopharma, Inc.,** (D. Or.). Rosen Co-Lead Counsel. **$20.165 million**.

- **El Pollo Loco Holdings, Inc.,** (C.D. Cal.). Rosen Co-Lead Counsel. **$20 million**.

- **Tibet Pharmaceuticals, Inc.,** (D.N.J.). Rosen Lead Counsel. **$14 million bankruptcy settlement. $2.075 million** with auditor.

- **USA Technologies, Inc.,** (E.D. Pa.). Rosen Lead Counsel. **$15.3 million**.

- **Silvercorp Metals, Inc.,** (S.D.N.Y.). Rosen Plaintiffs' Counsel. **$14 million**.

- **Sandridge Energy, Inc.,** (W.D. Okla.). Rosen Co-Lead Counsel. **$13.945 million**.

- **Blue Apron Holdings, Inc.,** (E.D.N.Y.). Rosen Co-Lead Counsel. **$13.25 million.**

- **Canopy Growth Corporation**, (D.N.J.). Rosen Co-Lead Counsel. **$13 million**.

- **SeaWorld Entertainment Inc. (Shareholder Derivative)** (Del. Ch.). Rosen Co-Lead Counsel. **$12.5 million.**

- **The RealReal, Inc.,** (N.D. Cal.). Rosen Lead Counsel. **$11 million**.

- **Prosper Marketplace, Inc.,** (Cal. Superior). Rosen Class Counsel. **$10 million.**

- **PG&E Corp.,** (N.D. Cal.). Rosen Co-Lead Counsel. **$10 million**.

- **Textainer Financial Servs. Corp.,** (Cal. Superior). Rosen Co-Lead Counsel. **$10 million**.

- **Quest Energy Partners LP**, (W.D. Okla.). Rosen Lead Counsel. **$10.1 million** all classes.

- **comScore, Inc. (Shareholder Derivative)**, Rosen Co-Lead Counsel. **$10 million**.

- **Santander Consumer USA Holdings Inc.,** (N.D. Tex.). Rosen Co-Lead Counsel. **$9.5 million.**

- **Uxin Limited**, (E.D.N.Y.). Rosen Lead Counsel. **$9.5 million.**

- **Concordia International Corp.,** (S.D.N.Y.). Rosen Lead Counsel. **$9.25 million.**

- **PPDAI Group Inc.,** (E.D.N.Y.). Rosen Lead Counsel. **$9 million**.

- **Puda Coal**, (S.D.N.Y.). Rosen Co-Lead Counsel. **$8.7 million**.

- **RINO International Corporation**, (C.D. Cal.). Rosen Lead Counsel. **$8,685,000**.

- **Acer Therapeutics, Inc.,** (S.D.N.Y.). Rosen Lead Counsel. **$8.35 million**.

- **Montage Technology Group Limited**, (N.D. Cal.). Rosen Lead Counsel. **$7.25 million.**

- **AgFeed Industries**, (M.D. Tenn.). Rosen Lead Counsel. **$7 million**.

- **Sundial Growers, Inc.,** (S.D.N.Y.). Rosen Co-Lead Counsel. **$7 million**.

- **Akazoo S.A.,** (E.D.N.Y.). Rosen Co-Lead Counsel. **$6.51 million**.

- **Aeterna Zentaris, Inc.,** (D. N.J.). Rosen Class Counsel. **$5.3 million**.

- **FalconStor Software, Inc.,** (E.D.N.Y.). Rosen Lead Counsel. **$5 million**.

- **Jumia Technologies AG**, (S.D.N.Y.). Rosen Lead Counsel. **$5 million**.

- **Momo, Inc.**, (S.D.N.Y.). Rosen Lead Counsel. **$5 million**.

- **SOS Limited**, (D.N.J.). Rosen Co-Lead Counsel. **$5 million.**

- **Jumia Technologies AG**, (S.D.N.Y.). **$5 million.**

- **State Street**, (D. Mass.). Rosen Lead Counsel. **$4.9 million**.

- **Altice USA Inc.**, (E.D.N.Y.). Rosen Lead Counsel. **$4.75 million**.

- **KIOR, Inc.**, (S.D. Tex.). Rosen Co-Lead Counsel. **$4.5 million**.

- **Entropin, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$4.5 million**.

- **Uni-Pixel, Inc.**, (S.D. Tex.). Rosen Co-Lead Counsel. **$4.5 million**.

- **China Expert Technology, Inc.**, (S.D.N.Y.). Rosen Lead Counsel. **$4.2 million**.

- **IDreamSky Technology Limited**, (S.D.N.Y.). Rosen Co-Lead Counsel. **$4.15 million.**

- **Universal Travel Group, Inc.**, (D.N.J.). Rosen Lead Counsel. **$4.075 million**.

- **Allegiant Travel Co.**, (D. Nev.). Rosen Lead Counsel. **$4 million**.

- **Zynerba Pharms., Inc.**, (E.D. Pa.). Rosen Co-Lead Counsel. **$4 million**.

- **Liberty Oilfield Services, Inc.**, (D. Colo.). Rosen Lead Counsel. **$3.9 million**.

- **China Electric Motor, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$3,778,333.33**.

- **IsoRay, Inc.**, (E.D. Wash.). Rosen Co-Lead Counsel. **$3,537,500**.

- **Deer Consumer Products, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$3.55 million**.

- **SAExploration Holdings, Inc.**, (S.D. Tex.). **$3.55 million**.

- **L&L Energy, Inc.**, (S.D.N.Y.). Rosen Lead Counsel. **$3.5 million**.

- **Catalyst Pharmaceutical Partners, Inc.**, (S.D. Fla.). Rosen Lead Counsel. **$3.5 million**.

- **Keyuan Petrochemicals, Inc. and Auditor**, (S.D.N.Y.) & (D.N.J.). Rosen Lead Counsel. **$3.5 million**.

- **StockerYale, Inc.**, (D.N.H.). Rosen Lead Counsel. **$3.4 million**.

- **Industrial Enterprises of America, Inc.,** (S.D.N.Y.). Rosen Co-Lead Counsel. **$3.4 million**.

- **Ampio Pharmaceuticals, Inc.,** (C.D. Cal.). Rosen Lead Counsel. **$3.4 million**.

- **Textura Corporation**, (N.D Ill.). Rosen Lead Counsel. **$3.3 million**.

- **Roka Bioscience, Inc.,** (D.N.J.). Rosen Lead Counsel. **$3.275 million**.

- **Intrusion, Inc.,** No. 21-cv-307-SDJ (E.D. Tex.). Rosen Lead Counsel. **$3.25 million.**

- **Wedbush Morgan Securities, Inc.,** (Cal. Superior). Co-Lead Counsel. **$3.2 million**.

- **New Oriental Education & Technology Group Inc.,** (D.N.J.). Rosen Co-Lead Counsel. **$3.15 million**.

- **TierOne Corporation**, (D. Neb.). Rosen Lead Counsel. **$3.1 million**.

- **Cadiz, Inc.,** (C.D. Cal.). Rosen Co-Lead Counsel. **$3 million**.

- **Fat Brands, Inc.,** (C.D. Cal.). Rosen Lead Counsel. **$3 million**, pending court approval.

- **China Finance Online Co. Limited**, (S.D.N.Y.). Rosen Lead Counsel. **$3 million**.

- **Skilled Healthcare Group, Inc.,** (C.D. Cal.). Rosen Co-Lead Counsel. **$3 million**.

- **Spectrum Pharms. Inc.,** (D. Nev.). Rosen Lead Counsel. **$2.995 million**.

- **MiMedx Group, Inc.,** (N.D. Ga.). Rosen Lead Counsel. **$2.979** million.

- **Pegasus Communications Corp**, (E.D. Pa.). Rosen Lead Counsel. **$2.95 million**.

- **Albany Molecular Research**, (E.D.N.Y.). Rosen Lead Counsel. **$2.868 million**.

- **Lihua International, Inc.,** (S.D.N.Y.). Rosen Lead Counsel. **$2.865 million**.

- **TVIA, Inc.,** (N.D. Cal.). Rosen Lead Counsel. **$2.85 million**.

- **New Source Energy Partners LP**, (S.D.N.Y.). Rosen Lead Counsel. **$2.85 million**.

- **Innocoll Holdings Public Ltd.,** (E.D. Pa.). Rosen Lead Counsel. **$2.755 million**.

- **Natural Health Trends Corp., et al.,** (N.D. Tex.). Rosen Lead Counsel. **$2.75 million**.

- **Sequans Communications**, (E.D.N.Y.). Rosen Co-Lead Counsel. **$2.75 million**.

- **Akari Therapeutics PLC**, (S.D.N.Y.). Rosen Lead Counsel. **$2.7 million.**

- **Growlife, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$2.7 million (cash and stock)**.

- **Tangoe, Inc.**, (D. Conn.). Rosen Co-Lead Counsel. **$2.55 million**.

- **Twitter, Inc.**, (Cal. Superior). Rosen Co-Lead Counsel. **$2.5 million**.

- **Radient Pharmaceuticals Corporation**, (C.D. Cal.). Rosen Lead Counsel. **$2.5 million**.

- **Robert T. Harvey Securities Litigation**, (C.D. Cal.). Rosen Co-Lead Counsel. **$2.485 million**.

- **China Education Alliance, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$2.425 million.**

- **Oasmia Pharmaceuticals AB.**, (E.D.N.Y.). Rosen Co-Lead Counsel. **$2.35 million.**

- **BioAmber, Inc.**, (E.D.N.Y.). Rosen Co-Lead Counsel. **$2.25 million**.

- **NetApp, Inc.**, (N.D. Cal.). Rosen Lead Counsel. **$2.25 million**.

- **Akers Biosciences, Inc.**, (D.N.J.). Rosen Lead Counsel. **$2.25 million**.

- **Kanzhun Limited,** (D.N.J.). Rosen Lead Counsel. **$2.25 million**, pending court approval.

- **SkyPeople Fruit Juice**, (S.D.N.Y.). Rosen Lead Counsel. **$2.2 million**.

- **Caesarstone Sdot-Yam Ltd.**, (S.D.N.Y.). Rosen Co-Lead Counsel. **$2.2 million**.

- **RCI Hospitality Holdings Inc.**, (S.D. Tex.). Rosen Co-Lead Counsel. **$2.2 million**.

- **Fuwei Films**, (S.D.N.Y.). Rosen Lead Counsel. **$2.15 million**.

- **Gulf Resources, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$2.125 million**.

- **PTC Inc.**, (D. Mass.). Rosen Lead Counsel. **$2.1 million**.

- **DS Healthcare Group, Inc.**, (S.D. Fla.). Rosen Lead Counsel. **$2.1 million**.

- **Indivior PLC**, (D.N.J.). Rosen Lead Counsel. **$2 million**.

- **Orient Paper, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$2 million**.

- **Mesoblast Limited**, (S.D.N.Y.). Rosen Lead Counsel. **$2 million.**

- **GTT Communications, Inc.**, No. 21-CV-270-DOC-AS (C.D. Cal.). **$2 million**.

- **iBio, Inc.**, (D. Del.). Rosen Lead Counsel. **$1.875 million**.

- **CD Projekt SA**, No. CV-20-11627 (FMO)(RAOx) (C.D. Cal.). $**1.85 million**, pending court approval.

- **Ignite Restaurant Group, Inc.**, (S.D. Tex.). Rosen Lead Counsel. **$1.8 million**.

- **Electronic Game Card, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$1.755 million**.

- **BMW AG**, (D.N.J.). Rosen Lead Counsel. **$1.75 million**.

- **Natural Health Trends Corp.**, (C.D. Cal.). Rosen Co-Lead Counsel. **$1.75 million**.

- **Corrrevio Pharma Corp.**,(S.D.N.Y.). Rosen Co-Lead Counsel. **$1.75 million**.

- **Delstaff LLC (Merger Litigation)**, (Cal. Superior). **$1.6425 million.**

- **Worldwide Energy & Manufacturing USA, Inc** (Cal. Superior). Rosen Lead Counsel. **$1.615 million**.

- **Alliance MMA, Inc.**, (D.N.J.). Rosen Lead Counsel. **$1.55 million**.

- **Lightinthebox Holding Co., Ltd.**, (S.D.N.Y.). Rosen Lead Counsel. **$1.55 million.**

- **Nutracea, Inc.**, (D. Ariz.). Rosen Lead Counsel. **$1.5 million**.

- **Kraton Corporation**, (S.D. Tex.). Rosen Lead Counsel. **$1.5 million**.

- **RMG Networks Holding Corporation (Merger Litigation)**, (Del. Ch.). **$1.5 million**.

- **BlueNRGY Group Ltd, f/k/a CBD Energy Ltd.**, (S.D. Tex.). Rosen Lead Counsel. **$1.5 million**.

- **Ambow Education Holding Ltd.**, (C.D. Cal.). Rosen Lead Counsel. **$1.5 million**.

- **Active Power, Inc.**, (W.D. Tex.). Rosen Lead Counsel. **$1.5 million**.

- **Northfield Laboratories, Inc.**, (N.D. Ill.). Rosen Lead Counsel. **$1.5 million**.

- **PartsBase.com, Inc.**, (S.D. Fla.). Rosen Lead Counsel. **$1.5 million**.

- **China Natural Gas, Inc.**, (D. Del.). Rosen Lead Counsel. **$1.5 million**.

- **FAB Universal Corp.**, (S.D.N.Y.). Rosen Co-Lead Counsel. **$1.5 million**.

- **Sogou, Inc.**, (S.D.N.Y.). Rosen Co-Lead Counsel. **$1.45 million**.

- **Code Rebel Corp.**, (S.D.N.Y.). Rosen Co-Lead Counsel. **$1.415 million**.

- **Empyrean Bioscience**, (N.D. Ga.). Rosen Lead Counsel. **$1.4 million**.

- **Agria, Inc.**, (D.N.J.). Rosen Lead Counsel. **$1.3 million**.

- **Ateerian, Inc.**, (S.D.N.Y.). Rosen Lead Counsel. **$1.3 million**.

- **CoCrystal Pharma, Inc.**, (D.N.J.). Rosen Lead Counsel. **$1.265 million**.

- **Wins Financial Holdings, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$1.26 million**, pending Court approval.

- **ERBA Diagnostics, Inc.**, (S.D. Fla.). Rosen Lead Counsel. **$1.215 million.**

- **Yingli Green Energy Holding Co. Ltd.,** (C.D. Cal.). Rosen Lead Counsel. **$1.2 million**.

- **Himax Technologies, Inc.,** (C.D. Cal.). Rosen Co-Lead Counsel. **$1.2 million**.

- **Flight Safety Technologies, Inc.,** (D. Conn.). Rosen Lead Counsel. **$1.2 million**.

- **M.H. Meyerson & Co.**, (D.N.J.). Rosen Lead Counsel. **$1.2 million**.

- **Izea, Inc.**, (C.D. Cal.). Rosen Co-Lead Counsel. **$1.2 million**.

- **India Globalization Capital, Inc.**, (D. Md.). Rosen Co-Lead Counsel. **$1 million.**

- **National Lampoon, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$1 million**.

- **Lentuo International, Inc.**, (C.D. Cal.). Rosen Lead Counsel. **$1 million**.

- **Katanga Mining Limited**, (D.N.J.). Rosen Lead Counsel. **$1 million.**

- **Busybox.com, Inc.**, (Cal. Superior). Rosen Co-Lead Counsel. **$1 million**.

**III.    SECURITIES CLASS ACTIONS IN WHICH THE ROSEN LAW FIRM P.A. IS CURRENTLY LEAD COUNSEL**

In re Zillow Group, Inc. Sec. Litig., No. C17-1387-JCC (W.D. Wash.). Rosen Class Counsel.

Barney v. Nova Lifestyle, Inc., No. CV 18-10725-AB-AFM (C.D. Cal.). Rosen Lead Counsel.

In re Maiden Holdings, Ltd. Securities Litigation, No. 19-CV-5296-RMB-JS (D.N.J.) Rosen Co-Lead Counsel.

Acerra v. Trulieve Cannabis Corp., No. 20-cv-186-RH-MJF (N.D. Fla.). Rosen Lead Counsel.

In re ChinaCast Education Corporation Sec. Litig., No. CV 12-4621- JFW (PLAx) (C.D. Cal.). Rosen Co-Lead Counsel.

Oh v. Hanmi Financial Corporation, No. CV 20-2844-AB (JCx) (C.D. Cal.). Rosen Lead Counsel.

In re Global Brokerage, Inc. f/k/a FXCM, Inc. Sec. Litig., 17-cv-916 (RA) (S.D.N.Y.). Rosen Lead Counsel.

White v. Just Energy Group Inc., No. H-20-590 (S.D. Tex.). Rosen Lead Counsel.

Horowitz v. Sunlands Technology Group, No. 19-CV-3744 (LDH)(RML) (E.D.N.Y.). Rosen Lead Counsel.

Kasillingam v. Tilray, Inc., No. 20-CV-3459 (PAC) (S.D.N.Y.). Rosen Lead Counsel.

In re: Tupperware Brands Corporation Sec. Litig., No. 20-cv-357-GJK (M.D. Fla.). Rosen Lead Counsel.

Gordon v. Tencent Music Entertainment Group, No. 19-CV-5465 (LDH) (SMG) (E.D.N.Y.). Rosen Lead Counsel.

In re NIO, Inc. Securities Litigation, No. 19-CV-1424 (NGG) (JRC) (E.D.N.Y.).  Rosen Lead Counsel.

In re JPMorgan Chase & Co. Sec. Litig., No. 20-cv-5124 (ENV)(RML) (E.D.N.Y.).  Rosen Co-Lead Counsel.

City of Taylor General Employees Retirement System v. Astec Industries, Inc., No. 1:19-cv-PLR-CHS. (E.D. Tenn.). Rosen Lead Counsel.

Miller v. Sonus Networks, Inc., No. 18-12344-GAO (D. Mass). Rosen Co-Lead Counsel.

Lee v. IQIYI, Inc., No. 20-cv-1830 (LDH)(JO) (E.D.N.Y)  Rosen Co-Lead Counsel.

Alagappan v. Baidu, Inc., No. 20-cv-3794 (DG)(TAM) (E.D.N.Y.).  Rosen Co-Lead Counsel.

Viti v. Shattuck Labs, Inc., No. 22-cv-560 (CBA)(RML) (E.D.N.Y.).  Rosen Lead Counsel.

Lavin v. Virgin Galactic Holdings Inc., No. 21-CV-3070 (ARR)(TAM) (E.D.N.Y.).  Rosen Lead Counsel.

Spar v. Celsion Corporation, No. 20-cv-15228 (MAS)(DEA) (D.N.J.).  Rosen Lead Counsel.

Handal v. Tenet Fintech Group, Inc., No. 21-cv-6461 (PKC)(RLM) (E.D.N.Y.).  Rosen Lead Counsel.

Baker v. Twitter, Inc., No. 22-cv-6525-MCS (C.D. Cal.).  Rosen Lead Counsel.

Atery v. Astra Space, Inc., No. 22-cv-737 (NM)(MMH) (E.D.N.Y.). Rosen Co-Lead Counsel.

Hoang v. ContextLogic, Inc., No. 21-cv-3930-BLF (N.D. Cal.).  Rosen Co-Lead Counsel.

Mallozzi v. Innovative Industrial Properties, Inc., No. 22-cv-2359-EP-JRA (D.N.J.).  Rosen Lead Counsel.

*Gru v. Axsome Therapeutics, Inc.*, No. 22-cv-3925 (AGS) (S.D.N.Y.). Rosen Co-Lead Counsel.

*Pratyush v. Full Truck Alliance Co.*, No. 21-cv-3903 (LDH)(MMH) (E.D.N.Y.). Rosen Lead Counsel.

*Farhar v. Ontrak, Inc.*, No. 21-CV-1987-FLA-A (C.D. Cal.). Rosen Lead Counsel.

*Cao v. Uber Technologies, Inc.*, No. 22-cv-4688-YGR (N.D. Cal.). Rosen Lead Counsel.

*Chen v. Missfresh Limited*, No. 22-CV-4065 (WFK)(VMS) (E.D.N.Y.). Rosen Co-Lead Counsel.

*In re Vanguard Chester Funds Litig.*, No. 22-cv-955-ER (E.D. Pa.). Rosen Lead Counsel.

*In re Walmart Secs. Litig.*, No. 21-cv-55-CFC (D. Del.). Rosen Lead Counsel.

*Sanchez v. Arrival SA*, No. 220cv0172 (DG)(RLM) (E.D.N.Y.). Rosen Lead Counsel.

*In re Evolus Inc., Sec. Litig.*, No. 20-cv-8647 (PGG) (S.D.N.Y.). Rosen Lead Counsel.

*Winter v. Stronghold Digital Mining, Inc.*, No. 22-CV-3088 (RA). Rosen Lead Counsel.

*In re Riskified Sec. Litig.*, 22-cv-3545 (DLC) (S.D.N.Y.). Rosen Lead Counsel.

*In re January 2021 Short Squeeze Trading Litig.*, 21-2989-MDL (S.D. Fla.). Rosen Lead Counsel.

*Barnish v. Li-Cycle Holdings Corp.*, No. 22-CV-2222 (HG)(RML) (E.D.N.Y.). Rosen Lead Counsel.

*Schutter v. Tarena International, Inc.*, No. 21-cv-3502 (PKC)(RML) (E.D.N.Y.). Rosen Lead Counsel.

*In re VEON Ltd. Sec. Litig.*, No. 15-cv-8672 (ALC)(OTW) (S.D.N.Y.). Rosen Lead Counsel.

*Hacker .v Electric Last Mile Solutions*, No. 22-CV-545-CCC (D.N.J.). Rosen Lead Counsel.

In re Volkswagen AG Sec. Litig., No. 22-cv-45-RDA-TCB (E.D. Va.). Rosen Lead Counsel.

Coggins v. Camber Energy, Inc., No. 21-cv-3574 (S.D. Tex.). Rosen Co-Lead Counsel.

Malespin v. Longeveron, Inc., No. 21-cv-23303-MGC (S.D. Fla.). Rosen Lead Counsel.

Jiang v. Bluecity Holdings Limited, No. 21-CV-4044 (FB)(CLP) (E.D.N.Y). Rosen Co-Lead Counsel.

Friel v. Dapper Labs, Inc., No. 21-CV-5837 (VM) (S.D.N.Y.). Rosen Lead Counsel.

Richfield v. Polarityte, No. 210CV0651 (BSJ) (D. Utah). Rosen Lead Counsel.

Wenzel v. Semiconductor Manufacturing Int'l Corp., No. 20-CV-11219-GW (C.D. Cal.). Rosen Lead Counsel.

Cheng v. Activision Blizzard, Inc., No. 21-CV-6240-PA-JEM (C.D. Cal.). Rosen Lead Counsel.

In re DiDi Global Inc. Sec. Litig., No. 21-CV-5807 (LAK) (S.D.N.Y). Rosen Lead Counsel.

In re Infinity Q Diversified Alpha Fund Sec. Litig., Io. 651295/2021 (N.Y. Supreme). Rosen Co-Lead Counsel.

Patterson v. TerraForm Labs Pte Ltd., Nop. 22-cv-3600-TLT (N.D. Cal.). Rosen Lead Counsel.

# Exhibit 5



**COCHRAN LAW PLLC** specializes in complex business/commercial litigation, class actions, and consumer cases across the country. Its lawyers have over a quarter century in litigating challenging, cutting edge issues and are frequently voted by their peers as among the best in the business.

**STUART L. COCHRAN** has a nationally-recognized class-action practice and has repeatedly been voted by his peers as one of the Best Lawyers in Dallas, as published by D Magazine, and as a Rising Star and Super Lawyer. Stuart focuses his practice on complex commercial, consumer, and class cases, on both sides of the bar, having represented publicly-traded corporations, privately-held businesses, and individuals. Stuart spent the first six years of his career in the trial section of one of the largest international firms in the United States, where he gained experience in a wide variety of cases involving numerous industries, including energy, commercial real estate, telecom, IT, aerospace, accounting/audit, aviation, healthcare, logistics, insurance, commodities, and securities. Since that time, he has been a partner at various litigation boutiques before forming Cochran Law. He has represented clients in federal, state, and arbitration proceedings across the nation, including Texas, Oklahoma, Arizona, Alabama, Georgia, Arkansas, Missouri, Maryland, New York, Colorado, Washington, D.C., Florida, Illinois, California, Ohio, Washington state, Massachusetts, and North Carolina.

Stuart has been appointed class counsel in many certified class actions, resulting in tens of millions of dollars in recovered damages and injunctive relief for class members, including:



- *Morrison v. Ross Stores, Inc.,* No. 4-18-cv-02671 (N.D. Cal)

- *Miloro v. Van's International Foods, Inc.,* No. 15PH-CV00642 (Circuit Court for Phelps County, Missouri)

- *Tovar v. Drews LLC,* No. 16-L-313 (Circuit Court for St. Clair County, Illinois)

- *Morrison and Collier v. Natural Chemistry, L.P.*, No. 16SL-CC01991 (Circuit Court of St. Louis County, Missouri)

- *Dugan v. Topco Associates LLC,* No. 16-L-446 (Circuit Court for St. Clair County, Illinois)

- *Pryzbysz et. al. v. Kraft Heinz Foods Co.,* No. 17-L-0402 (Circuit Court for St. Clair County, Illinois)

- *Barnes et. al. v. River North Foods, Inc.,* No. 16-L-459 (Circuit Court for St. Clair County, Illinois)

- *Hansen-Mitchell et. al. v. Welspun USA, Inc., et. al.,* No. 19-L-0391 (Circuit Court for St. Clair County, Illinois)

    Stuart is often asked to serve as local or liaison class counsel in federal securities

fraud cases, including:

- *Cecere v. Eric S. Langan, RCI Hospitality Holdings, Inc., et al.,* No. 4:19-cv-03080 (pending in the United States District Court for the Southern District of Texas)

- *Bodin v. SAExploration Holdings, Inc., et al.,* No. 4:19-cv-03089 (pending in the United States District Court for the Southern District of Texas)

- *White v. Just Energy Group, Inc., et al.,* No. 4:20-cv-590 (pending in the United States District Court for the Southern District of Texas)

- *Bremer v. SolarWinds Corporation, et al.,* No. 1:21-cv-2 (pending in the United States District Court for the Western District of Texas)

- *Patel v. Reata Pharmaceuticals, Inc., et al., No.,* 4:20-cv-00796 (pending in the United States District Court for the Eastern District of Texas)



- *Bettiol v. Energy Transfer LP, LE GP, LLC,* No. 3:19-cv-02890 (pending in the United States District Court for the Northern District of Texas)

- *McKenna v. Ronald Cogburn, et al.,* No. 3:20-cv-1800 (pending in the United States District Court for the Northern District of Texas)

- *Torres v. Berry Corporation et al.,* No. 3:20-cv-03464 (pending in the United States District Court for the Northern District of Texas)

From 2015-2017, Stuart was chosen by the President of the State Bar of Texas to serve on the State Bar of Texas' Pattern Jury Charge Committee for the Business and Consumer Section. That Committee is responsible for editing and publishing the jury instructions and questions that are submitted in every business and consumer case across the state of Texas. Stuart has repeatedly been selected as Super Lawyer and is AV Preeminent Rated by Martindale Hubbell, the highest rating a lawyer can attain. In 2017, Stuart was recognized by Top Verdict for obtaining one of the fifty biggest settlements in the state of Illinois. In 2018, Stuart was asked to present a mock argument at the American Bar Association's Antitrust Annual Meeting in Washington, D.C. In 2020, Stuart was again recognized by Top Verdict, this time for obtaining the second largest settlement in the state of Illinois.

Stuart is an Honors graduate of the University of Texas at Austin, where he obtained both his B.A. and his J.D. He is licensed in Texas and Missouri and is admitted or has been admitted for limited purposes in many federal courts across the country, including the United States District Courts for the Northern, Eastern, Southern, and Western Districts of Texas; United States District Courts for the Southern, and Northern Districts of California; United States District Court for the Southern District of Illinois;



United States District Court for the Southern District of Ohio; United States District Court for the Eastern District of Missouri, and the United States District Court for the Western District of Washington.

**BLAKE E. MATTINGLY** has worked with Stuart since 2017, his third year of law school. Blake has gained a significant litigation experience in a wide array of practice areas including commercial disputes, class actions, products liability, antitrust, restrictive covenants, and employment disputes for defendants and plaintiffs in state and federal court. Blake has successfully opposed the enforcement of arbitration agreements in federal court, obtained an appellate victory in a products liability and medical malpractice suit, and effectively advocates for his clients in and out of the courtroom. Blake enjoys litigating complex legal issues and the continual learning opportunities that practicing law provides. He has successfully briefed, argued and won temporary restraining orders, motions for summary judgment, and other motions in both state and federal courts.

During law school, Blake interned for the Honorable Joseph H.L. Perez-Montes in the Western District of Louisiana, was a member of SMU's International Law Review and Phi Delta Phi, was a Chief Student Attorney with the Small Business & Trademark Clinic, and was selected as an inaugural board member for the All-Clinic Student Advisory Board. Blake was also selected for several off-campus moot court teams where he won an award for Best Oralist and made it to the semifinal and final rounds in different competitions.