UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>MICHAEL LEVITT, et al.,<br><br>                      Defendants. | Civil Action No. 1:22-cv-01191-LY |

**ORDER GRANTING THE CORE SCIENTIFIC INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Having considered David A. Michaels, Barry L. Bradford, and Allen Cotton's (the "Core Scientific Investor Group") Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Core Scientific Investor Group is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii); and

3. The Core Scientific Investor Group's selection of Robbins Geller Rudman & Dowd LLP and Glancy Prongay & Murray LLP as lead counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class: the preparation and filing of all pleadings; the briefing and argument of all motions; the conduct of all discovery proceedings including depositions; the selection of counsel to act as spokesperson at all pretrial conferences; settlement negotiations; the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and the supervision of all other matters concerning the prosecution or resolution of the action.

IT IS SO ORDERED.

DATED: _____  _____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE