UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL LEVITT, et al.,<br><br>Defendants. | Civil Action No. 1:22-cv-01191-LY |

**APPENDIX OF EXHIBITS IN SUPPORT OF THE CORE SCIENTIFIC INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

| DOCUMENT | TAB |
|---|---|
| Affidavit of Joe Kendall in Support of the Core Scientific Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel | 1 |

DATED: January 13, 2023

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)

s/ JOE KENDALL
JOE KENDALL

3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
Telephone: 214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel

ROBBINS GELLER RUDMAN
& DOWD LLP
JUAN CARLOS SANCHEZ
MICHAEL ALBERT
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

GLANCY PRONGAY & MURRAY LLP
CHARLES H. LINEHAN
PAVITHRA RAJESH
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)
clinehan@glancylaw.com
prajesh@glancylaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

THE LAW OFFICES OF FRANK R. CRUZ
FRANK R. CRUZ
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: 310/914-5007
fcruz@frankcruzlaw.com

Additional Counsel for Allen Cotton

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record on January 13, 2023 via CM/ECF, in accordance with the Federal Rules of Civil Procedure.

                    /s/ *Joe Kendall*
                    JOE KENDAL