TAB 1

TAB 1
001

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL LEVITT, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 1:22-cv-01191-LY |

**AFFIDAVIT OF JOE KENDALL IN SUPPORT OF THE CORE SCIENTIFIC INVESTOR GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Joe Kendall, pursuant to U.S.C. §1746, declare under penalty of perjury:

1. I am a member of the law firm of Kendall Law Group, PLLC, the State Bar of Texas, this Court, and am local counsel for proposed lead plaintiff David A. Michaels, Barry L. Bradford, and Allen Cotton (the "Core Scientific Investor Group"). I submit this affidavit in support of the Core Scientific Investor Group's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of class action published on *Business Wire*, a national business-oriented publication, dated November 14, 2022;

Exhibit B: The Core Scientific Investor Group's individual Certifications;

Exhibit C: Chart of the Core Scientific Investor Group's loss estimate, prepared by counsel; and

Exhibit D: The Joint Declaration of the Core Scientific Investor Group.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 13, 2023.

s/ JOE KENDALL<br>
JOE KENDALL