# EXHIBIT B

TAB 1
007

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

David A. Michaels ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___11___ day of January, 2023.

DocuSigned by:

*David A. Michaels*

1A5EA93325DA49D...

David A. Michaels

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 04/25/2022 | 24 | $6.13 |
| 05/09/2022 | 750 | $4.51 |
| 05/31/2022 | 160 | $3.76 |
| 06/03/2022 | 566 | $2.90 |
| 06/06/2022 | 220 | $2.64 |
| 07/05/2022 | 7,845 | $1.56 |
| 07/11/2022 | 2,800 | $1.69 |
| 07/11/2022 | 2,500 | $1.69 |
| 07/11/2022 | 1,490 | $1.69 |
| 07/11/2022 | 1,900 | $1.69 |
| 07/11/2022 | 200 | $1.69 |
| 07/14/2022 | 100 | $1.46 |
| 07/14/2022 | 1,449 | $1.46 |
| 07/14/2022 | 800 | $1.46 |
| 07/14/2022 | 1,486 | $1.46 |
| 07/14/2022 | 100 | $1.46 |
| 07/14/2022 | 400 | $1.46 |
| 07/14/2022 | 100 | $1.46 |
| 07/14/2022 | 10 | $1.46 |
| 07/14/2022 | 200 | $1.46 |
| 07/14/2022 | 900 | $1.46 |
| 07/14/2022 | 200 | $1.46 |
| 07/14/2022 | 500 | $1.46 |
| 07/14/2022 | 100 | $1.46 |
| 07/14/2022 | 100 | $1.46 |
| 07/14/2022 | 900 | $1.46 |
| 07/14/2022 | 700 | $1.46 |
| 07/14/2022 | 100 | $1.46 |
| 07/14/2022 | 200 | $1.46 |
| 07/14/2022 | 100 | $1.46 |
| 07/14/2022 | 100 | $1.46 |
| 07/14/2022 | 900 | $1.46 |
| 07/14/2022 | 300 | $1.46 |
| 07/14/2022 | 100 | $1.46 |
| 07/14/2022 | 100 | $1.46 |
| 07/14/2022 | 500 | $1.46 |
| 07/14/2022 | 400 | $1.46 |
| 07/14/2022 | 100 | $1.46 |
| 07/14/2022 | 100 | $1.46 |
| 07/14/2022 | 100 | $1.46 |
| 07/14/2022 | 100 | $1.46 |
| 07/14/2022 | 1,000 | $1.46 |
| 07/22/2022 | 1,900 | $1.98 |
| 07/22/2022 | 100 | $1.98 |
| 07/22/2022 | 17,746 | $1.99 |

TAB 1
009

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 07/22/2022 | 100 | $1.98 |
| 07/22/2022 | 200 | $1.98 |
| 07/22/2022 | 600 | $1.98 |
| 07/22/2022 | 100 | $1.98 |
| 07/22/2022 | 100 | $1.98 |
| 07/22/2022 | 200 | $1.98 |
| 07/22/2022 | 1,900 | $1.98 |
| 07/22/2022 | 100 | $1.98 |
| 07/22/2022 | 100 | $1.98 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 100 | $1.98 |
| 07/22/2022 | 169 | $1.98 |
| 07/22/2022 | 300 | $1.97 |
| 07/22/2022 | 1,900 | $1.97 |
| 07/22/2022 | 100 | $1.98 |
| 07/22/2022 | 200 | $1.98 |
| 07/22/2022 | 400 | $1.98 |
| 07/22/2022 | 1,900 | $1.97 |
| 07/22/2022 | 110 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 200 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 405 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 200 | $1.97 |
| 07/22/2022 | 800 | $1.97 |
| 07/22/2022 | 900 | $1.97 |
| 07/22/2022 | 700 | $1.97 |
| 07/22/2022 | 266 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 85 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 200 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 400 | $1.97 |
| 07/22/2022 | 500 | $1.97 |

TAB 1
010

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 30 | $1.97 |
| 07/22/2022 | 200 | $1.97 |
| 07/22/2022 | 46 | $1.97 |
| 07/22/2022 | 163 | $1.97 |
| 07/22/2022 | 30 | $1.97 |
| 07/22/2022 | 30 | $1.97 |
| 07/22/2022 | 30 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 07/22/2022 | 100 | $1.97 |
| 08/08/2022 | 35 | $3.01 |
| 08/10/2022 | 100 | $3.25 |
| 08/10/2022 | 9,000 | $3.25 |
| 08/10/2022 | 10,955 | $3.25 |
| 08/10/2022 | 200 | $3.25 |
| 08/10/2022 | 100 | $3.25 |
| 08/10/2022 | 300 | $3.25 |
| 08/10/2022 | 400 | $3.25 |
| 08/10/2022 | 300 | $3.25 |
| 08/10/2022 | 300 | $3.25 |
| 08/10/2022 | 400 | $3.25 |
| 08/10/2022 | 700 | $3.25 |
| 08/10/2022 | 600 | $3.25 |
| 08/10/2022 | 400 | $3.25 |
| 08/10/2022 | 522 | $3.25 |
| 08/10/2022 | 300 | $3.25 |
| 08/10/2022 | 200 | $3.25 |
| 10/12/2022 | 2,595 | $1.24 |
| 10/14/2022 | 8,832 | $1.26 |
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 207 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 131 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 600 | $1.25 |
| 10/14/2022 | 300 | $1.25 |
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 300 | $1.25 |
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 138 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 300 | $1.25 |
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 100 | $1.25 |

TAB 1
011

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 700 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 300 | $1.25 |
| 10/14/2022 | 300 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 3 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 600 | $1.25 |
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 117 | $1.25 |
| 10/14/2022 | 147 | $1.25 |
| 10/14/2022 | 600 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 400 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 117 | $1.25 |
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 117 | $1.26 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 150 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 69 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 200 | $1.26 |
| 10/14/2022 | 883 | $1.25 |
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 300 | $1.26 |
| 10/14/2022 | 300 | $1.26 |
| 10/14/2022 | 200 | $1.26 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 200 | $1.26 |
| 10/14/2022 | 100 | $1.24 |
| 10/14/2022 | 200 | $1.26 |
| 10/14/2022 | 6,000 | $1.26 |
| 10/14/2022 | 600 | $1.26 |
| 10/14/2022 | 800 | $1.26 |
| 10/14/2022 | 100 | $1.26 |
| 10/14/2022 | 200 | $1.26 |
| 10/14/2022 | 100 | $1.26 |
| 10/14/2022 | 100 | $1.26 |

TAB 1
012

DocuSign Envelope ID: 629ECC5E-4A22-4E6F-A877-CC470BD08BF7

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/14/2022 | 100 | $1.26 |
| 10/14/2022 | 300 | $1.26 |
| 10/14/2022 | 1,300 | $1.26 |
| 10/14/2022 | 200 | $1.26 |
| 10/14/2022 | 100 | $1.26 |
| 10/14/2022 | 300 | $1.26 |
| 10/14/2022 | 500 | $1.26 |
| 10/14/2022 | 200 | $1.26 |
| 10/14/2022 | 200 | $1.26 |
| 10/14/2022 | 100 | $1.26 |
| 10/14/2022 | 100 | $1.26 |
| 10/14/2022 | 200 | $1.26 |
| 10/14/2022 | 300 | $1.26 |
| 10/14/2022 | 900 | $1.26 |
| 10/14/2022 | 200 | $1.26 |
| 10/14/2022 | 100 | $1.26 |
| 10/14/2022 | 200 | $1.26 |
| 10/14/2022 | 1,000 | $1.26 |
| 10/14/2022 | 300 | $1.26 |
| 10/14/2022 | 200 | $1.26 |
| 10/14/2022 | 300 | $1.26 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 200 | $1.26 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 100 | $1.24 |
| 10/14/2022 | 71 | $1.25 |
| 10/14/2022 | 800 | $1.25 |
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 200 | $1.26 |
| 10/14/2022 | 400 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 700 | $1.25 |
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 300 | $1.25 |
| 10/14/2022 | 600 | $1.25 |
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 300 | $1.25 |
| 10/14/2022 | 300 | $1.25 |
| 10/14/2022 | 200 | $1.25 |
| 10/14/2022 | 200 | $1.24 |
| 10/14/2022 | 400 | $1.25 |
| 10/14/2022 | 300 | $1.25 |
| 10/14/2022 | 300 | $1.25 |
| 10/14/2022 | 100 | $1.25 |
| 10/14/2022 | 250 | $1.24 |
| 10/14/2022 | 100 | $1.24 |

TAB 1
013

| Date<br>Acquired | Amount of<br>Shares Acquired | Price |
|---|---|---|
| 10/14/2022 | 300 | $1.25 |
| 10/14/2022 | 300 | $1.25 |
| 10/14/2022 | 100 | $1.24 |
| 10/14/2022 | 400 | $1.24 |
| 10/14/2022 | 111 | $1.24 |
| 10/14/2022 | 200 | $1.24 |
| 10/14/2022 | 100 | $1.24 |
| 10/14/2022 | 100 | $1.24 |
| 10/14/2022 | 100 | $1.24 |
| 10/14/2022 | 500 | $1.24 |
| 10/14/2022 | 100 | $1.24 |
| 10/14/2022 | 100 | $1.24 |
| 10/14/2022 | 100 | $1.24 |
| 10/14/2022 | 300 | $1.24 |
| 10/14/2022 | 300 | $1.24 |
| 10/14/2022 | 10 | $1.24 |
| 10/14/2022 | 400 | $1.24 |
| 10/14/2022 | 100 | $1.24 |
| 10/14/2022 | 200 | $1.24 |
| 10/14/2022 | 200 | $1.24 |
| 10/14/2022 | 300 | $1.24 |
| 10/14/2022 | 200 | $1.24 |
| 10/14/2022 | 300 | $1.24 |
| 10/14/2022 | 397 | $1.24 |
| 10/14/2022 | 200 | $1.24 |
| 10/14/2022 | 100 | $1.24 |
| 10/14/2022 | 300 | $1.24 |
| 10/14/2022 | 200 | $1.24 |
| 10/14/2022 | 200 | $1.24 |
| 10/14/2022 | 200 | $1.24 |
| 10/14/2022 | 200 | $1.24 |
| 10/14/2022 | 200 | $1.24 |
| 10/14/2022 | 200 | $1.24 |
| 10/14/2022 | 100 | $1.24 |
| 10/14/2022 | 300 | $1.24 |
| 10/14/2022 | 300 | $1.24 |
| 10/14/2022 | 200 | $1.24 |
| 10/14/2022 | 300 | $1.24 |
| 10/14/2022 | 300 | $1.24 |
| 10/14/2022 | 300 | $1.24 |
| 10/14/2022 | 300 | $1.24 |
| 10/14/2022 | 100 | $1.24 |
| 10/14/2022 | 200 | $1.24 |
| 10/14/2022 | 100 | $1.24 |
| 10/14/2022 | 500 | $1.24 |
| 10/14/2022 | 200 | $1.24 |
| 10/14/2022 | 200 | $1.24 |
| 10/14/2022 | 200 | $1.24 |
| 10/14/2022 | 200 | $1.24 |
| 10/20/2022 | 100 | $1.07 |
| 10/20/2022 | 27 | $1.07 |
| 10/20/2022 | 34,393 | $1.08 |

TAB 1<br>014

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/20/2022 | 600 | $1.07 |
| 10/20/2022 | 44 | $1.07 |
| 10/20/2022 | 27 | $1.07 |
| 10/20/2022 | 100 | $1.07 |
| 10/20/2022 | 2 | $1.07 |
| 10/20/2022 | 100 | $1.07 |
| 10/20/2022 | 1,900 | $1.07 |
| 10/20/2022 | 300 | $1.07 |
| 10/20/2022 | 27 | $1.07 |
| 10/20/2022 | 1 | $1.07 |
| 10/20/2022 | 200 | $1.07 |
| 10/20/2022 | 27 | $1.07 |
| 10/20/2022 | 400 | $1.07 |
| 10/20/2022 | 300 | $1.07 |
| 10/20/2022 | 700 | $1.07 |
| 10/20/2022 | 1 | $1.07 |
| 10/20/2022 | 43 | $1.07 |
| 10/20/2022 | 1,500 | $1.07 |
| 10/20/2022 | 100 | $1.07 |
| 10/20/2022 | 8,496 | $1.07 |
| 10/20/2022 | 2 | $1.07 |
| 10/20/2022 | 1 | $1.07 |
| 10/20/2022 | 27 | $1.07 |
| 10/20/2022 | 1,999 | $1.07 |
| 10/20/2022 | 100 | $1.07 |
| 10/20/2022 | 1 | $1.07 |
| 10/20/2022 | 27 | $1.07 |
| 10/20/2022 | 100 | $1.07 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 100 | $1.07 |
| 10/20/2022 | 100 | $1.07 |
| 10/20/2022 | 100 | $1.07 |
| 10/20/2022 | 100 | $1.07 |
| 10/20/2022 | 6,092 | $1.07 |
| 10/20/2022 | 100 | $1.07 |
| 10/20/2022 | 100 | $1.07 |
| 10/20/2022 | 1 | $1.07 |
| 10/20/2022 | 100 | $1.07 |
| 10/20/2022 | 27 | $1.07 |
| 10/20/2022 | 500 | $1.07 |
| 10/20/2022 | 1,514 | $1.07 |
| 10/20/2022 | 100 | $1.07 |
| 10/20/2022 | 100 | $1.07 |
| 10/20/2022 | 1,100 | $1.07 |
| 10/20/2022 | 2 | $1.07 |
| 10/20/2022 | 300 | $1.07 |
| 10/20/2022 | 300 | $1.07 |
| 10/20/2022 | 100 | $1.07 |
| 10/20/2022 | 300 | $1.07 |
| 10/20/2022 | 6,200 | $1.07 |
| 10/20/2022 | 2 | $1.07 |
| 10/20/2022 | 2 | $1.07 |

TAB 1
015

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/20/2022 | 300 | $1.07 |
| 10/20/2022 | 2 | $1.06 |
| 10/20/2022 | 2 | $1.07 |
| 10/20/2022 | 2 | $1.07 |
| 10/20/2022 | 1,600 | $1.07 |
| 10/20/2022 | 29 | $1.06 |
| 10/20/2022 | 2 | $1.07 |
| 10/20/2022 | 2 | $1.06 |
| 10/20/2022 | 98 | $1.06 |
| 10/20/2022 | 300 | $1.07 |
| 10/20/2022 | 69 | $1.06 |
| 10/20/2022 | 100 | $1.06 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 28 | $1.06 |
| 10/20/2022 | 5 | $1.06 |
| 10/20/2022 | 27 | $1.06 |
| 10/20/2022 | 1 | $1.06 |
| 10/20/2022 | 100 | $1.06 |
| 10/20/2022 | 100 | $1.06 |
| 10/20/2022 | 100 | $1.06 |
| 10/20/2022 | 2 | $1.06 |
| 10/20/2022 | 31 | $1.06 |
| 10/20/2022 | 3,000 | $1.06 |
| 10/20/2022 | 27 | $1.06 |
| 10/20/2022 | 2 | $1.06 |
| 10/20/2022 | 27 | $1.06 |
| 10/20/2022 | 150 | $1.06 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 45 | $1.05 |
| 10/20/2022 | 800 | $1.06 |
| 10/20/2022 | 125 | $1.05 |
| 10/20/2022 | 400 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 27 | $1.05 |
| 10/20/2022 | 10 | $1.05 |
| 10/20/2022 | 27 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 22 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 600 | $1.05 |
| 10/20/2022 | 27 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 26 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 27 | $1.05 |
| 10/20/2022 | 27 | $1.05 |

TAB 1
016

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/20/2022 | 27 | $1.05 |
| 10/20/2022 | 27 | $1.05 |
| 10/20/2022 | 27 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 400 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 5,600 | $1.05 |
| 10/20/2022 | 9 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 5,512 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 9 | $1.05 |
| 10/20/2022 | 500 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 1,500 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 500 | $1.05 |
| 10/20/2022 | 53 | $1.05 |
| 10/20/2022 | 160 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 1,000 | $1.05 |
| 10/20/2022 | 202 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 500 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 300 | $1.05 |
| 10/20/2022 | 2,500 | $1.05 |
| 10/20/2022 | 2,500 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 140 | $1.05 |
| 10/20/2022 | 1,700 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 400 | $1.05 |
| 10/20/2022 | 300 | $1.05 |
| 10/20/2022 | 600 | $1.05 |
| 10/20/2022 | 1 | $1.05 |
| 10/20/2022 | 500 | $1.05 |
| 10/20/2022 | 400 | $1.05 |
| 10/20/2022 | 600 | $1.05 |
| 10/20/2022 | 600 | $1.05 |

TAB 1
017

DocuSign Envelope ID: 629ECC5E-4A22-4E6F-A877-CC470BD08BF7

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 1,000 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 2 | $1.05 |
| 10/20/2022 | 2,600 | $1.05 |
| 10/20/2022 | 700 | $1.05 |
| 10/20/2022 | 1,500 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 300 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 2,300 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 1,398 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 600 | $1.05 |
| 10/20/2022 | 600 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 71 | $1.05 |
| 10/20/2022 | 2 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 300 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 600 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 228 | $1.05 |
| 10/20/2022 | 108 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 1,500 | $1.05 |
| 10/20/2022 | 300 | $1.05 |
| 10/20/2022 | 1 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 7 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 15 | $1.05 |
| 10/20/2022 | 300 | $1.05 |
| 10/20/2022 | 5,093 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 7 | $1.05 |
| 10/20/2022 | 300 | $1.05 |
| 10/20/2022 | 4,700 | $1.05 |
| 10/20/2022 | 300 | $1.05 |
| 10/20/2022 | 300 | $1.05 |

TAB 1
018

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 500 | $1.05 |
| 10/20/2022 | 300 | $1.05 |
| 10/20/2022 | 4,193 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 500 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 300 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 72 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 300 | $1.05 |
| 10/20/2022 | 5,727 | $1.05 |
| 10/20/2022 | 7 | $1.05 |
| 10/20/2022 | 100 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 299 | $1.05 |
| 10/20/2022 | 1 | $1.05 |
| 10/20/2022 | 900 | $1.05 |
| 10/20/2022 | 7 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 7 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 300 | $1.05 |
| 10/20/2022 | 800 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 7 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 200 | $1.05 |
| 10/20/2022 | 7 | $1.05 |
| 10/20/2022 | 1,000 | $1.05 |
| 10/24/2022 | 2,600 | $0.94 |
| 10/24/2022 | 35,924 | $0.95 |
| 10/24/2022 | 500 | $0.94 |
| 10/24/2022 | 200 | $0.93 |
| 10/24/2022 | 100 | $0.93 |
| 10/24/2022 | 100 | $0.94 |
| 10/24/2022 | 100 | $0.93 |
| 10/24/2022 | 2,300 | $0.93 |
| 10/24/2022 | 800 | $0.93 |
| 10/24/2022 | 100 | $0.93 |
| 10/24/2022 | 5,393 | $0.93 |
| 10/24/2022 | 876 | $0.93 |
| 10/24/2022 | 100 | $0.93 |
| 10/24/2022 | 100 | $0.93 |
| 10/24/2022 | 1,400 | $0.93 |
| 10/24/2022 | 200 | $0.93 |
| 10/24/2022 | 1,000 | $0.93 |

TAB 1
019

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/24/2022 | 7 | $0.93 |
| 10/24/2022 | 100 | $0.93 |
| 10/24/2022 | 100 | $0.93 |
| 10/24/2022 | 100 | $0.93 |
| 10/24/2022 | 200 | $0.93 |
| 10/24/2022 | 200 | $0.93 |
| 10/24/2022 | 100 | $0.93 |
| 10/25/2022 | 1,700 | $0.89 |
| 10/25/2022 | 36,791 | $0.89 |
| 10/25/2022 | 1,297 | $0.88 |
| 10/25/2022 | 400 | $0.88 |
| 10/25/2022 | 3,300 | $0.88 |
| 10/25/2022 | 1,000 | $0.88 |
| 10/25/2022 | 1,000 | $0.88 |
| 10/25/2022 | 112 | $0.88 |
| 10/25/2022 | 100 | $0.88 |
| 10/25/2022 | 1,000 | $0.87 |
| 10/25/2022 | 100 | $0.88 |
| 10/25/2022 | 1,000 | $0.87 |
| 10/25/2022 | 100 | $0.88 |
| 10/25/2022 | 500 | $0.87 |
| 10/25/2022 | 1,900 | $0.87 |
| 10/25/2022 | 1,000 | $0.87 |
| 10/25/2022 | 400 | $0.87 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 07/28/2022 | 20,235 | $2.14 |
| 07/28/2022 | 500 | $2.14 |
| 07/28/2022 | 300 | $2.14 |
| 07/28/2022 | 300 | $2.15 |
| 07/28/2022 | 100 | $2.15 |
| 07/28/2022 | 100 | $2.15 |
| 07/28/2022 | 200 | $2.15 |
| 07/28/2022 | 100 | $2.15 |
| 07/28/2022 | 80 | $2.15 |
| 07/28/2022 | 400 | $2.14 |
| 07/28/2022 | 120 | $2.15 |
| 07/28/2022 | 100 | $2.15 |
| 07/28/2022 | 80 | $2.15 |
| 07/28/2022 | 210 | $2.15 |
| 07/28/2022 | 90 | $2.15 |
| 07/28/2022 | 200 | $2.15 |
| 07/28/2022 | 20 | $2.15 |
| 07/28/2022 | 400 | $2.15 |
| 07/28/2022 | 200 | $2.15 |
| 07/28/2022 | 150 | $2.15 |
| 07/28/2022 | 300 | $2.15 |
| 07/28/2022 | 100 | $2.15 |
| 07/28/2022 | 100 | $2.15 |
| 07/28/2022 | 100 | $2.15 |

TAB 1
020

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 07/28/2022 | 100 | $2.15 |
| 07/28/2022 | 200 | $2.15 |
| 07/28/2022 | 100 | $2.15 |
| 07/28/2022 | 100 | $2.15 |
| 07/28/2022 | 100 | $2.15 |
| 07/28/2022 | 400 | $2.15 |
| 07/28/2022 | 6 | $2.15 |
| 07/28/2022 | 100 | $2.15 |
| 07/28/2022 | 100 | $2.15 |
| 07/28/2022 | 100 | $2.15 |
| 07/28/2022 | 300 | $2.15 |
| 07/28/2022 | 100 | $2.15 |
| 07/28/2022 | 87 | $2.15 |
| 07/28/2022 | 400 | $2.15 |
| 07/28/2022 | 100 | $2.15 |
| 07/28/2022 | 200 | $2.15 |
| 07/28/2022 | 2 | $2.15 |
| 07/29/2022 | 2,000 | $2.29 |

Prices listed are rounded to two decimal places.

TAB 1
021

**SWORN CERTIFICATION OF PLAINTIFF**
**CORE SCIENTIFIC, INC. (CORZ) SECURITIES LITIGATION**

I, Barry L. Bradford, certify that:

1.  I have reviewed the Complaint, adopt its allegations, and authorize its filing and/or the filing of a lead plaintiff motion on my behalf.

2.  I did not purchase the Core Scientific, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in Core Scientific, Inc. securities during the period set forth in the Complaint are as follows:

    (See attached transactions)

5.  I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.


_____                          _____
1/12/2023
        Date                                        Barry L. Bradford

TAB 1
022

**Barry L. Bradford's Transactions in Core Scientific, Inc. Securities**

**Common Stock**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/3/2022 | Bought | 239 | $10.4600 |
| 1/11/2022 | Bought | 125 | $9.9900 |
| 1/12/2022 | Bought | 250 | $10.0000 |
| 1/13/2022 | Bought | 125 | $9.9600 |
| 1/26/2022 | Bought | 302 | $8.2600 |
| 1/26/2022 | Sold | -302 | $9.0000 |
| 3/31/2022 | Bought | 35 | $8.4000 |
| 5/3/2022 | Bought | 875 | $5.7000 |
| 5/10/2022 | Bought | 515 | $4.7400 |
| 5/13/2022 | Bought | 550 | $4.0100 |
| 5/18/2022 | Bought | 636 | $3.9300 |
| 5/19/2022 | Bought | 649 | $3.8500 |
| 5/20/2022 | Bought | 670 | $3.7300 |
| 5/24/2022 | Bought | 143 | $3.4800 |
| 6/6/2022 | Bought | 956 | $2.6200 |
| 6/6/2022 | Bought | 478 | $2.5200 |
| 6/7/2022 | Bought | 1,050 | $2.3800 |
| 6/13/2022 | Bought | 1,237 | $2.0000 |
| 6/17/2022 | Sold | -1,237 | $2.3200 |
| 7/1/2022 | Bought | 1,613 | $1.4600 |
| 7/7/2022 | Bought | 100 | $1.8100 |
| 7/8/2022 | Bought | 1,355 | $1.8600 |
| 7/18/2022 | Sold | -1,613 | $1.8400 |
| 7/22/2022 | Bought | 1,355 | $1.8500 |
| 7/26/2022 | Bought | 1,428 | $1.7500 |
| 7/27/2022 | Sold | -1,428 | $1.8500 |
| 7/29/2022 | Sold | -1,355 | $2.2700 |
| 7/29/2022 | Sold | -100 | $2.2700 |
| 8/1/2022 | Bought | 1,006 | $2.4900 |
| 8/4/2022 | Bought | 811 | $3.1100 |
| 8/12/2022 | Bought | 840 | $2.9800 |
| 8/15/2022 | Bought | 762 | $3.2600 |
| 8/15/2022 | Bought | 3,076 | $3.2600 |
| 8/16/2022 | Bought | 843 | $2.9700 |
| 8/23/2022 | Bought | 1,000 | $2.5600 |
| 8/24/2022 | Sold | -1,000 | $2.8600 |
| 8/29/2022 | Bought | 2,217 | $2.2600 |
| 9/2/2022 | Bought | 1,168 | $2.1500 |
| 9/6/2022 | Sold | -1,168 | $2.2000 |

TAB 1
023

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 9/8/2022 | Bought | 738 | $2.0100 |
| 9/8/2022 | Bought | 481 | $2.0100 |
| 9/8/2022 | Sold | -738 | $2.1100 |
| 9/8/2022 | Sold | -481 | $2.1100 |
| 9/12/2022 | Sold | -2,217 | $2.3800 |
| 9/14/2022 | Bought | 1,243 | $2.0700 |
| 9/30/2022 | Bought | 1,923 | $1.3000 |
| 10/4/2022 | Bought | 1,506 | $1.6600 |
| 10/14/2022 | Bought | 1,937 | $1.2900 |
| 10/26/2022 | Bought | 2,358 | $1.0900 |

## Warrants

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 1/4/2022 | Bought | 833 | $2.9700 |
| 1/5/2022 | Bought | 200 | $2.7800 |
| 1/10/2022 | Bought | 43 | $2.3300 |
| 1/11/2022 | Bought | 46 | $2.2200 |
| 1/11/2022 | Bought | 100 | $2.3000 |
| 1/11/2022 | Bought | 100 | $2.3900 |
| 1/12/2022 | Bought | 352 | $2.1900 |
| 1/12/2022 | Bought | 800 | $2.1900 |
| 1/13/2022 | Bought | 100 | $2.0000 |
| 1/13/2022 | Bought | 100 | $2.0300 |
| 1/18/2022 | Bought | 1,068 | $2.3400 |
| 1/21/2022 | Bought | 1,488 | $1.7000 |
| 1/25/2022 | Bought | 1,666 | $1.6500 |
| 1/25/2022 | Sold | -1,666 | $1.8000 |
| 1/25/2022 | Sold | -1,488 | $1.9800 |
| 1/26/2022 | Bought | 1,225 | $2.0300 |
| 1/26/2022 | Bought | 1,059 | $2.3400 |
| 1/28/2022 | Bought | 1,046 | $2.3400 |
| 1/31/2022 | Bought | 72 | $2.6400 |
| 2/1/2022 | Bought | 892 | $2.7700 |
| 2/1/2022 | Bought | 922 | $2.7200 |
| 2/3/2022 | Bought | 200 | $2.8400 |
| 2/3/2022 | Bought | 200 | $2.8000 |
| 2/3/2022 | Bought | 544 | $2.7800 |
| 2/8/2022 | Bought | 865 | $2.8900 |
| 2/8/2022 | Bought | 34 | $2.9600 |
| 2/17/2022 | Bought | 954 | $2.6500 |
| 2/17/2022 | Bought | 1,079 | $2.2400 |
| 2/17/2022 | Bought | 25 | $2.2400 |
| 2/18/2022 | Sold | -25 | $2.3600 |
| 2/22/2022 | Bought | 1,288 | $1.8900 |

TAB 1
024

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 2/28/2022 | Bought | 946 | $2.8000 |
| 3/1/2022 | Bought | 31 | $2.2200 |
| 3/1/2022 | Bought | 1,105 | $2.2500 |
| 3/2/2022 | Bought | 1,054 | $2.3700 |
| 3/2/2022 | Sold | -1,288 | $2.5100 |
| 3/2/2022 | Sold | -31 | $2.4600 |
| 3/2/2022 | Sold | -405 | $2.4400 |
| 3/2/2022 | Sold | -1,105 | $2.4400 |
| 3/3/2022 | Bought | 12,371 | $1.8700 |
| 3/3/2022 | Bought | 500 | $1.9600 |
| 3/3/2022 | Bought | 1,295 | $1.9400 |
| 3/3/2022 | Bought | 775 | $1.9600 |
| 3/3/2022 | Bought | 850 | $1.8700 |
| 3/3/2022 | Sold | -500 | $2.0100 |
| 3/3/2022 | Sold | -1,295 | $2.0100 |
| 3/3/2022 | Sold | -775 | $2.0100 |
| 3/4/2022 | Bought | 1,445 | $1.7000 |
| 3/4/2022 | Sold | -850 | $2.0000 |
| 3/15/2022 | Bought | 100 | $1.7400 |
| 3/15/2022 | Bought | 1,328 | $1.7500 |
| 3/28/2022 | Bought | 100 | $2.2200 |
| 3/28/2022 | Bought | 2,157 | $2.2200 |
| 3/29/2022 | Bought | 1,162 | $2.1200 |
| 3/30/2022 | Bought | 1,172 | $2.1300 |
| 4/5/2022 | Bought | 200 | $1.9500 |
| 4/5/2022 | Bought | 1,095 | $1.9700 |
| 4/6/2022 | Bought | 156 | $1.9000 |
| 4/12/2022 | Bought | 113 | $1.7500 |
| 4/12/2022 | Bought | 787 | $1.7900 |
| 4/12/2022 | Bought | 898 | $1.6800 |
| 4/13/2022 | Bought | 867 | $1.7400 |
| 4/14/2022 | Bought | 588 | $1.7000 |
| 4/18/2022 | Bought | 200 | $1.5600 |
| 4/18/2022 | Bought | 500 | $1.5800 |
| 4/19/2022 | Bought | 156 | $1.5900 |
| 4/20/2022 | Bought | 575 | $1.7400 |
| 5/11/2022 | Bought | 100 | $1.3600 |
| 5/11/2022 | Bought | 300 | $1.3600 |
| 5/11/2022 | Bought | 2 | $1.3800 |
| 5/11/2022 | Bought | 1,463 | $1.4000 |
| 5/17/2022 | Bought | 2,109 | $1.2000 |
| 6/6/2022 | Bought | 1,100 | $0.7502 |
| 6/6/2022 | Bought | 1 | $0.7900 |
| 6/6/2022 | Bought | 500 | $0.7902 |

TAB 1
025

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 6/6/2022 | Bought | 2 | $0.8000 |
| 6/8/2022 | Bought | 2,579 | $0.8000 |
| 6/8/2022 | Bought | 572 | $0.7996 |
| 7/7/2022 | Bought | 1,201 | $0.3899 |
| 7/7/2022 | Bought | 234 | $0.3988 |
| 7/7/2022 | Bought | 214 | $0.4073 |
| 7/7/2022 | Bought | 5,000 | $0.4074 |
| 7/7/2022 | Bought | 200 | $0.3775 |
| 7/8/2022 | Bought | 634 | $0.4087 |
| 7/28/2022 | Bought | 200 | $0.4500 |
| 7/28/2022 | Bought | 1,000 | $0.4599 |
| 7/28/2022 | Bought | 3,261 | $0.4910 |
| 8/18/2022 | Bought | 3,676 | $0.6500 |

TAB 1
026

**SWORN CERTIFICATION OF PLAINTIFF**


**CORE SCIENTIFIC, INC. SECURITIES LITIGATION**


I, Allen Cotton, certify that:

1. I have reviewed the Complaint, adopt its allegations, and authorize the filing of a Lead Plaintiff motion on my behalf.

2. I did not purchase the Core Scientific, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Core Scientific, Inc. securities during the Class Period set forth in the Complaint are as follows:

   (See attached transactions)

5. I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.


I declare under penalty of perjury that the foregoing are true and correct statements.


| 11/3/2022 | *Allen Cotton* |
|---|---|
| Date | Allen Cotton |

TAB 1
027

**Allen Cotton's Transactions in Core Scientific, Inc.**

**Common Stock**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 3/25/2022 | Bought | 6,000 | $8.6400 |
| 4/12/2022 | Bought | 500 | $7.9999 |
| 4/18/2022 | Bought | 1,000 | $7.3699 |
| 4/21/2022 | Bought | 1,000 | $6.7099 |
| 4/22/2022 | Bought | 1,000 | $6.2999 |
| 4/27/2022 | Bought | 1,000 | $6.0700 |
| 5/2/2022 | Bought | 1,000 | $5.9500 |
| 5/6/2022 | Bought | 400 | $5.1800 |
| 5/6/2022 | Bought | 600 | $5.1697 |
| 5/10/2022 | Bought | 1,000 | $4.3583 |
| 5/23/2022 | Bought | 600 | $3.7500 |

TAB 1
028