# EXHIBIT C

TAB 1
029

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| David A. Michaels | 04/25/2022 | 24 | $6.13 | $147.12 | 07/28/2022 | 20,235 | $2.14 | $43,302.90 | |
| | 05/09/2022 | 750 | $4.51 | $3,379.80 | 07/28/2022 | 500 | $2.14 | $1,070.05 | |
| | 05/31/2022 | 160 | $3.76 | $600.80 | 07/28/2022 | 300 | $2.14 | $642.03 | |
| | 06/03/2022 | 566 | $2.90 | $1,641.40 | 07/28/2022 | 300 | $2.15 | $643.50 | |
| | 06/06/2022 | 220 | $2.64 | $580.78 | 07/28/2022 | 100 | $2.15 | $214.50 | |
| | 07/05/2022 | 7,845 | $1.56 | $12,217.80 | 07/28/2022 | 100 | $2.15 | $214.50 | |
| | 07/11/2022 | 2,800 | $1.69 | $4,731.72 | 07/28/2022 | 200 | $2.15 | $429.00 | |
| | 07/11/2022 | 2,500 | $1.69 | $4,223.75 | 07/28/2022 | 100 | $2.15 | $214.50 | |
| | 07/11/2022 | 1,490 | $1.69 | $2,510.65 | 07/28/2022 | 80 | $2.15 | $171.60 | |
| | 07/11/2022 | 1,900 | $1.69 | $3,201.50 | 07/28/2022 | 400 | $2.14 | $857.00 | |
| | 07/11/2022 | 200 | $1.69 | $337.00 | 07/28/2022 | 120 | $2.15 | $257.40 | |
| | 07/14/2022 | 100 | $1.46 | $145.50 | 07/28/2022 | 100 | $2.15 | $214.50 | |
| | 07/14/2022 | 1,449 | $1.46 | $2,115.54 | 07/28/2022 | 80 | $2.15 | $171.60 | |
| | 07/14/2022 | 800 | $1.46 | $1,164.00 | 07/28/2022 | 210 | $2.15 | $450.45 | |
| | 07/14/2022 | 1,486 | $1.46 | $2,169.56 | 07/28/2022 | 90 | $2.15 | $193.05 | |
| | 07/14/2022 | 100 | $1.46 | $145.50 | 07/28/2022 | 200 | $2.15 | $429.00 | |
| | 07/14/2022 | 400 | $1.46 | $582.00 | 07/28/2022 | 20 | $2.15 | $42.90 | |
| | 07/14/2022 | 100 | $1.46 | $145.50 | 07/28/2022 | 400 | $2.15 | $858.00 | |
| | 07/14/2022 | 10 | $1.46 | $14.55 | 07/28/2022 | 200 | $2.15 | $429.00 | |
| | 07/14/2022 | 200 | $1.46 | $291.00 | 07/28/2022 | 150 | $2.15 | $321.75 | |
| | 07/14/2022 | 900 | $1.46 | $1,309.50 | 07/28/2022 | 300 | $2.15 | $643.50 | |
| | 07/14/2022 | 200 | $1.46 | $291.00 | 07/28/2022 | 100 | $2.15 | $214.50 | |
| | 07/14/2022 | 500 | $1.46 | $727.50 | 07/28/2022 | 100 | $2.15 | $214.50 | |
| | 07/14/2022 | 100 | $1.46 | $145.50 | 07/28/2022 | 100 | $2.15 | $214.50 | |
| | 07/14/2022 | 100 | $1.46 | $145.50 | 07/28/2022 | 100 | $2.15 | $214.50 | |
| | 07/14/2022 | 900 | $1.46 | $1,309.50 | 07/28/2022 | 200 | $2.15 | $429.00 | |
| | 07/14/2022 | 700 | $1.46 | $1,018.50 | 07/28/2022 | 100 | $2.15 | $214.50 | |
| | 07/14/2022 | 100 | $1.46 | $145.50 | 07/28/2022 | 100 | $2.15 | $214.50 | |
| | 07/14/2022 | 200 | $1.46 | $291.00 | 07/28/2022 | 100 | $2.15 | $214.50 | |
| | 07/14/2022 | 100 | $1.46 | $145.50 | 07/28/2022 | 400 | $2.15 | $858.00 | |
| | 07/14/2022 | 100 | $1.46 | $145.50 | 07/28/2022 | 6 | $2.15 | $12.87 | |
| | 07/14/2022 | 900 | $1.46 | $1,309.50 | 07/28/2022 | 100 | $2.15 | $214.50 | |
| | 07/14/2022 | 300 | $1.46 | $436.50 | 07/28/2022 | 100 | $2.15 | $214.50 | |
| | 07/14/2022 | 100 | $1.46 | $145.50 | 07/28/2022 | 100 | $2.15 | $214.50 | |
| | 07/14/2022 | 100 | $1.46 | $145.50 | 07/28/2022 | 300 | $2.15 | $643.50 | |
| | 07/14/2022 | 500 | $1.46 | $727.50 | 07/28/2022 | 100 | $2.15 | $214.50 | |
| | 07/14/2022 | 400 | $1.46 | $582.00 | 07/28/2022 | 87 | $2.15 | $186.62 | |
| | 07/14/2022 | 100 | $1.46 | $145.50 | 07/28/2022 | 400 | $2.15 | $858.00 | |
| | 07/14/2022 | 100 | $1.46 | $145.50 | 07/28/2022 | 100 | $2.15 | $214.50 | |
| | 07/14/2022 | 100 | $1.46 | $145.50 | 07/28/2022 | 200 | $2.15 | $429.00 | |
| | 07/14/2022 | 100 | $1.46 | $145.50 | 07/28/2022 | 2 | $2.15 | $4.29 | |
| | 07/14/2022 | 1,000 | $1.46 | $1,455.00 | 07/29/2022 | 2,000 | $2.29 | $4,580.20 | |
| | 07/22/2022 | 1,900 | $1.98 | $3,762.00 | 11/15/2022 | 50,000 | $0.22 | $10,905.00 | |
| | 07/22/2022 | 100 | $1.98 | $198.00 | 11/15/2022 | 50,000 | $0.22 | $10,830.00 | |
| | 07/22/2022 | 17,746 | $1.99 | $35,314.54 | 11/15/2022 | 20,800 | $0.22 | $4,524.00 | |
| | 07/22/2022 | 100 | $1.98 | $198.00 | 11/15/2022 | 9,200 | $0.22 | $2,001.00 | |
| | 07/22/2022 | 200 | $1.98 | $396.00 | 11/15/2022 | 4,600 | $0.22 | $1,003.95 | |
| | 07/22/2022 | 600 | $1.98 | $1,188.00 | 11/15/2022 | 3,700 | $0.22 | $807.53 | |

TAB 1
030

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 07/22/2022 | 100 | $1.98 | $198.00 | 11/15/2022 | 100 | $0.22 | $21.83 |
| 07/22/2022 | 100 | $1.98 | $198.00 | 11/15/2022 | 100 | $0.22 | $21.83 |
| 07/22/2022 | 200 | $1.98 | $396.00 | 11/15/2022 | 100 | $0.22 | $21.83 |
| 07/22/2022 | 1,900 | $1.98 | $3,762.00 | 11/15/2022 | 100 | $0.22 | $21.83 |
| 07/22/2022 | 100 | $1.98 | $198.00 | 11/15/2022 | 100 | $0.22 | $21.83 |
| 07/22/2022 | 100 | $1.98 | $198.00 | 11/15/2022 | 100 | $0.22 | $21.83 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/15/2022 | 400 | $0.22 | $87.30 |
| 07/22/2022 | 100 | $1.98 | $198.00 | 11/15/2022 | 100 | $0.22 | $21.83 |
| 07/22/2022 | 169 | $1.98 | $334.62 | 11/15/2022 | 100 | $0.22 | $21.83 |
| 07/22/2022 | 300 | $1.97 | $591.00 | 11/15/2022 | 100 | $0.22 | $21.83 |
| 07/22/2022 | 1,900 | $1.97 | $3,743.00 | 11/15/2022 | 400 | $0.22 | $87.30 |
| 07/22/2022 | 100 | $1.98 | $198.00 | 11/15/2022 | 10,000 | $0.22 | $2,165.00 |
| 07/22/2022 | 200 | $1.98 | $396.00 | 11/15/2022 | 1,000 | $0.22 | $218.25 |
| 07/22/2022 | 400 | $1.98 | $792.00 | 11/15/2022 | 305 | $0.22 | $66.57 |
| 07/22/2022 | 1,900 | $1.97 | $3,743.00 | 11/15/2022 | 3,995 | $0.22 | $871.91 |
| 07/22/2022 | 110 | $1.97 | $216.70 | 11/15/2022 | 37,500 | $0.22 | $8,079.38 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/15/2022 | 5,100 | $0.22 | $1,112.92 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/15/2022 | 100 | $0.22 | $21.83 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/15/2022 | 100 | $0.22 | $21.82 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/15/2022 | 1,000 | $0.22 | $218.22 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/15/2022 | 100 | $0.22 | $21.83 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/15/2022 | 100 | $0.22 | $21.82 |
| 07/22/2022 | 200 | $1.97 | $394.00 | 11/15/2022 | 100 | $0.22 | $21.91 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/15/2022 | 100 | $0.22 | $21.91 |
| 07/22/2022 | 405 | $1.97 | $797.85 | 11/15/2022 | 500 | $0.22 | $109.55 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/15/2022 | 100 | $0.22 | $22.25 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/15/2022 | 100 | $0.22 | $22.25 |
| 07/22/2022 | 200 | $1.97 | $394.00 | 11/15/2022 | 200 | $0.22 | $44.50 |
| 07/22/2022 | 800 | $1.97 | $1,576.00 | 11/15/2022 | 200 | $0.22 | $44.50 |
| 07/22/2022 | 900 | $1.97 | $1,773.00 | 11/15/2022 | 100 | $0.22 | $22.25 |
| 07/22/2022 | 700 | $1.97 | $1,379.00 | 11/15/2022 | 200 | $0.22 | $44.50 |
| 07/22/2022 | 266 | $1.97 | $524.02 | 11/15/2022 | 100 | $0.22 | $22.25 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/15/2022 | 234 | $0.22 | $52.07 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/15/2022 | 200 | $0.22 | $44.50 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/15/2022 | 100 | $0.22 | $22.25 |
| 07/22/2022 | 100 | $1.97 | $196.50 | 11/15/2022 | 100 | $0.22 | $22.25 |
| 07/22/2022 | 85 | $1.97 | $167.45 | 11/15/2022 | 2,666 | $0.22 | $593.19 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/15/2022 | 100 | $0.22 | $22.25 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/15/2022 | 500 | $0.23 | $112.50 |
| 07/22/2022 | 100 | $1.97 | $196.50 | 11/15/2022 | 42,800 | $0.22 | $9,523.00 |
| 07/22/2022 | 100 | $1.97 | $196.50 | 11/15/2022 | 100 | $0.22 | $22.25 |
| 07/22/2022 | 200 | $1.97 | $394.00 | 11/15/2022 | 200 | $0.22 | $44.50 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/15/2022 | 500 | $0.23 | $112.50 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/15/2022 | 500 | $0.23 | $112.50 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/15/2022 | 500 | $0.23 | $112.50 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/15/2022 | 500 | $0.23 | $112.50 |
| 07/22/2022 | 100 | $1.97 | $196.50 | 11/21/2022 | 2,391 | $0.18 | $429.66 |
| 07/22/2022 | 400 | $1.97 | $788.00 | 11/21/2022 | 2,100 | $0.18 | $377.37 |
| 07/22/2022 | 500 | $1.97 | $985.00 | 11/21/2022 | 100 | $0.18 | $17.97 |
| 07/22/2022 | 100 | $1.97 | $197.00 | 11/21/2022 | 100 | $0.18 | $17.97 |
| 07/22/2022 | 30 | $1.97 | $58.95 | 11/21/2022 | 100 | $0.18 | $17.97 |

TAB 1
031

| Date | Shares | Price | Cost | Date | Shares | Price | Loss |
|---|---|---|---|---|---|---|---|
| 07/22/2022 | 200 | $1.97 | $394.00 | 11/21/2022 | 100 | $0.18 | $17.97 |
| 07/22/2022 | 46 | $1.97 | $90.39 | 11/21/2022 | 4,600 | $0.18 | $826.62 |
| 07/22/2022 | 163 | $1.97 | $320.30 | 11/21/2022 | 1,600 | $0.18 | $287.52 |
| 07/22/2022 | 30 | $1.97 | $58.95 | 11/21/2022 | 100 | $0.18 | $17.97 |
| 07/22/2022 | 30 | $1.97 | $58.95 | 11/21/2022 | 300 | $0.18 | $53.91 |
| 07/22/2022 | 30 | $1.97 | $58.95 | 11/21/2022 | 3,900 | $0.18 | $700.83 |
| 07/22/2022 | 100 | $1.97 | $196.50 | 11/21/2022 | 15,300 | $0.18 | $2,749.41 |
| 07/22/2022 | 100 | $1.97 | $196.50 | 11/21/2022 | 100 | $0.18 | $17.97 |
| 08/08/2022 | 35 | $3.01 | $105.18 | 11/21/2022 | 100 | $0.18 | $17.97 |
| 08/10/2022 | 100 | $3.25 | $324.50 | 11/21/2022 | 400 | $0.18 | $71.88 |
| 08/10/2022 | 9,000 | $3.25 | $29,250.00 | 11/21/2022 | 7,500 | $0.18 | $1,347.75 |
| 08/10/2022 | 10,955 | $3.25 | $35,599.37 | 11/21/2022 | 100 | $0.18 | $17.97 |
| 08/10/2022 | 200 | $3.25 | $649.00 | 11/21/2022 | 300 | $0.18 | $53.91 |
| 08/10/2022 | 100 | $3.25 | $324.50 | 11/21/2022 | 12 | $0.18 | $2.16 |
| 08/10/2022 | 300 | $3.25 | $973.50 | 11/21/2022 | 400 | $0.18 | $71.88 |
| 08/10/2022 | 400 | $3.25 | $1,298.00 | 11/21/2022 | 24 | $0.18 | $4.31 |
| 08/10/2022 | 300 | $3.25 | $973.50 | 11/21/2022 | 1,000 | $0.18 | $179.70 |
| 08/10/2022 | 300 | $3.25 | $973.50 | 11/21/2022 | 9,100 | $0.18 | $1,635.27 |
| 08/10/2022 | 400 | $3.25 | $1,298.00 | 11/21/2022 | 100 | $0.18 | $17.97 |
| 08/10/2022 | 700 | $3.25 | $2,271.50 | 11/21/2022 | 12 | $0.18 | $2.16 |
| 08/10/2022 | 600 | $3.25 | $1,947.00 | 11/21/2022 | 100 | $0.18 | $17.97 |
| 08/10/2022 | 400 | $3.25 | $1,298.00 | 11/21/2022 | 25 | $0.18 | $4.49 |
| 08/10/2022 | 522 | $3.25 | $1,693.89 | 11/21/2022 | 12 | $0.18 | $2.16 |
| 08/10/2022 | 300 | $3.25 | $973.50 | 11/21/2022 | 12 | $0.18 | $2.16 |
| 08/10/2022 | 200 | $3.25 | $649.00 | 11/21/2022 | 12 | $0.18 | $2.16 |
| 10/12/2022 | 2,595 | $1.24 | $3,213.65 | 11/21/2022 | 1,011 | $0.18 | $181.68 |
| 10/14/2022 | 8,832 | $1.26 | $11,124.79 | 11/21/2022 | 5,552 | $0.18 | $997.69 |
| 10/14/2022 | 200 | $1.25 | $250.00 | 11/21/2022 | 100 | $0.18 | $17.97 |
| 10/14/2022 | 100 | $1.25 | $125.00 | 11/21/2022 | 37,500 | $0.18 | $6,738.75 |
| 10/14/2022 | 207 | $1.25 | $258.75 | 11/21/2022 | 3,900 | $0.18 | $700.83 |
| 10/14/2022 | 100 | $1.25 | $125.00 | 11/21/2022 | 500 | $0.18 | $89.85 |
| 10/14/2022 | 100 | $1.25 | $125.00 | 11/21/2022 | 100 | $0.18 | $17.97 |
| 10/14/2022 | 131 | $1.25 | $163.75 | 11/21/2022 | 25 | $0.18 | $4.49 |
| 10/14/2022 | 100 | $1.25 | $125.00 | 11/21/2022 | 12 | $0.18 | $2.16 |
| 10/14/2022 | 100 | $1.25 | $125.00 | 11/21/2022 | 100 | $0.18 | $17.97 |
| 10/14/2022 | 100 | $1.25 | $125.00 | 11/21/2022 | 100 | $0.18 | $17.97 |
| 10/14/2022 | 100 | $1.25 | $125.00 | 11/21/2022 | 100 | $0.18 | $17.97 |
| 10/14/2022 | 600 | $1.25 | $750.00 | 11/21/2022 | 1,000 | $0.18 | $179.70 |
| 10/14/2022 | 300 | $1.25 | $375.00 | 11/25/2022 | 22,326 | $0.17 | $3,884.72 |
| 10/14/2022 | 200 | $1.25 | $249.00 | 11/25/2022 | 1,600 | $0.17 | $278.40 |
| 10/14/2022 | 200 | $1.25 | $250.00 | 11/25/2022 | 2,100 | $0.17 | $365.40 |
| 10/14/2022 | 100 | $1.25 | $125.00 | 11/25/2022 | 1,149 | $0.17 | $199.93 |
| 10/14/2022 | 300 | $1.25 | $375.00 | 11/25/2022 | 1,000 | $0.17 | $174.00 |
| 10/14/2022 | 200 | $1.25 | $250.00 | 11/25/2022 | 160 | $0.17 | $27.84 |
| 10/14/2022 | 138 | $1.25 | $172.50 | 11/25/2022 | 21 | $0.17 | $3.65 |
| 10/14/2022 | 100 | $1.25 | $125.00 | 11/25/2022 | 100 | $0.17 | $17.40 |
| 10/14/2022 | 300 | $1.25 | $375.00 | 11/25/2022 | 1,000 | $0.17 | $174.00 |
| 10/14/2022 | 200 | $1.25 | $250.00 | 11/25/2022 | 200 | $0.17 | $34.80 |
| 10/14/2022 | 100 | $1.25 | $125.00 | 11/25/2022 | 10 | $0.17 | $1.74 |
| 10/14/2022 | 100 | $1.25 | $125.00 | 11/25/2022 | 1 | $0.17 | $0.17 |
| 10/14/2022 | 200 | $1.25 | $249.00 | 11/25/2022 | 100 | $0.17 | $17.40 |

TAB 1
032

| Date | Shares | Price | Amount |
|---|---|---|---|
| 10/14/2022 | 200 | $1.25 | $249.00 |
| 10/14/2022 | 700 | $1.25 | $875.00 |
| 10/14/2022 | 100 | $1.25 | $125.00 |
| 10/14/2022 | 100 | $1.25 | $125.00 |
| 10/14/2022 | 300 | $1.25 | $373.50 |
| 10/14/2022 | 300 | $1.25 | $375.00 |
| 10/14/2022 | 100 | $1.25 | $124.50 |
| 10/14/2022 | 100 | $1.25 | $125.00 |
| 10/14/2022 | 100 | $1.25 | $125.00 |
| 10/14/2022 | 3 | $1.25 | $3.75 |
| 10/14/2022 | 100 | $1.25 | $124.50 |
| 10/14/2022 | 100 | $1.25 | $125.00 |
| 10/14/2022 | 100 | $1.25 | $125.00 |
| 10/14/2022 | 600 | $1.25 | $750.00 |
| 10/14/2022 | 200 | $1.25 | $250.00 |
| 10/14/2022 | 117 | $1.25 | $146.25 |
| 10/14/2022 | 147 | $1.25 | $183.75 |
| 10/14/2022 | 600 | $1.25 | $750.00 |
| 10/14/2022 | 100 | $1.25 | $125.00 |
| 10/14/2022 | 200 | $1.25 | $250.00 |
| 10/14/2022 | 400 | $1.25 | $500.00 |
| 10/14/2022 | 100 | $1.25 | $125.00 |
| 10/14/2022 | 117 | $1.25 | $146.25 |
| 10/14/2022 | 200 | $1.25 | $250.00 |
| 10/14/2022 | 117 | $1.26 | $146.84 |
| 10/14/2022 | 100 | $1.25 | $125.00 |
| 10/14/2022 | 150 | $1.25 | $187.50 |
| 10/14/2022 | 100 | $1.25 | $124.50 |
| 10/14/2022 | 100 | $1.25 | $125.00 |
| 10/14/2022 | 200 | $1.25 | $250.00 |
| 10/14/2022 | 69 | $1.25 | $86.25 |
| 10/14/2022 | 100 | $1.25 | $125.00 |
| 10/14/2022 | 200 | $1.26 | $251.00 |
| 10/14/2022 | 883 | $1.25 | $1,103.75 |
| 10/14/2022 | 200 | $1.25 | $250.00 |
| 10/14/2022 | 200 | $1.25 | $249.00 |
| 10/14/2022 | 300 | $1.26 | $378.00 |
| 10/14/2022 | 300 | $1.26 | $376.50 |
| 10/14/2022 | 200 | $1.26 | $251.00 |
| 10/14/2022 | 100 | $1.25 | $125.00 |
| 10/14/2022 | 200 | $1.25 | $250.00 |
| 10/14/2022 | 200 | $1.26 | $252.00 |
| 10/14/2022 | 100 | $1.24 | $124.00 |
| 10/14/2022 | 200 | $1.26 | $251.00 |
| 10/14/2022 | 6,000 | $1.26 | $7,560.00 |
| 10/14/2022 | 600 | $1.26 | $756.00 |
| 10/14/2022 | 800 | $1.26 | $1,008.00 |
| 10/14/2022 | 100 | $1.26 | $126.00 |
| 10/14/2022 | 200 | $1.26 | $252.00 |
| 10/14/2022 | 100 | $1.26 | $126.00 |
| 10/14/2022 | 100 | $1.26 | $126.00 |

TAB 1
033

| Date | Shares | Price | Amount |
|---|---|---|---|
| 10/14/2022 | 100 | $1.26 | $125.50 |
| 10/14/2022 | 300 | $1.26 | $378.00 |
| 10/14/2022 | 1,300 | $1.26 | $1,638.00 |
| 10/14/2022 | 200 | $1.26 | $251.80 |
| 10/14/2022 | 100 | $1.26 | $126.00 |
| 10/14/2022 | 300 | $1.26 | $378.00 |
| 10/14/2022 | 500 | $1.26 | $630.00 |
| 10/14/2022 | 200 | $1.26 | $252.00 |
| 10/14/2022 | 200 | $1.26 | $251.50 |
| 10/14/2022 | 100 | $1.26 | $126.00 |
| 10/14/2022 | 100 | $1.26 | $126.00 |
| 10/14/2022 | 200 | $1.26 | $252.00 |
| 10/14/2022 | 300 | $1.26 | $378.00 |
| 10/14/2022 | 900 | $1.26 | $1,129.50 |
| 10/14/2022 | 200 | $1.26 | $252.00 |
| 10/14/2022 | 100 | $1.26 | $126.00 |
| 10/14/2022 | 200 | $1.26 | $251.00 |
| 10/14/2022 | 1,000 | $1.26 | $1,259.00 |
| 10/14/2022 | 300 | $1.26 | $376.50 |
| 10/14/2022 | 200 | $1.26 | $252.00 |
| 10/14/2022 | 300 | $1.26 | $378.00 |
| 10/14/2022 | 100 | $1.25 | $125.00 |
| 10/14/2022 | 200 | $1.26 | $251.00 |
| 10/14/2022 | 100 | $1.25 | $125.00 |
| 10/14/2022 | 100 | $1.24 | $124.00 |
| 10/14/2022 | 71 | $1.25 | $88.75 |
| 10/14/2022 | 800 | $1.25 | $1,000.00 |
| 10/14/2022 | 200 | $1.25 | $250.00 |
| 10/14/2022 | 200 | $1.26 | $251.00 |
| 10/14/2022 | 400 | $1.25 | $500.00 |
| 10/14/2022 | 100 | $1.25 | $125.00 |
| 10/14/2022 | 100 | $1.25 | $125.00 |
| 10/14/2022 | 100 | $1.25 | $125.00 |
| 10/14/2022 | 700 | $1.25 | $875.00 |
| 10/14/2022 | 200 | $1.25 | $250.00 |
| 10/14/2022 | 100 | $1.25 | $125.00 |
| 10/14/2022 | 200 | $1.25 | $249.00 |
| 10/14/2022 | 300 | $1.25 | $373.50 |
| 10/14/2022 | 600 | $1.25 | $750.00 |
| 10/14/2022 | 200 | $1.25 | $250.00 |
| 10/14/2022 | 200 | $1.25 | $250.00 |
| 10/14/2022 | 100 | $1.25 | $125.00 |
| 10/14/2022 | 300 | $1.25 | $373.50 |
| 10/14/2022 | 300 | $1.25 | $375.00 |
| 10/14/2022 | 200 | $1.25 | $249.00 |
| 10/14/2022 | 200 | $1.24 | $248.00 |
| 10/14/2022 | 400 | $1.25 | $500.00 |
| 10/14/2022 | 300 | $1.25 | $373.50 |
| 10/14/2022 | 300 | $1.25 | $373.50 |
| 10/14/2022 | 100 | $1.25 | $124.50 |
| 10/14/2022 | 250 | $1.24 | $310.00 |

TAB 1
034

| Date | Shares | Price | Amount |
|---|---|---|---|
| 10/14/2022 | 100 | $1.24 | $124.00 |
| 10/14/2022 | 300 | $1.25 | $373.50 |
| 10/14/2022 | 300 | $1.25 | $373.50 |
| 10/14/2022 | 100 | $1.24 | $124.00 |
| 10/14/2022 | 400 | $1.24 | $496.00 |
| 10/14/2022 | 111 | $1.24 | $137.09 |
| 10/14/2022 | 200 | $1.24 | $248.00 |
| 10/14/2022 | 100 | $1.24 | $123.50 |
| 10/14/2022 | 100 | $1.24 | $124.00 |
| 10/14/2022 | 100 | $1.24 | $124.00 |
| 10/14/2022 | 500 | $1.24 | $620.00 |
| 10/14/2022 | 100 | $1.24 | $123.50 |
| 10/14/2022 | 100 | $1.24 | $123.90 |
| 10/14/2022 | 100 | $1.24 | $123.50 |
| 10/14/2022 | 300 | $1.24 | $370.50 |
| 10/14/2022 | 300 | $1.24 | $370.50 |
| 10/14/2022 | 10 | $1.24 | $12.40 |
| 10/14/2022 | 400 | $1.24 | $496.00 |
| 10/14/2022 | 100 | $1.24 | $124.00 |
| 10/14/2022 | 200 | $1.24 | $247.00 |
| 10/14/2022 | 200 | $1.24 | $247.00 |
| 10/14/2022 | 300 | $1.24 | $370.50 |
| 10/14/2022 | 200 | $1.24 | $248.00 |
| 10/14/2022 | 300 | $1.24 | $370.50 |
| 10/14/2022 | 397 | $1.24 | $492.28 |
| 10/14/2022 | 200 | $1.24 | $247.00 |
| 10/14/2022 | 100 | $1.24 | $123.50 |
| 10/14/2022 | 300 | $1.24 | $370.50 |
| 10/14/2022 | 200 | $1.24 | $247.00 |
| 10/14/2022 | 200 | $1.24 | $247.00 |
| 10/14/2022 | 200 | $1.24 | $247.00 |
| 10/14/2022 | 200 | $1.24 | $247.00 |
| 10/14/2022 | 200 | $1.24 | $247.00 |
| 10/14/2022 | 200 | $1.24 | $247.00 |
| 10/14/2022 | 100 | $1.24 | $123.50 |
| 10/14/2022 | 300 | $1.24 | $370.50 |
| 10/14/2022 | 300 | $1.24 | $370.50 |
| 10/14/2022 | 200 | $1.24 | $247.00 |
| 10/14/2022 | 300 | $1.24 | $370.50 |
| 10/14/2022 | 300 | $1.24 | $370.50 |
| 10/14/2022 | 300 | $1.24 | $370.50 |
| 10/14/2022 | 300 | $1.24 | $370.50 |
| 10/14/2022 | 100 | $1.24 | $123.50 |
| 10/14/2022 | 200 | $1.24 | $247.00 |
| 10/14/2022 | 100 | $1.24 | $123.50 |
| 10/14/2022 | 500 | $1.24 | $617.50 |
| 10/14/2022 | 200 | $1.24 | $247.00 |
| 10/14/2022 | 200 | $1.24 | $247.00 |
| 10/14/2022 | 200 | $1.24 | $247.00 |
| 10/14/2022 | 200 | $1.24 | $247.00 |
| 10/20/2022 | 100 | $1.07 | $107.00 |

TAB 1
035

| Date | Shares | Price | Total |
|---|---|---|---|
| 10/20/2022 | 27 | $1.07 | $28.89 |
| 10/20/2022 | 34,393 | $1.08 | $37,144.44 |
| 10/20/2022 | 600 | $1.07 | $642.00 |
| 10/20/2022 | 44 | $1.07 | $47.08 |
| 10/20/2022 | 27 | $1.07 | $28.89 |
| 10/20/2022 | 100 | $1.07 | $107.00 |
| 10/20/2022 | 2 | $1.07 | $2.14 |
| 10/20/2022 | 100 | $1.07 | $107.00 |
| 10/20/2022 | 1,900 | $1.07 | $2,033.00 |
| 10/20/2022 | 300 | $1.07 | $321.00 |
| 10/20/2022 | 27 | $1.07 | $28.89 |
| 10/20/2022 | 1 | $1.07 | $1.07 |
| 10/20/2022 | 200 | $1.07 | $214.00 |
| 10/20/2022 | 27 | $1.07 | $28.89 |
| 10/20/2022 | 400 | $1.07 | $428.00 |
| 10/20/2022 | 300 | $1.07 | $321.00 |
| 10/20/2022 | 700 | $1.07 | $749.00 |
| 10/20/2022 | 1 | $1.07 | $1.07 |
| 10/20/2022 | 43 | $1.07 | $46.01 |
| 10/20/2022 | 1,500 | $1.07 | $1,605.00 |
| 10/20/2022 | 100 | $1.07 | $107.00 |
| 10/20/2022 | 8,496 | $1.07 | $9,090.72 |
| 10/20/2022 | 2 | $1.07 | $2.13 |
| 10/20/2022 | 1 | $1.07 | $1.07 |
| 10/20/2022 | 27 | $1.07 | $28.89 |
| 10/20/2022 | 1,999 | $1.07 | $2,138.93 |
| 10/20/2022 | 100 | $1.07 | $107.00 |
| 10/20/2022 | 1 | $1.07 | $1.07 |
| 10/20/2022 | 27 | $1.07 | $28.89 |
| 10/20/2022 | 100 | $1.07 | $107.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 100 | $1.07 | $107.00 |
| 10/20/2022 | 100 | $1.07 | $107.00 |
| 10/20/2022 | 100 | $1.07 | $107.00 |
| 10/20/2022 | 100 | $1.07 | $107.00 |
| 10/20/2022 | 6,092 | $1.07 | $6,518.44 |
| 10/20/2022 | 100 | $1.07 | $107.00 |
| 10/20/2022 | 100 | $1.07 | $107.00 |
| 10/20/2022 | 1 | $1.07 | $1.07 |
| 10/20/2022 | 100 | $1.07 | $107.00 |
| 10/20/2022 | 27 | $1.07 | $28.89 |
| 10/20/2022 | 500 | $1.07 | $535.00 |
| 10/20/2022 | 1,514 | $1.07 | $1,619.98 |
| 10/20/2022 | 100 | $1.07 | $107.00 |
| 10/20/2022 | 100 | $1.07 | $107.00 |
| 10/20/2022 | 1,100 | $1.07 | $1,175.90 |
| 10/20/2022 | 2 | $1.07 | $2.13 |
| 10/20/2022 | 300 | $1.07 | $319.50 |
| 10/20/2022 | 300 | $1.07 | $319.50 |
| 10/20/2022 | 100 | $1.07 | $107.00 |
| 10/20/2022 | 300 | $1.07 | $319.50 |

TAB 1
036

| Date | Shares | Price | Amount |
|---|---|---|---|
| 10/20/2022 | 6,200 | $1.07 | $6,634.00 |
| 10/20/2022 | 2 | $1.07 | $2.13 |
| 10/20/2022 | 2 | $1.07 | $2.13 |
| 10/20/2022 | 300 | $1.07 | $319.50 |
| 10/20/2022 | 2 | $1.06 | $2.12 |
| 10/20/2022 | 2 | $1.07 | $2.13 |
| 10/20/2022 | 2 | $1.07 | $2.13 |
| 10/20/2022 | 1,600 | $1.07 | $1,712.00 |
| 10/20/2022 | 29 | $1.06 | $30.74 |
| 10/20/2022 | 2 | $1.07 | $2.13 |
| 10/20/2022 | 2 | $1.06 | $2.11 |
| 10/20/2022 | 98 | $1.06 | $103.88 |
| 10/20/2022 | 300 | $1.07 | $319.50 |
| 10/20/2022 | 69 | $1.06 | $73.14 |
| 10/20/2022 | 100 | $1.06 | $106.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 28 | $1.06 | $29.68 |
| 10/20/2022 | 5 | $1.06 | $5.30 |
| 10/20/2022 | 27 | $1.06 | $28.62 |
| 10/20/2022 | 1 | $1.06 | $1.06 |
| 10/20/2022 | 100 | $1.06 | $106.00 |
| 10/20/2022 | 100 | $1.06 | $106.00 |
| 10/20/2022 | 100 | $1.06 | $106.00 |
| 10/20/2022 | 2 | $1.06 | $2.11 |
| 10/20/2022 | 31 | $1.06 | $32.86 |
| 10/20/2022 | 3,000 | $1.06 | $3,180.00 |
| 10/20/2022 | 27 | $1.06 | $28.62 |
| 10/20/2022 | 2 | $1.06 | $2.11 |
| 10/20/2022 | 27 | $1.06 | $28.62 |
| 10/20/2022 | 150 | $1.06 | $159.00 |
| 10/20/2022 | 200 | $1.05 | $210.00 |
| 10/20/2022 | 45 | $1.05 | $47.25 |
| 10/20/2022 | 800 | $1.06 | $848.00 |
| 10/20/2022 | 125 | $1.05 | $131.25 |
| 10/20/2022 | 400 | $1.05 | $420.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 27 | $1.05 | $28.35 |
| 10/20/2022 | 10 | $1.05 | $10.50 |
| 10/20/2022 | 27 | $1.05 | $28.35 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 22 | $1.05 | $23.10 |
| 10/20/2022 | 200 | $1.05 | $210.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 600 | $1.05 | $630.00 |
| 10/20/2022 | 27 | $1.05 | $28.35 |
| 10/20/2022 | 200 | $1.05 | $210.00 |

TAB 1
037

| Date | Shares | Price | Total |
|---|---|---|---|
| 10/20/2022 | 26 | $1.05 | $27.30 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 27 | $1.05 | $28.35 |
| 10/20/2022 | 27 | $1.05 | $28.35 |
| 10/20/2022 | 27 | $1.05 | $28.35 |
| 10/20/2022 | 27 | $1.05 | $28.35 |
| 10/20/2022 | 27 | $1.05 | $28.35 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 400 | $1.05 | $420.00 |
| 10/20/2022 | 200 | $1.05 | $210.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 5,600 | $1.05 | $5,880.00 |
| 10/20/2022 | 9 | $1.05 | $9.45 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 5,512 | $1.05 | $5,787.60 |
| 10/20/2022 | 200 | $1.05 | $210.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 9 | $1.05 | $9.45 |
| 10/20/2022 | 500 | $1.05 | $525.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 200 | $1.05 | $210.00 |
| 10/20/2022 | 200 | $1.05 | $210.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 1,500 | $1.05 | $1,575.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 500 | $1.05 | $525.00 |
| 10/20/2022 | 53 | $1.05 | $55.65 |
| 10/20/2022 | 160 | $1.05 | $168.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 1,000 | $1.05 | $1,050.00 |
| 10/20/2022 | 202 | $1.05 | $212.10 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 500 | $1.05 | $525.00 |
| 10/20/2022 | 100 | $1.05 | $104.50 |
| 10/20/2022 | 300 | $1.05 | $313.50 |
| 10/20/2022 | 2,500 | $1.05 | $2,625.00 |
| 10/20/2022 | 2,500 | $1.05 | $2,625.00 |
| 10/20/2022 | 200 | $1.05 | $210.00 |
| 10/20/2022 | 140 | $1.05 | $147.00 |
| 10/20/2022 | 1,700 | $1.05 | $1,785.00 |
| 10/20/2022 | 100 | $1.05 | $104.50 |
| 10/20/2022 | 400 | $1.05 | $420.00 |
| 10/20/2022 | 300 | $1.05 | $315.00 |
| 10/20/2022 | 600 | $1.05 | $630.00 |

TAB 1
038

| Date | Shares | Price | Total |
|---|---|---|---|
| 10/20/2022 | 1 | $1.05 | $1.05 |
| 10/20/2022 | 500 | $1.05 | $525.00 |
| 10/20/2022 | 400 | $1.05 | $418.00 |
| 10/20/2022 | 600 | $1.05 | $630.00 |
| 10/20/2022 | 600 | $1.05 | $630.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 200 | $1.05 | $210.00 |
| 10/20/2022 | 1,000 | $1.05 | $1,050.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 200 | $1.05 | $209.80 |
| 10/20/2022 | 2 | $1.05 | $2.10 |
| 10/20/2022 | 2,600 | $1.05 | $2,730.00 |
| 10/20/2022 | 700 | $1.05 | $731.50 |
| 10/20/2022 | 1,500 | $1.05 | $1,567.50 |
| 10/20/2022 | 100 | $1.05 | $105.00 |
| 10/20/2022 | 300 | $1.05 | $315.00 |
| 10/20/2022 | 100 | $1.05 | $104.50 |
| 10/20/2022 | 200 | $1.05 | $210.00 |
| 10/20/2022 | 200 | $1.05 | $210.00 |
| 10/20/2022 | 2,300 | $1.05 | $2,412.70 |
| 10/20/2022 | 200 | $1.05 | $210.00 |
| 10/20/2022 | 1,398 | $1.05 | $1,467.90 |
| 10/20/2022 | 200 | $1.05 | $210.00 |
| 10/20/2022 | 200 | $1.05 | $210.00 |
| 10/20/2022 | 100 | $1.05 | $104.75 |
| 10/20/2022 | 600 | $1.05 | $630.00 |
| 10/20/2022 | 600 | $1.05 | $630.00 |
| 10/20/2022 | 100 | $1.05 | $104.50 |
| 10/20/2022 | 71 | $1.05 | $74.20 |
| 10/20/2022 | 2 | $1.05 | $2.09 |
| 10/20/2022 | 100 | $1.05 | $104.50 |
| 10/20/2022 | 300 | $1.05 | $313.50 |
| 10/20/2022 | 100 | $1.05 | $104.50 |
| 10/20/2022 | 100 | $1.05 | $104.50 |
| 10/20/2022 | 600 | $1.05 | $630.00 |
| 10/20/2022 | 100 | $1.05 | $104.50 |
| 10/20/2022 | 228 | $1.05 | $238.26 |
| 10/20/2022 | 108 | $1.05 | $112.86 |
| 10/20/2022 | 100 | $1.05 | $104.50 |
| 10/20/2022 | 100 | $1.05 | $104.50 |
| 10/20/2022 | 1,500 | $1.05 | $1,567.50 |
| 10/20/2022 | 300 | $1.05 | $313.50 |
| 10/20/2022 | 1 | $1.05 | $1.05 |
| 10/20/2022 | 200 | $1.05 | $209.00 |
| 10/20/2022 | 7 | $1.05 | $7.32 |
| 10/20/2022 | 100 | $1.05 | $104.50 |
| 10/20/2022 | 200 | $1.05 | $209.00 |
| 10/20/2022 | 15 | $1.05 | $15.68 |
| 10/20/2022 | 300 | $1.05 | $313.50 |
| 10/20/2022 | 5,093 | $1.05 | $5,322.19 |

TAB 1
039

| Date | Shares | Price | Amount |
|---|---|---|---|
| 10/20/2022 | 200 | $1.05 | $209.00 |
| 10/20/2022 | 7 | $1.05 | $7.32 |
| 10/20/2022 | 300 | $1.05 | $313.50 |
| 10/20/2022 | 4,700 | $1.05 | $4,911.50 |
| 10/20/2022 | 300 | $1.05 | $313.50 |
| 10/20/2022 | 300 | $1.05 | $313.50 |
| 10/20/2022 | 200 | $1.05 | $209.00 |
| 10/20/2022 | 100 | $1.05 | $104.50 |
| 10/20/2022 | 100 | $1.05 | $104.50 |
| 10/20/2022 | 500 | $1.05 | $522.50 |
| 10/20/2022 | 300 | $1.05 | $313.50 |
| 10/20/2022 | 4,193 | $1.05 | $4,381.69 |
| 10/20/2022 | 200 | $1.05 | $209.00 |
| 10/20/2022 | 500 | $1.05 | $522.50 |
| 10/20/2022 | 100 | $1.05 | $104.50 |
| 10/20/2022 | 300 | $1.05 | $313.50 |
| 10/20/2022 | 100 | $1.05 | $104.50 |
| 10/20/2022 | 72 | $1.05 | $75.24 |
| 10/20/2022 | 100 | $1.05 | $104.50 |
| 10/20/2022 | 300 | $1.05 | $313.50 |
| 10/20/2022 | 5,727 | $1.05 | $5,984.72 |
| 10/20/2022 | 7 | $1.05 | $7.32 |
| 10/20/2022 | 100 | $1.05 | $104.50 |
| 10/20/2022 | 200 | $1.05 | $209.00 |
| 10/20/2022 | 200 | $1.05 | $209.00 |
| 10/20/2022 | 299 | $1.05 | $312.46 |
| 10/20/2022 | 1 | $1.05 | $1.05 |
| 10/20/2022 | 900 | $1.05 | $940.50 |
| 10/20/2022 | 7 | $1.05 | $7.32 |
| 10/20/2022 | 200 | $1.05 | $209.00 |
| 10/20/2022 | 200 | $1.05 | $209.00 |
| 10/20/2022 | 7 | $1.05 | $7.32 |
| 10/20/2022 | 200 | $1.05 | $209.00 |
| 10/20/2022 | 300 | $1.05 | $313.50 |
| 10/20/2022 | 800 | $1.05 | $836.00 |
| 10/20/2022 | 200 | $1.05 | $209.00 |
| 10/20/2022 | 7 | $1.05 | $7.32 |
| 10/20/2022 | 200 | $1.05 | $209.00 |
| 10/20/2022 | 200 | $1.05 | $209.00 |
| 10/20/2022 | 7 | $1.05 | $7.32 |
| 10/20/2022 | 1,000 | $1.05 | $1,045.00 |
| 10/24/2022 | 2,600 | $0.94 | $2,446.08 |
| 10/24/2022 | 35,924 | $0.95 | $34,106.25 |
| 10/24/2022 | 500 | $0.94 | $468.10 |
| 10/24/2022 | 200 | $0.93 | $186.53 |
| 10/24/2022 | 100 | $0.93 | $93.03 |
| 10/24/2022 | 100 | $0.94 | $93.62 |
| 10/24/2022 | 100 | $0.93 | $92.84 |
| 10/24/2022 | 2,300 | $0.93 | $2,135.41 |
| 10/24/2022 | 800 | $0.93 | $742.75 |
| 10/24/2022 | 100 | $0.93 | $93.26 |

TAB 1
040

| | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|---|
| | 10/24/2022 | 5,393 | $0.93 | $5,015.11 | | | | | |
| | 10/24/2022 | 876 | $0.93 | $812.10 | | | | | |
| | 10/24/2022 | 100 | $0.93 | $92.71 | | | | | |
| | 10/24/2022 | 100 | $0.93 | $92.70 | | | | | |
| | 10/24/2022 | 1,400 | $0.93 | $1,297.87 | | | | | |
| | 10/24/2022 | 200 | $0.93 | $185.41 | | | | | |
| | 10/24/2022 | 1,000 | $0.93 | $927.05 | | | | | |
| | 10/24/2022 | 7 | $0.93 | $6.49 | | | | | |
| | 10/24/2022 | 100 | $0.93 | $92.71 | | | | | |
| | 10/24/2022 | 100 | $0.93 | $92.70 | | | | | |
| | 10/24/2022 | 100 | $0.93 | $92.70 | | | | | |
| | 10/24/2022 | 200 | $0.93 | $185.41 | | | | | |
| | 10/24/2022 | 200 | $0.93 | $185.41 | | | | | |
| | 10/24/2022 | 100 | $0.93 | $92.70 | | | | | |
| | 10/25/2022 | 1,700 | $0.89 | $1,510.47 | | | | | |
| | 10/25/2022 | 36,791 | $0.89 | $32,736.63 | | | | | |
| | 10/25/2022 | 1,297 | $0.88 | $1,140.74 | | | | | |
| | 10/25/2022 | 400 | $0.88 | $351.81 | | | | | |
| | 10/25/2022 | 3,300 | $0.88 | $2,902.42 | | | | | |
| | 10/25/2022 | 1,000 | $0.88 | $879.52 | | | | | |
| | 10/25/2022 | 1,000 | $0.88 | $879.52 | | | | | |
| | 10/25/2022 | 112 | $0.88 | $98.51 | | | | | |
| | 10/25/2022 | 100 | $0.88 | $87.95 | | | | | |
| | 10/25/2022 | 1,000 | $0.87 | $870.42 | | | | | |
| | 10/25/2022 | 100 | $0.88 | $87.95 | | | | | |
| | 10/25/2022 | 1,000 | $0.87 | $870.42 | | | | | |
| | 10/25/2022 | 100 | $0.88 | $87.95 | | | | | |
| | 10/25/2022 | 500 | $0.87 | $435.21 | | | | | |
| | 10/25/2022 | 1,900 | $0.87 | $1,653.78 | | | | | |
| | 10/25/2022 | 1,000 | $0.87 | $870.41 | | | | | |
| | 10/25/2022 | 400 | $0.87 | $348.16 | | | | | |
| | | **408,747** | | **$535,756.83** | | **408,747** | | **$140,042.32** | **($395,714.52)** |
| **Barry L. Bradford (Warrants)** | 01/04/2022 | 833 | $2.97 | $2,474.01 | 01/25/2022 | 1,666 | $1.80 | $2,998.80 | |
| | 01/05/2022 | 200 | $2.78 | $556.00 | 01/25/2022 | 1,488 | $1.98 | $2,946.24 | |
| | 01/10/2022 | 43 | $2.33 | $100.19 | 02/18/2022 | 25 | $2.36 | $59.00 | |
| | 01/11/2022 | 46 | $2.22 | $102.12 | 03/02/2022 | 1,288 | $2.51 | $3,232.88 | |
| | 01/11/2022 | 100 | $2.30 | $230.00 | 03/02/2022 | 31 | $2.46 | $76.26 | |
| | 01/11/2022 | 100 | $2.39 | $239.00 | 03/02/2022 | 405 | $2.44 | $988.20 | |
| | 01/12/2022 | 352 | $2.19 | $770.88 | 03/02/2022 | 1,105 | $2.44 | $2,696.20 | |
| | 01/12/2022 | 800 | $2.19 | $1,752.00 | 03/03/2022 | 500 | $2.01 | $1,005.00 | |
| | 01/13/2022 | 100 | $2.00 | $200.00 | 03/03/2022 | 1,295 | $2.01 | $2,602.95 | |
| | 01/13/2022 | 100 | $2.03 | $203.00 | 03/03/2022 | 775 | $2.01 | $1,557.75 | |
| | 01/18/2022 | 1,068 | $2.34 | $2,499.12 | 03/04/2022 | 850 | $2.00 | $1,700.00 | |
| | 01/21/2022 | 1,488 | $1.70 | $2,529.60 | held | 64,747 | $0.04 | $2,554.82 | |
| | 01/25/2022 | 1,666 | $1.65 | $2,748.90 | | | | | |
| | 01/26/2022 | 1,225 | $2.03 | $2,486.75 | | | | | |
| | 01/26/2022 | 1,059 | $2.34 | $2,478.06 | | | | | |
| | 01/28/2022 | 1,046 | $2.34 | $2,447.64 | | | | | |

TAB 1
041

| Date | Shares | Price | Amount |
|---|---|---|---|
| 01/31/2022 | 72 | $2.64 | $190.08 |
| 02/01/2022 | 892 | $2.77 | $2,470.84 |
| 02/01/2022 | 922 | $2.72 | $2,507.84 |
| 02/03/2022 | 200 | $2.84 | $568.00 |
| 02/03/2022 | 200 | $2.80 | $560.00 |
| 02/03/2022 | 544 | $2.78 | $1,512.32 |
| 02/08/2022 | 865 | $2.89 | $2,499.85 |
| 02/08/2022 | 34 | $2.96 | $100.64 |
| 02/17/2022 | 954 | $2.65 | $2,528.10 |
| 02/17/2022 | 1,079 | $2.24 | $2,416.96 |
| 02/17/2022 | 25 | $2.24 | $56.00 |
| 02/22/2022 | 1,288 | $1.89 | $2,434.32 |
| 02/28/2022 | 946 | $2.80 | $2,648.80 |
| 03/01/2022 | 31 | $2.22 | $68.82 |
| 03/01/2022 | 1,105 | $2.25 | $2,486.25 |
| 03/02/2022 | 1,054 | $2.37 | $2,497.98 |
| 03/03/2022 | 12,371 | $1.87 | $23,133.77 |
| 03/03/2022 | 500 | $1.96 | $980.00 |
| 03/03/2022 | 1,295 | $1.94 | $2,512.30 |
| 03/03/2022 | 775 | $1.96 | $1,519.00 |
| 03/03/2022 | 850 | $1.87 | $1,589.50 |
| 03/04/2022 | 1,445 | $1.70 | $2,456.50 |
| 03/15/2022 | 100 | $1.74 | $174.00 |
| 03/15/2022 | 1,328 | $1.75 | $2,324.00 |
| 03/28/2022 | 100 | $2.22 | $222.00 |
| 03/28/2022 | 2,157 | $2.22 | $4,788.54 |
| 03/29/2022 | 1,162 | $2.12 | $2,463.44 |
| 03/30/2022 | 1,172 | $2.13 | $2,496.36 |
| 04/05/2022 | 200 | $1.95 | $390.00 |
| 04/05/2022 | 1,095 | $1.97 | $2,157.15 |
| 04/06/2022 | 156 | $1.90 | $296.40 |
| 04/12/2022 | 113 | $1.75 | $197.75 |
| 04/12/2022 | 787 | $1.79 | $1,408.73 |
| 04/12/2022 | 898 | $1.68 | $1,508.64 |
| 04/13/2022 | 867 | $1.74 | $1,508.58 |
| 04/14/2022 | 588 | $1.70 | $999.60 |
| 04/18/2022 | 200 | $1.56 | $312.00 |
| 04/18/2022 | 500 | $1.58 | $790.00 |
| 04/19/2022 | 156 | $1.59 | $248.04 |
| 04/20/2022 | 575 | $1.74 | $1,000.50 |
| 05/11/2022 | 100 | $1.36 | $136.00 |
| 05/11/2022 | 300 | $1.36 | $408.00 |
| 05/11/2022 | 2 | $1.38 | $2.76 |
| 05/11/2022 | 1,463 | $1.40 | $2,048.20 |
| 05/17/2022 | 2,109 | $1.20 | $2,530.80 |
| 06/06/2022 | 1,100 | $0.75 | $825.22 |
| 06/06/2022 | 1 | $0.79 | $0.79 |
| 06/06/2022 | 500 | $0.79 | $395.10 |
| 06/06/2022 | 2 | $0.80 | $1.60 |
| 06/08/2022 | 2,579 | $0.80 | $2,063.20 |
| 06/08/2022 | 572 | $0.80 | $457.37 |

TAB 1
042

| Name | Purchase Date | Shares | Price | Cost | Sale Date | Shares | Price | Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|
| | 07/07/2022 | 1,201 | $0.39 | $468.27 | | | | | |
| | 07/07/2022 | 234 | $0.40 | $93.32 | | | | | |
| | 07/07/2022 | 214 | $0.41 | $87.16 | | | | | |
| | 07/07/2022 | 5,000 | $0.41 | $2,037.00 | | | | | |
| | 07/07/2022 | 200 | $0.38 | $75.50 | | | | | |
| | 07/08/2022 | 634 | $0.41 | $259.12 | | | | | |
| | 07/28/2022 | 200 | $0.45 | $90.00 | | | | | |
| | 07/28/2022 | 1,000 | $0.46 | $459.90 | | | | | |
| | 07/28/2022 | 3,261 | $0.49 | $1,601.15 | | | | | |
| | 08/18/2022 | 3,676 | $0.65 | $2,389.40 | | | | | |
| | | **74,175** | | **$119,270.73** | | **74,175** | | **$22,418.10** | **($96,852.63)** |
| **Barry L. Bradford** | 01/03/2022 | 239 | $10.46 | $2,499.94 | 01/26/2022 | 302 | $9.00 | $2,718.00 | |
| | 01/11/2022 | 125 | $9.99 | $1,248.75 | 06/17/2022 | 1,237 | $2.32 | $2,869.84 | |
| | 01/12/2022 | 250 | $10.00 | $2,500.00 | 07/18/2022 | 1,613 | $1.84 | $2,967.92 | |
| | 01/13/2022 | 125 | $9.96 | $1,245.00 | 07/27/2022 | 1,428 | $1.85 | $2,641.80 | |
| | 01/26/2022 | 302 | $8.26 | $2,494.52 | 07/29/2022 | 1,355 | $2.27 | $3,075.85 | |
| | 03/31/2022 | 35 | $8.40 | $294.00 | 07/29/2022 | 100 | $2.27 | $227.00 | |
| | 05/03/2022 | 875 | $5.70 | $4,987.50 | 08/24/2022 | 1,000 | $2.86 | $2,860.00 | |
| | 05/10/2022 | 515 | $4.74 | $2,441.10 | 09/06/2022 | 1,168 | $2.20 | $2,569.60 | |
| | 05/13/2022 | 550 | $4.01 | $2,205.50 | 09/08/2022 | 738 | $2.11 | $1,557.18 | |
| | 05/18/2022 | 636 | $3.93 | $2,499.48 | 09/08/2022 | 481 | $2.11 | $1,014.91 | |
| | 05/19/2022 | 649 | $3.85 | $2,498.65 | 09/12/2022 | 2,217 | $2.38 | $5,276.46 | |
| | 05/20/2022 | 670 | $3.73 | $2,499.10 | held | 24,956 | $0.15 | $3,690.76 | |
| | 05/24/2022 | 143 | $3.48 | $497.64 | | | | | |
| | 06/06/2022 | 956 | $2.62 | $2,504.72 | | | | | |
| | 06/06/2022 | 478 | $2.52 | $1,204.56 | | | | | |
| | 06/07/2022 | 1,050 | $2.38 | $2,499.00 | | | | | |
| | 06/13/2022 | 1,237 | $2.00 | $2,474.00 | | | | | |
| | 07/01/2022 | 1,613 | $1.46 | $2,354.98 | | | | | |
| | 07/07/2022 | 100 | $1.81 | $181.00 | | | | | |
| | 07/08/2022 | 1,355 | $1.86 | $2,520.30 | | | | | |
| | 07/22/2022 | 1,355 | $1.85 | $2,506.75 | | | | | |
| | 07/26/2022 | 1,428 | $1.75 | $2,499.00 | | | | | |
| | 08/01/2022 | 1,006 | $2.49 | $2,504.94 | | | | | |
| | 08/04/2022 | 811 | $3.11 | $2,522.21 | | | | | |
| | 08/12/2022 | 840 | $2.98 | $2,503.20 | | | | | |
| | 08/15/2022 | 762 | $3.26 | $2,484.12 | | | | | |
| | 08/15/2022 | 3,076 | $3.26 | $10,027.76 | | | | | |
| | 08/16/2022 | 843 | $2.97 | $2,503.71 | | | | | |
| | 08/23/2022 | 1,000 | $2.56 | $2,560.00 | | | | | |
| | 08/29/2022 | 2,217 | $2.26 | $5,010.42 | | | | | |
| | 09/02/2022 | 1,168 | $2.15 | $2,511.20 | | | | | |
| | 09/08/2022 | 738 | $2.01 | $1,483.38 | | | | | |
| | 09/08/2022 | 481 | $2.01 | $966.81 | | | | | |
| | 09/14/2022 | 1,243 | $2.07 | $2,573.01 | | | | | |
| | 09/30/2022 | 1,923 | $1.30 | $2,499.90 | | | | | |
| | 10/04/2022 | 1,506 | $1.66 | $2,499.96 | | | | | |
| | 10/14/2022 | 1,937 | $1.29 | $2,498.73 | | | | | |

TAB 1
043

|  |  | Date | Shares | Price | Cost |  | Shares | Price | Value | Loss |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 10/26/2022 | 2,358 | $1.09 | $2,570.22 |  |  |  |  |  |
|  |  |  | **36,595** |  | **$94,375.06** |  | **36,595** |  | **$31,469.32** | **($62,905.74)** |
| **Allen Cotton** |  | 03/25/2022 | 6,000 | $8.64 | $51,840.00 | held | 14,100 | $0.15 | $2,085.26 |  |
|  |  | 04/12/2022 | 500 | $8.00 | $3,999.95 |  |  |  |  |  |
|  |  | 04/18/2022 | 1,000 | $7.37 | $7,369.90 |  |  |  |  |  |
|  |  | 04/21/2022 | 1,000 | $6.71 | $6,709.90 |  |  |  |  |  |
|  |  | 04/22/2022 | 1,000 | $6.30 | $6,299.90 |  |  |  |  |  |
|  |  | 04/27/2022 | 1,000 | $6.07 | $6,070.00 |  |  |  |  |  |
|  |  | 05/02/2022 | 1,000 | $5.95 | $5,950.00 |  |  |  |  |  |
|  |  | 05/06/2022 | 400 | $5.18 | $2,072.00 |  |  |  |  |  |
|  |  | 05/06/2022 | 600 | $5.17 | $3,101.82 |  |  |  |  |  |
|  |  | 05/10/2022 | 1,000 | $4.36 | $4,358.30 |  |  |  |  |  |
|  |  | 05/23/2022 | 600 | $3.75 | $2,250.00 |  |  |  |  |  |
|  |  |  | **14,100** |  | **$100,021.77** |  | **14,100** |  | **$2,085.26** | **($97,936.51)** |
| **Movants' Total** |  |  | **533,617** |  | **$849,424.39** |  | **533,617** |  | **$196,014.99** | ***($653,409.40)*** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $0.15 as of January 12, 2023 for common stock.

*For Warrants held at the end of the class period, losses are calculated by multiplying the warrants held by the average price during the 90 calendar days after the end of the class period.  The price used is $0.04 as of January 12, 2023 for warrants.

Prices listed are rounded to two decimal places.

TAB 1
044