# EXHIBIT D

TAB 1
045

## JOINT DECLARATION OF THE CORE SCIENTIFIC INVESTOR GROUP

Core Scientific Inc. investors David A. Michaels, Barry L. Bradford, and Allen Cotton (the "Core Scientific Investor Group") declare as follows:

1.     We respectfully submit this joint declaration in support of our motion for appointment as lead plaintiff. We each have personal knowledge of the facts set forth below relating to our own activities, actions, and beliefs and would testify competently thereto.

2.     I, David A. Michaels, suffered substantial losses as a result of my transactions in Core Scientific securities during the relevant time period. I am therefore motivated to seek to obtain the best possible result for myself and the class. I live in Port Saint Lucie, Florida and I am a law enforcement certified corrections deputy, having worked with the Broward Sheriff's Office for approximately 25 years. I earned a degree from Palm Beach Community College and I have experience working with attorneys.

3.     I, Barry L. Bradford, suffered substantial losses as a result of my transactions in Core Scientific securities during the relevant time period. I am therefore motivated to seek to obtain the best possible result for myself and the class. I live in Dallas, Texas and currently work in the oil and gas industry. I have approximately 25 years of investing experience

4.     I, Allen Cotton, suffered substantial losses as a result of my transactions in Core Scientific securities during the relevant time period. I am therefore motivated to seek to obtain the best possible result for myself and the class. I live in Chicago, Illinois and have worked in Legal Technology with Bloomberg Law for the last 10 years. I have approximately 25 years of investing experience.

5.     In deciding to seek appointment as lead plaintiff together, we considered the benefits and potential drawbacks of proceeding individually or jointly as lead plaintiff. Because of

the complexity of the case, and the substantial losses suffered because of defendants' alleged violations of the federal securities laws, we each have the incentive, ability, and desire to work together to control the litigation and maximize the recovery for the class. We agree that jointly seeking appointment as lead plaintiff is in the class's best interest in this case to ensure comprehensive, responsible, and vigorous representation of the class throughout the case.

6.      We understand that our duties as lead plaintiff include overseeing and monitoring the progress of the litigation and coordinating with counsel to vigorously prosecute the case on behalf of the class. In performing these duties, we will, among other things, review significant pleadings and motion papers, obtain regular status reports on the progress of the litigation, participate in discovery, and have input into litigation decisions, including settlement negotiations.

7.      If appointed as lead plaintiff, we will work jointly to monitor and direct the efforts and activities of our proposed lead counsel, Robbins Geller Rudman & Dowd LLP and Glancy Prongay & Murray LLP in the prosecution of this action.

8.      Before filing this motion, we spoke together and with counsel regarding this case. We discussed the claims against defendants, the lead plaintiff process, the benefits of serving jointly as lead plaintiff, and ensuring that the class's claims will be efficiently and zealously prosecuted by our oversight of our proposed lead counsel.

9.      We have each other's contact information and any of us may organize a meeting or conference call at any time, including on an emergency basis if necessary, with or without counsel. We are able and willing to reconvene future calls, as well as attend in-person meetings if necessary, and communicate via email, as often and regularly as necessary to ensure responsible oversight and direction of lead counsel if we are appointed lead plaintiff.

TAB 1
047

DocuSign Envelope ID: 685BBAE5-47F5-49A8-A2A3-B9DC342A008F

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of January, 2023.

DocuSigned by:

David A. Michaels

1A5EA93325DA49D...

DAVID A. MICHAELS

TAB 1
048

DocuSign Envelope ID: 2AADB8F4-6297-499F-95FA-50679B83354C

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th

day of January, 2023.



BARRY L. BRADFORD

TAB 1
049

DocuSign Envelope ID: 2AADB8F4-6297-499F-95FA-50679B83354C

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of January, 2023.

DocuSigned by:

*Allen Cotton*

1B15D518D8C7449...

ALLEN COTTON

TAB 1
050