UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>    Defendants. | Case No. 1:22-cv-01191-LY |

DECLARATION OF WILLIE C. BRISCOE IN SUPPORT OF MOTION
OF DAVID HUGHES FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF COUNSEL

I, Willie C. Briscoe, hereby declare as follows:

1. I am an attorney with The Briscoe Law Firm, PLLC ("BLF"), counsel on behalf of David Hughes ("Hughes"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Hughes's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz LLP ("Pomerantz") as Lead Counsel and BLF as Liaison Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

| | | |
|---|---|---|
| Exhibit A: | | Chart reflecting Hughes's financial interest in this litigation; |
| Exhibit B: | | Press release published over *Business Wire* on November 14, 2022, announcing the pendency of the Action; |
| Exhibit C: | | Shareholder Certification executed by Hughes; |
| Exhibit D: | | Declaration executed by Hughes; |
| Exhibit E: | | Firm resume of Pomerantz; and |
| Exhibit F: | | Firm resume of BLF. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 13, 2023.

*/s/ Willie C. Briscoe*
WILLIE C. BRISCOE

**CERTIFICATE OF SERVICE**

This is to certify that on January 13, 2023, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

*/s/ Willie C. Briscoe*
WILLIE C. BRISCOE
