# EXHIBIT A

**Core Scientific, Inc. (CORZ)**
**Class Period: January 3, 2022- October 26, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

78-Days*
Mean Price
$0.1479

| Plaintiff | Security Type | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David Hughes | XPDI | 1/19/2022 | 5,000 | $10.0199 | ($50,100) | 1/31/2022 | (5,000) | $8.5401 | $42,701 | | | |
| David Hughes | Exchange XPDI->CORZ | 1/20/2022 | 5,000 | | | 3/18/2022 | (5,000) | $9.0200 | $45,100 | | | |
| David Hughes | CORZ | 1/20/2022 | 5,000 | $9.5191 | ($47,596) | 12/22/2022 | (20,000) | $0.1679 | $3,358 | | | |
| David Hughes | CORZ | 1/25/2022 | 4,635 | $6.8700 | ($31,842) | | | | | | | |
| David Hughes | CORZ | 1/25/2022 | 365 | $6.8200 | ($2,489) | | | | | | | |
| David Hughes | CORZ | 3/8/2022 | 5,000 | $6.3500 | ($31,750) | | | | | | | |
| David Hughes | CORZ | 3/25/2022 | 8,600 | $8.7100 | ($74,906) | | | | | | | |
| David Hughes | CORZ | 3/25/2022 | 1,400 | $8.7000 | ($12,180) | | | | | | | |
| David Hughes | CORZ | 4/14/2022 | 5,000 | $7.8399 | ($39,200) | | | | | | | |
| David Hughes | CORZ | 4/26/2022 | 4,421 | $6.0431 | ($26,717) | | | | | | | |
| David Hughes | CORZ | 4/26/2022 | 579 | $6.0430 | ($3,499) | | | | | | | |
| David Hughes | CORZ | 5/12/2022 | 10,000 | $3.5100 | ($35,100) | | | | | | | |
| David Hughes | CORZ | 5/13/2022 | 6,553 | $4.3300 | ($28,374) | | | | | | | |
| David Hughes | CORZ | 5/13/2022 | 1,347 | $4.3200 | ($5,819) | | | | | | | |
| David Hughes | CORZ | 5/13/2022 | 2,100 | $4.3150 | ($9,062) | | | | | | | |
| David Hughes | CORZ | 5/17/2022 | 10,000 | $3.9791 | ($39,791) | | | | | | | |
| David Hughes | CORZ | 5/26/2022 | 8,095 | $3.6200 | ($29,304) | | | | | | | |
| David Hughes | CORZ | 5/26/2022 | 1,905 | $3.6100 | ($6,877) | | | | | | | |
| David Hughes | CORZ | 6/1/2022 | 8,379 | $3.1800 | ($26,645) | | | | | | | |
| David Hughes | CORZ | 6/1/2022 | 1,621 | $3.1700 | ($5,139) | | | | | | | |
| David Hughes | CORZ | 6/24/2022 | 10,000 | $2.0291 | ($20,291) | | | | | | | |
| David Hughes | CORZ | 6/29/2022 | 10,000 | $1.5490 | ($15,490) | | | | | | | |
| **David Hughes** | **CORZ** | | **110,000** | | **($542,169)** | | **(30,000)** | | **$91,159** | **80,000** | **$11,830** | **($439,181)** |

*Avg Closing Prices from October 27, 2022 to January 12, 2023