IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>       v.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>              Defendants. | Case No.: 1:22-cv-01191<br><br><u>CLASS ACTION</u> |

**NOTICE OF MOTION OF JACOB LERMAN FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 42 and Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995, movant Jacob Lerman ("Lerman") hereby moves this Court, The Honorable Lee Yeakel, United States District Judge, at the Western District of Texas, 501 West 5th Street, Suite 5300, Austin, TX, 78701, for an Order: (a) appointing Lerman as Lead Plaintiff; and (b) approving Lerman's selection of Bernstein Liebhard LLP as Lead Counsel and George Brothers Kincaid & Horton, L.L.P. as Liaison Counsel.

This motion is supported by the accompanying Memorandum of Law, the concurrently filed Declaration of Joseph R. Seidman, Jr., the pleadings and other filings in these actions, and such other written or oral argument as may be permitted by the Court.

Dated: January 13, 2023

Respectfully submitted,

/s/ Russell Horton

**GEORGE BROTHERS KINCAID & HORTON, L.L.P.**
1100 Norwood Tower
114 West 7th St
Austin, TX 78701
Telephone: (512) 495-1400
rhorton@gbkh.com

*Liaison Counsel for Movant and Proposed Liaison Counsel for the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
lhasson@bernlieb.com
seidman@bernlieb.com

*Counsel for Movant and Proposed Lead Counsel for the Proposed Class*