IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>    Defendants. | Case No.: 1:22-cv-01191<br><br>CLASS ACTION |

**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF
AND APPROVING LEAD COUNSEL**

**Upon good cause shown, IT IS HEREBY ORDERED THAT:**

I.  Jacob Lerman is hereby appointed as Lead Plaintiff for the proposed class pursuant to 15 U.S.C. § 78u-4 as amended by the Private Securities Litigation Reform Act of 1995.

III.  Bernstein Liebhard LLP is hereby appointed as Lead Counsel and George Brothers Kincaid & Horton, L.L.P. is hereby appointed as Liaison Counsel for the proposed class.

SO ORDERED, this ___ day of _____, 2023

                _____
                The Honorable Lee Yeakel
                United States District Judge

00725901;V1