IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>Defendants. | Case No.: 1:22-cv-01191<br><br><u>CLASS ACTION</u> |

## CERTIFICATE OF SERVICE

    I, Russell Horton, hereby certify that on January 13, 2023, a true and correct copy of Jacob Lerman's motion for lead plaintiff appointment and approval of lead counsel, a supporting memorandum of law, a supporting Declaration of Joseph R. Seidman, Jr., with exhibits, and a proposed order, were served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: January 13, 2023                                                               /s/ Russell Horton
                                                                                                   Russell Horton

00725900;V1