IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>　　　　　　　Defendants. | Case No.: 1:22-cv-01191<br><br><u>CLASS ACTION</u> |

**DECLARATION OF JOSEPH R. SEIDMAN, JR.
IN SUPPORT OF JACOB LERMAN'S MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

00725904;V1

I, JOSEPH R. SEIDMAN, JR., hereby declare under penalties of perjury that:

1. I am Senior Counsel with Bernstein Liebhard LLP. I make this Declaration in Support of Jacob Lerman's Motion for Appointment as Lead Plaintiff and Approval of Counsel. The matters set forth herein are within my personal knowledge.

2. Attached hereto are true and correct copies of the following documents:

Exhibit A: The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B: Jacob Lerman's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C: Loss Chart; and

Exhibit D: Firm Résumé of Bernstein Liebhard LLP.

Dated: January 13, 2023

/s/ Joseph R. Seidman, Jr.
_____
JOSEPH R. SEIDMAN, JR.

00725904;V1