UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>Defendants. | Case No. 1:22-cv-01191-LY<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING THE MOTION OF THE
CORE SCIENTIFIC INVESTOR GROUP FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Having considered the Motion of the Bryan Harlan, Michael Saunders, Robert Sklodowski, Jr., and Kristi Berry ("Movants") for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Motion"), Movants' Memorandum of Law in Support of their Motion, the Declaration of Thane Tyler Sponsel III, and all other pleadings and argument submitted to this Court, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

### NEWLY FILED OR TRANSFERRED ACTIONS

When a case that arises out of the subject matter of this action is hereinafter filed in this Court or transferred to this Court from another Court, the clerk of this Court shall:

- a. File a copy of this Order in the separate file for such action;
- b. Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and
- c. Make the appropriate entry in the docket for this action.

Each new case arising out of the subject matter of this action that is filed in this Court or transferred to this Court shall be consolidated with this action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten days after the date upon which a copy of this Order is served on counsel for such party, files an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

### LEAD PLAINTIFF APPOINTMENT

The Motion of Bryan Harlan, Michael Saunders, Robert Sklodowski, Jr., and Kristi Berry to serve as Lead Plaintiff in the action is **GRANTED**. Pursuant to Section 21D(a)(3)(B) of the

Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, Movants are appointed as Lead Plaintiff for the Class.

## LEAD COUNSEL AND LIAISON COUNSEL

Pursuant to Section 21D(a)(3)(B)(v) of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B)(v), Movants have selected and retained the law firms of Bragar Eagel & Squire, P.C. and Levi & Korsinsky, LLP to serve as Co-Lead Counsel in the action. The Court approves Movants' selection of Co-Lead Counsel.

Co-Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Co-Lead Counsel shall designate:

a. to coordinate the briefing and argument of any and all motions;

b. to coordinate the conduct of any and all discovery proceedings;

c. to coordinate the examination of any and all witnesses in depositions;

d. to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

e. to coordinate all settlement negotiations with counsel for defendants;

f. to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and to delegate work responsibilities to selected counsel as may be required; and

g. to coordinate the preparation and filings of all pleadings; and to supervise all other matters concerning this litigation.

No settlement negotiations shall be conducted without the approval of Co-Lead Counsel.

Co-Lead Counsel shall have responsibility for receiving and disseminating Court orders and notices.

Co-Lead Counsel shall be the contact between the Class and defendants' counsel and shall serve as the spokespersons for the Class.  Co-Lead Counsel shall act as the liaison between the Court and the Class.

Sponsel Miller Greenberg PLLC is appointed as Liaison Counsel for the Class.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
Honorable Lee Yeager
United States District Judge