UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:22-cv-01191-LY |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING, | |
| Defendants. | |

**DECLARATION THANE TYLER SPONSEL III IN SUPPORT
OF MOVANT THE CORE SCIENTIFIC INVESTOR
GROUP'S MOTION FOR APPOINTMENT AS LEAD
<u>PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL</u>**

I, Thane Tyler Sponsel III, hereby declare as follows:

1.  I am an attorney with the law firm of Sponsel Miller Greenberg PLLC, counsel for lead plaintiff movants Bryan Harlan, Michael Saunders, Robert Sklodowski, Jr., and Kristi Berry ("Movant" or the "Core Scientific Investor Group") and proposed liaison counsel for the Class.

2.  I submit this Declaration, together with the attached exhibits, in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Bragar Eagel & Squire, P.C. and Levi & Korsinsky, LLP as Co-Lead Counsel for the Class and Sponsel Miller Greenberg PLLC as Liaison Counsel for the Class.

3.  Attached hereto are true and correct copies of the following exhibits:

    Exhibit A:  Certifications signed by the members of the Core Scientific Investor Group, attaching their securities transactions during the Class Period in Schedule A(s), thereto;

    Exhibit B:  Chart detailing the members of the Core Scientific Investor Group's combined financial losses;

    Exhibit C:  Joint declaration;

    Exhibit D:  Press release published November 14, 2022, on *Business Wire* announcing the pendency of the securities class action against Defendants herein: *Pang v. Core Scientific, Inc., et al.*, No. 1:22-cv-01191-LY;

    Exhibit E:  Bragar Eagel & Squire, P.C. firm résumé;

    Exhibit F:  Levi & Korsinsky, LLP firm résumé; and

    Exhibit G:  Sponsel Miller Greenberg PLLC firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 13th day of January, 2023.

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III

## **CERTIFICATE OF SERVICE**

      I, Thane Tyler Sponsel III, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 13th day of January, 2023.

                                                           */s/ Thane Tyler Sponsel III*
                                                                Thane Tyler Sponsel III