# EXHIBIT A

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, the undersigned Bryan Harlan, certify that:

1. I am a resident of Dallas, Texas. I have a MBA. I work as a CEO and have 25 years of investing experience.

2. I have reviewed the complaint and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

3. I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4. I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

5. Attached hereto as Schedule A is a complete listing of all my Core Scientific, Inc. (CORZ) transactions during the Class Period.

6. I have not served as a representative party on behalf of a class under this title during the last three years.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Dec 19, 2022

_____
Bryan K Harlan (Dec 19, 2022 11:12 CST)
Bryan Harlan

# SCHEDULE A

Class Period Transactions of Bryan Harlan in Core Scientific, Inc. (CORZ) securities.

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 4/7/2022 | Purchase | 2948 | 8.2 |
| 4/7/2022 | Purchase | 7052 | 8.19 |
| 5/4/2022 | Purchase | 5000 | 5.3593 |
| 5/4/2022 | Purchase | 5000 | 5.19 |
| 5/4/2022 | Purchase | 9913 | 5.2 |
| 5/13/2022 | Purchase | 8802 | 4.6 |
| 5/13/2022 | Purchase | 1285 | 4.599 |
| 5/19/2022 | Purchase | 9700 | 3.89 |
| 5/19/2022 | Purchase | 300 | 3.88 |

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, the undersigned Robert Sklodowski, Jr., certify that:

1. I am a resident of Phoenix, Arizona. I have a MBA. I work as an insurance agent and have 25 years of investing experience.

2. I have reviewed the complaint and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

3. I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4. I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

5. Attached hereto as Schedule A is a complete listing of all my Core Scientific, Inc (CORZ) transactions during the Class Period.

6. I have not served as a representative party on behalf of a class under this title during the last three years.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Jan 12, 2023

Robert Sklodowski Jr (Jan 12, 2023 14:18 MST)
_____
Robert Sklodowski, Jr.

# SCHEDULE A

Class Period Transactions of Robert Sklodowski, Jr. in Core Scientific, Inc (CORZ) securities.

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 05/09/2022 | Purchase | 5,750 | 5.21 |
| 05/09/2022 | Purchase | 3,200 | 1.55 |
| 05/09/2022 | Purchase | 3,300 | 1.54 |

# Certification of Plaintiff Pursuant to Federal Securities Laws

I, Michael Saunders, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action.

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Core Scientific, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury that the foregoing is true and correct. Executed this

Date : 12/16/2022

Name : Michael Saunders

Signature :



| | |
|---|---|
| Case Name | Core Scientific, Inc. |
| Ticker | CORZ |
| Class Period | 01-03-2022 to 10-26-2022 |

Account 1

**Client Name**

Michael Saunders

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 01-25-2022 | P | 100 | $ 01.9600 |
| 01-25-2022 | P | 6394 | $ 01.9800 |
| 02-01-2022 | P | 3250 | $ 02.8000 |
| 02-01-2022 | P | 4146 | $ 02.8000 |
| 02-24-2022 | P | 3000 | $ 01.8500 |
| 02-28-2022 | P | 1500 | $ 02.5900 |
| 02-28-2022 | P | 5000 | $ 02.5500 |
| 02-28-2022 | P | 2000 | $ 02.7000 |
| 02-28-2022 | P | 144 | $ 02.6399 |
| 02-28-2022 | P | 3000 | $ 02.5499 |
| 03-01-2022 | P | 703 | $ 02.6600 |
| 03-01-2022 | P | 792 | $ 02.6200 |

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, the undersigned Kristi Berry, certify that:

1. I am a resident of Lexington, South Carolina. I have a B.F.A. I own a florist company and have approximately 15 years of investing experience.

2. I have reviewed the complaint and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

3. I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4. I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

5. Attached hereto as Schedule A is a complete listing of all my Core Scientific, Inc. (CORZ) transactions during the Class Period.

6. I have not served as a representative party on behalf of a class under this title during the last three years.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Jan 13, 2023

*Kristi Berry*
Kristi Berry (Jan 13, 2023 22:33 EST)
Kristi Berry

# SCHEDULE A

Class Period Transactions of Kristi Berry in Core Scientific, Inc. (CORZ) securities.

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 2/7/2022 | Purchase | 35,313.81 | $3.35 |
| 2/7/2022 | Purchase | 400 | $3.34 |
| 2/7/2022 | Purchase | 9,092.48 | $3.299 |
| 3/3/2022 | Purchase | 13,202 | $2.3 |