# EXHIBIT B

# Core Scientific, Inc.

| | |
|---|---|
| Company Name | Core Scientific, Inc. |
| Ticker Symbol | CORZ |
| Security Type | Common Stock |
| Class Period Start | 01/03/2022 |
| Class Period End | 10/26/2022 |
| 90-DAY Lookback Period Start | 10/27/2022 |
| 90-DAY Lookback Period End | 01/13/2023 |
| 90-DAY Lookback Average* | |

| Movant | Loss |
|---|---|
| Bryan Harlan | $264,182.46 |
| Robert Sklodowski | $38,201.93 |
| Michael Saunders | $71,945.88 |
| Kristi Berry | $171,485.79 |

**Total Losses**
$545,816.06

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $0.15 as of January 13, 2022 for common stock.

For Warrants held at the end of the class period, losses are calculated by multiplying the warrants held by the average price during the 90 calendar days after the end of the class period. The price used is $0.04 as of January 13, 2022 for warrants.

| | | | | | | |
|---|---|---|---|---|---|---|
| Client Name | | Bryan Harlan | | SUMMARY OF FINANCIAL INTEREST | | |
| Company Name | | Core Scientific, Inc. | | LIFO Loss Total | | ($264,182.46) |
| Ticker Symbol | | CORZ | | Net Shares Retained | | 50,000.00 |
| Security Type | | Common Stock | | | | |
| Class Period Start | | 01/03/2022 | | | | |
| Class Period End | | 10/26/2022 | | | | |
| 90-DAY Lookback Period Start | | 10/27/2022 | | | | |
| 90-DAY Lookback Period End | | 01/13/2023 | | | | |
| 90-DAY Lookback Average | | $0.15 | | | | |
| Pre Class Period Holdings | | 0 | | | | |

### Account 1

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 4/7/2022 | 2948 | $8.20 | ($24,173.60) | | | ($24,173.60) |
| 4/7/2022 | 7052 | $8.19 | ($57,755.88) | | | ($81,929.48) |
| 5/4/2022 | 5000 | $5.36 | ($26,796.50) | | | ($108,725.98) |
| 5/4/2022 | 5000 | $5.19 | ($25,950.00) | | | ($134,675.98) |
| 5/4/2022 | 9913 | $5.20 | ($51,547.60) | | | ($186,223.58) |
| 5/13/2022 | 8802 | $4.60 | ($40,489.20) | | | ($226,712.78) |
| 5/13/2022 | 1285 | $4.60 | ($5,909.72) | | | ($232,622.50) |
| 5/19/2022 | 9700 | $3.89 | ($37,733.00) | | | ($270,355.50) |
| 5/19/2022 | 300 | $3.88 | ($1,164.00) | | | ($271,519.50) |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Retained Shares** | 50,000 | | | | **Subtotal** | ($271,519.50) |
| | | | | | **Retained Share Value** | $7,337.04 |
| | | | | | **Total** | ($264,182.46) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Client Name | Robert Sklodowski, Jr. | | | SUMMARY OF FINANCIAL INTEREST | | |
| Company Name | Core Scientific, Inc. | | | LIFO Loss Total | | ($38,201.93) |
| Ticker Symbol | CORZ | | | Net Shares Retained | | 12,250.00 |
| Security Type | Common Stock | | | | | |
| Class Period Start | 01/03/2022 | | | | | |
| Class Period End | 10/26/2022 | | | | | |
| 90-DAY Lookback Period Start | 10/27/2022 | | | | | |
| 90-DAY Lookback Period End | 01/13/2023 | | | | | |
| 90-DAY Lookback Average | $0.15 | | | | | |
| Pre Class Period Holdings | 0 | | | | | |

**Account 1**

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 5/9/2022 | 5,750 | 5.21 | ($29,957.50) | | | ($29,957.50) |
| 5/9/2022 | 3,200 | 1.55 | ($4,960.00) | | | ($34,917.50) |
| 5/9/2022 | 3,300 | 1.54 | ($5,082.00) | | | ($39,999.50) |
| | | | | | | |
| **Retained Shares** | 12,250 | | | | **Subtotal** | ($39,999.50) |
| | | | | | **Retained Share Value** | $1,797.57 |
| | | | | | **Total** | ($38,201.93) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Client Name | Michael Saunders | | | SUMMARY OF FINANCIAL INTEREST | | |
| Company Name | Core Scientific, Inc. | | | LIFO Loss Total | | ($71,945.88) |
| Ticker Symbol | CORZW | | | Net Shares Retained | | 30,029.00 |
| Security Type | Common Stock | | | | | |
| Class Period Start | 01/03/2022 | | | | | |
| Class Period End | 10/26/2022 | | | | | |
| 90-DAY Lookback Period Start | 10/27/2022 | | | | | |
| 90-DAY Lookback Period End | 01/13/2023 | | | | | |
| 90-DAY Lookback Average | $0.04 | | | | | |
| Pre Class Period Holdings | 0 | | | | | |

**Account 1**

| **Date** | **Quantity** | **Purchase Price** | **Total Expenditure** | **Sale Price** | **Total Proceeds** | **Balance** |
|---|---|---|---|---|---|---|
| 1/25/2022 | 100 | $1.96 | ($196.00) | | | ($196.00) |
| 1/25/2022 | 6394 | $1.98 | ($12,660.12) | | | ($12,856.12) |
| 2/1/2022 | 3250 | $2.80 | ($9,100.00) | | | ($21,956.12) |
| 2/1/2022 | 4146 | $2.80 | ($11,608.80) | | | ($33,564.92) |
| 2/24/2022 | 3000 | $1.85 | ($5,550.00) | | | ($39,114.92) |
| 2/28/2022 | 1500 | $2.59 | ($3,885.00) | | | ($42,999.92) |
| 2/28/2022 | 5000 | $2.55 | ($12,750.00) | | | ($55,749.92) |
| 2/28/2022 | 2000 | $2.70 | ($5,400.00) | | | ($61,149.92) |
| 2/28/2022 | 144 | $2.64 | ($380.15) | | | ($61,530.07) |
| 2/28/2022 | 3000 | $2.55 | ($7,649.70) | | | ($69,179.77) |
| 3/1/2022 | 703 | $2.66 | ($1,869.98) | | | ($71,049.75) |
| 3/1/2022 | 792 | $2.62 | ($2,075.04) | | | ($73,124.79) |
| **Retained Shares** | 30,029 | | | | **Subtotal** | ($73,124.79) |
| | | | | | **Retained Share Value** | $1,718.91 |
| | | | | | **Total** | ($71,945.88) |

| Client Name | Kristi Berry | | SUMMARY OF FINANCIAL INTEREST | |
|---|---|---|---|---|
| Company Name | Core Scientific, Inc. | | LIFO Loss Total | ($171,485.79) |
| Ticker Symbol | CORZ | | Net Shares Retained | 58,008.29 |
| Security Type | Common Stock | | | |
| Class Period Start | 01/03/2022 | | | |
| Class Period End | 10/26/2022 | | | |
| 90-DAY Lookback Period Start | 10/27/2022 | | | |
| 90-DAY Lookback Period End | 01/13/2023 | | | |
| 90-DAY Lookback Average | $0.15 | | | |
| Pre Class Period Holdings | 0 | | | |

### Account 1

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 2/7/2022 | 35,313.81 | 3.35 | ($118,301.28) | | | ($118,301.28) |
| 2/7/2022 | 400 | 3.34 | ($1,336.00) | | | ($119,637.28) |
| 2/7/2022 | 9,092.48 | 3.299 | ($29,996.09) | | | ($149,633.37) |
| 3/3/2022 | 13,202 | 2.3 | ($30,364.60) | | | ($179,997.97) |
| **Retained Shares** | 58,008 | | | | **Subtotal** | ($179,997.97) |
| | | | | | **Retained Share Value** | $8,512.18 |
| | | | | | **Total** | ($171,485.79) |