IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>     Defendants. | Case No.: 1:22-cv-01191<br><br><u>CLASS ACTION</u> |

**NOTICE OF NON-OPPOSITION OF JACOB LERMAN TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that, having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Jacob Lerman ("Movant") has not asserted the "largest financial interest" in this action.  Thus, Movant does not oppose the competing motions.  However, in the event that the Court determines that other movants are incapable or inadequate to represent the class in this litigation, Movant remains willing and able to serve as lead plaintiff or as a named class representative.

Dated: January 24, 2023

Respectfully submitted,

/s/ Russell Horton

**GEORGE BROTHERS KINCAID & HORTON, L.L.P.**
1100 Norwood Tower
114 West 7th St
Austin, TX 78701
Telephone: (512) 495-1400
rhorton@gbkh.com

*Liaison Counsel for Movant*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson
Joseph R. Seidman, Jr.
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
lhasson@bernlieb.com
seidman@bernlieb.com

*Counsel for Movant*