UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>Defendants. | Case No. 1:22-cv-01191-LY<br><br>CLASS ACTION |

**NOTICE OF NON-OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on January 13, 2023, movants Bryan Harlan, Michael Saunders, Robert Sklodowski, Jr., and Kristi Berry (collectively "Movants") filed a motion pursuant to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995, codified as Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), for an Order: (1) appointing Movants as Lead Plaintiff; (2) approving Movants' selection of the law firms of Bragar Eagel & Squire, P.C. and Levi Korsinsky LLC as Co-Lead Counsel for the putative class and Sponsel Miller Greenberg PLLC as Liaison Counsel for the putative class. ECF No. 23.

Movants hereby give notice that they do not oppose the competing motions to appoint a lead plaintiff in the Action. Having reviewed the competing motions, Movants do not appear to have the largest financial interest in the relief sought by the putative class.

This notice of non-opposition shall have no impact on Movants' membership in the putative class, their right to share in any recovery obtained for the benefit of the class members, and/or their ability to serve as a representative parties should the need arise.

DATED: January 27, 2023

Respectfully submitted,

**SPONSEL MILLER GREENBERG PLLC**

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III
Texas Bar No. 24056361/Federal ID No. 690068
Roger B. Greenberg
Texas Bar No. 08390000/Federal ID No. 3932
50 Briar Hollow Lane, Suite 370 W
Houston, Texas 77027
Telephone: (713) 892-5400
Facsimile: (713) 892-5401
sponsel@smglawgroup.com
roger@smglawgroup.com

*Liaison Counsel for Movants*
**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
Marion C. Passmore
580 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
           passmore@bespc.com

*Counsel for Bryan Harlan, Robert Sklodowski, Jr., and Kristi Berry*

**LEVI & KORSINSKY, LLP**
Adam M. Apton
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Counsel for Michael Saunders*

## **CERTIFICATE OF SERVICE**

  I, Thane Tyler Sponsel III, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 27th day of January, 2023.

*/s/ Thane Tyler Sponsel III*
Thane Tyler Sponsel III
