UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>    Defendants. | Case No. 1:22-cv-01191-LY |

NOTICE OF NON-OPPOSITION OF DAVID HUGHES TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

On January 13, 2023, David Hughes ("Hughes"), by and through his counsel, filed a motion, pursuant Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Hughes as Lead Plaintiff on behalf of persons and entities that purchased or otherwise acquired Core Scientific Inc. securities between January 3, 2022 and October 26, 2022, inclusive (the "Class"); and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel and The Briscoe Law Firm, PLLC as Liaison Counsel for the Class. Dkt. No. 20.

Having reviewed the competing motions before the Court, it appears that Hughes does not have the "largest financial interest" in this litigation within the meaning of the PSLRA. To the extent that denial of any of the competing motions appears warranted, Hughes remains ready and able to serve as the Lead Plaintiff on behalf of the Class.

This notice of non-opposition shall have no impact on Hughes's membership in the proposed Class or his right to share in any recovery obtained for the benefit of Class members.

Dated: January 27, 2023

Respectfully submitted,

*/s/ Willie C. Briscoe*
WILLIE C. BRISCOE
State Bar Number 24001788
THE BRISCOE LAW FIRM, PLLC
12700 Park Central Drive, Suite 520
Dallas, TX 75251
Telephone: 972-521-6868
Facsimile: 281-254-7789
wbriscoe@thebriscoelawfirm.com

*Counsel for David Hughes and
Proposed Liaison Counsel for the Class*

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for David Hughes and Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for David Hughes*

2

## CERTIFICATE OF SERVICE

This is to certify that on January 27, 2023, I have caused to be filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

*/s/ Willie C. Briscoe*
WILLIE C. BRISCOE
