IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>　　　　　Defendants. | § CIVIL ACTION NO. 1:22-cv-01191-LY<br>§<br>§ **MOVANT MORGAN HOFFMAN'S**<br>§ **APPENDIX ACCOMPANYING HIS**<br>§ **OPPOSITION TO COMPETING LEAD**<br>§ **PLAINTIFF MOTIONS**<br>§<br>§ CLASS ACTION<br>§<br>§<br>§ |

Attached are true and correct copies of the following exhibits:

Exhibit A:　　Morgan Hoffman's Amended PSLRA Certification;

Exhibit B:　　Morgan Hoffman's Amended Loss Chart;

Exhibit C:　　*In Re: David Michaels, Radha P Michaels,* case no. 9:21-BK-11292 (Bank. S.D. Fla. 2021), Dkt. No. 1;

Exhibit D:　　*IN RE: DAVID ANDREW MICHAELS, RADHA PRIYA MICHAELS*, case no. 9:11-BK-31399 (Bank. S.D. Fla. 2011), Dkt. No. 1;

Exhibit E:　　*In Re: Barry L. Bradford*, case no. 1:09-BK-10848 (Bank. D. Colo.), Dkt. No. 2;

Exhibit F:　　David A. Michaels' transactions outside of the daily range;

Exhibit G:　　Barry L. Bradford's transactions outside of the daily range;

Exhibit H:　　Kristi Berry's transactions outside of the daily range;

Exhibit I:　　Robert Sklodowski, Jr.'s transactions outside of the daily range; and

Exhibit J:　　David Hughes' transactions outside of the daily range.

1

Dated: January 27, 2023.                    Respectfully submitted,

**COCHRAN LAW, PLLC**

 */s/ Stuart L. Cochran*
Stuart L. Cochran
Texas Bar No.: 24027936
8140 Walnut Hill Ln., Suite 250
Dallas, Texas 75231
Telephone: (469) 333-3405
Facsimile: (469) 333-3406
stuart@scochranlaw.com

*[Proposed] Liaison Counsel for Movant and the Class*

*[Proposed] Liaison Counsel for Movant and the Class*

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen, Esq. (*pro hac vice* to be filed)
Phillip Kim, Esq. (*pro hac vice* to be filed)
275 Madison Avenue, 40th Floor
New York, NY 10116
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

 *[Proposed] Lead Counsel for Movant and Class*

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
Rina Restaino, Esq.
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Phone: (310) 301-3335
Fax: (213) 519-5876
Email: brian@schallfirm.com
Email: rina@schallfirm.com

*Additional Counsel for Movant and Class*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 27th day of January 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                               */s/ Stuart L. Cochran*
                                               Stuart L. Cochran