# Exhibit B

Core Scientific, Inc. Loss Chart
between January 3, 2022 and October 26, 2022

Lookback Price $0.14

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Morgan Hoffman** | 4/26/2022 | 3,096 | ($6.12) | ($18,947.52) | | | | | | | |
| Account 1 | 4/26/2022 | 2 | ($6.12) | ($12.24) | | | | | | | |
| | 4/26/2022 | 100 | ($6.12) | ($612.00) | | | | | | | |
| | 4/26/2022 | 100 | ($6.12) | ($612.00) | | | | | | | |
| | 4/26/2022 | 2 | ($6.12) | ($12.24) | | | | | | | |
| | 4/26/2022 | 300 | ($6.12) | ($1,836.00) | | | | | | | |
| | 4/26/2022 | 200 | ($6.12) | ($1,224.00) | | | | | | | |
| | 4/26/2022 | 1,000 | ($6.12) | ($6,120.00) | | | | | | | |
| | 4/26/2022 | 10 | ($6.12) | ($61.20) | | | | | | | |
| | 4/26/2022 | 90 | ($6.12) | ($550.80) | | | | | | | |
| | 4/26/2022 | 100 | ($6.12) | ($612.00) | | | | | | | |
| | 5/9/2022 | 5,000 | ($4.67) | ($23,349.50) | | | | | | | |
| | 6/3/2022 | 18,546 | ($2.80) | ($51,928.80) | | | | | | | |
| | 6/3/2022 | 500 | ($2.80) | ($1,400.00) | | | | | | | |
| | 6/3/2022 | 300 | ($2.80) | ($840.00) | | | | | | | |
| | 6/3/2022 | 200 | ($2.80) | ($560.00) | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | |
| | 6/3/2022 | 700 | ($2.80) | ($1,960.00) | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | |
| | 6/3/2022 | 8,200 | ($2.80) | ($22,960.00) | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | |
| | 6/3/2022 | 107 | ($2.80) | ($299.60) | | | | | | | |
| | 6/3/2022 | 300 | ($2.80) | ($840.00) | | | | | | | |
| | 6/3/2022 | 500 | ($2.80) | ($1,400.00) | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | |
| | 6/3/2022 | 900 | ($2.80) | ($2,520.00) | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | |
| | 6/3/2022 | 69 | ($2.80) | ($193.20) | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | |
| | 6/3/2022 | 600 | ($2.80) | ($1,680.00) | | | | | | | |
| | 6/3/2022 | 73 | ($2.80) | ($204.40) | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | |
| | 6/3/2022 | 56 | ($2.80) | ($156.80) | | | | | | | |
| | 6/3/2022 | 36 | ($2.80) | ($100.80) | | | | | | | |
| | 6/3/2022 | 100 | ($2.80) | ($280.00) | | | | | | | |
| | 6/3/2022 | 179 | ($2.80) | ($501.20) | | | | | | | |
| | 6/3/2022 | 600 | ($2.80) | ($1,680.00) | | | | | | | |
| | 6/3/2022 | 39 | ($2.80) | ($109.20) | | | | | | | |

|           | Date      | Quantity | Price     | Amount         |        | Total      |                |
|-----------|-----------|---------:|----------:|---------------:|-------:|-----------:|---------------:|
|           | 6/3/2022  | 700      | ($2.80)   | ($1,960.00)    |        |            |                |
|           | 6/3/2022  | 100      | ($2.80)   | ($280.00)      |        |            |                |
|           | 6/3/2022  | 3,400    | ($2.80)   | ($9,520.00)    |        |            |                |
|           | 6/3/2022  | 100      | ($2.80)   | ($280.00)      |        |            |                |
|           | 6/3/2022  | 100      | ($2.80)   | ($280.00)      |        |            |                |
|           | 6/3/2022  | 900      | ($2.80)   | ($2,520.00)    |        |            |                |
|           | 6/3/2022  | 700      | ($2.80)   | ($1,960.00)    |        |            |                |
|           | 6/3/2022  | 100      | ($2.80)   | ($280.00)      |        |            |                |
|           | 6/3/2022  | 195      | ($2.80)   | ($545.03)      |        |            |                |
|           | 6/3/2022  | 300      | ($2.80)   | ($838.50)      |        |            |                |
|           | 6/3/2022  | 300      | ($2.80)   | ($838.50)      |        |            |                |
|           | 6/3/2022  | 100      | ($2.80)   | ($279.50)      |        |            |                |
|           | 6/3/2022  | 100      | ($2.80)   | ($279.50)      |        |            |                |
|           |           | 50,000   |           | ($165,944.53)  | 50,000 | $7,144.25  | ($158,800.28)  |
| Account 2 | 1/3/2022  | 15,000   | ($10.97)  | ($164,505.00)  |        |            |                |
|           | 1/3/2022  | 400      | ($10.96)  | ($4,382.00)    |        |            |                |
|           | 1/3/2022  | 400      | ($10.96)  | ($4,382.00)    |        |            |                |
|           | 1/3/2022  | 1,000    | ($10.96)  | ($10,959.60)   |        |            |                |
|           | 1/3/2022  | 200      | ($10.96)  | ($2,191.92)    |        |            |                |
|           | 1/3/2022  | 100      | ($10.96)  | ($1,095.96)    |        |            |                |
|           | 1/3/2022  | 100      | ($10.96)  | ($1,095.96)    |        |            |                |
|           | 1/3/2022  | 400      | ($10.95)  | ($4,380.00)    |        |            |                |
|           | 1/3/2022  | 100      | ($10.98)  | ($1,098.00)    |        |            |                |
|           | 1/3/2022  | 400      | ($10.95)  | ($4,380.00)    |        |            |                |
|           | 1/3/2022  | 100      | ($10.98)  | ($1,097.96)    |        |            |                |
|           | 1/3/2022  | 500      | ($10.96)  | ($5,480.00)    |        |            |                |
|           | 1/3/2022  | 500      | ($10.96)  | ($5,480.00)    |        |            |                |
|           | 1/3/2022  | 500      | ($10.96)  | ($5,480.00)    |        |            |                |
|           | 1/3/2022  | 500      | ($10.96)  | ($5,480.00)    |        |            |                |
|           | 1/3/2022  | 500      | ($10.96)  | ($5,480.00)    |        |            |                |
|           | 1/3/2022  | 500      | ($10.96)  | ($5,480.00)    |        |            |                |
|           | 1/3/2022  | 200      | ($10.97)  | ($2,193.92)    |        |            |                |
|           | 1/3/2022  | 500      | ($10.96)  | ($5,480.00)    |        |            |                |
|           | 1/3/2022  | 100      | ($10.97)  | ($1,096.95)    |        |            |                |
|           | 1/3/2022  | 100      | ($10.95)  | ($1,094.50)    |        |            |                |
|           | 1/3/2022  | 700      | ($10.96)  | ($7,671.65)    |        |            |                |
|           | 1/3/2022  | 300      | ($10.96)  | ($3,287.85)    |        |            |                |
|           | 1/3/2022  | 100      | ($10.96)  | ($1,095.95)    |        |            |                |
|           | 1/3/2022  | 500      | ($10.95)  | ($5,475.00)    |        |            |                |
|           | 1/3/2022  | 100      | ($10.94)  | ($1,093.96)    |        |            |                |
|           | 1/3/2022  | 100      | ($10.94)  | ($1,093.98)    |        |            |                |
|           | 1/3/2022  | 100      | ($10.94)  | ($1,093.98)    |        |            |                |
|           | 1/3/2022  | 800      | ($10.94)  | ($8,751.68)    |        |            |                |
|           | 1/3/2022  | 100      | ($10.94)  | ($1,093.96)    |        |            |                |

| Date | Quantity | Price | Total |
|---|---|---|---|
| 1/3/2022 | 100 | ($10.94) | ($1,093.96) |
| 4/19/2022 | 800 | ($7.82) | ($6,256.00) |
| 4/19/2022 | 1,700 | ($7.82) | ($13,294.00) |
| 4/21/2022 | 1,452 | ($6.58) | ($9,554.16) |
| 4/21/2022 | 187 | ($6.58) | ($1,230.46) |
| 4/21/2022 | 661 | ($6.58) | ($4,349.38) |
| 4/21/2022 | 52 | ($6.58) | ($342.16) |
| 4/21/2022 | 48 | ($6.58) | ($315.84) |
| 4/21/2022 | 100 | ($6.58) | ($658.00) |
| 5/9/2022 | 5,000 | ($4.61) | ($23,050.00) |
| 5/11/2022 | 5,000 | ($3.87) | ($19,350.00) |
| 6/3/2022 | 27,076 | ($2.81) | ($76,083.56) |
| 6/3/2022 | 5,302 | ($2.81) | ($14,898.62) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 400 | ($2.80) | ($1,120.00) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 3,500 | ($2.80) | ($9,800.00) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 300 | ($2.80) | ($840.00) |
| 6/3/2022 | 662 | ($2.80) | ($1,853.60) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 6 | ($2.80) | ($16.80) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 69 | ($2.80) | ($193.20) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 285 | ($2.80) | ($798.00) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 100 | ($2.80) | ($280.00) |
| 6/3/2022 | 200 | ($2.80) | ($560.00) |
| 10/19/2022 | 7,800 | ($0.99) | ($7,722.00) |
| 10/19/2022 | 100 | ($0.99) | ($99.00) |

| Date | Qty | Price | Amount | Date | Detail | Qty | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/19/2022 | 100 | ($0.99) | ($99.00) | | | | | |
| 10/19/2022 | 450 | ($0.99) | ($445.50) | | | | | |
| 10/19/2022 | 700 | ($0.99) | ($693.00) | | | | | |
| 10/19/2022 | 50 | ($0.99) | ($49.50) | | | | | |
| 10/19/2022 | 100 | ($0.99) | ($99.00) | | | | | |
| 10/19/2022 | 700 | ($0.99) | ($693.00) | | | | | |
| 1/21/2022 | CORZ 03/18/2022 10.00 C | ($0.55) | ($27,700.00) | 3/18/2022 | CORZ 03/18/2022 10.00 C | | | |
| 1/21/2022 | CORZ 03/18/2022 10.00 C | ($0.55) | ($27,700.00) | 3/18/2022 | CORZ 01/21/2022 15.00 C | | | |
| | 90,000 | | ($530,089.52) | | | 90,000 | $12,859.65 | ($517,229.87) |
| | | | | | | | **Total** | **($676,030.15)** |