# Exhibit F

**David A. Michaels**

**Transactions Outside the Daily Range**

| Security Listed* | Date of Transaction* | Daily Trading High** | Daily Trading Low** | Trade Price Listed* |
|---|---|---|---|---|
| CORZ | 11/25/2022 | $0.157 | $0.125 | $0.17 |
| CORZ | 11/25/2022 | $0.157 | $0.125 | $0.17 |
| CORZ | 11/25/2022 | $0.157 | $0.125 | $0.17 |
| CORZ | 11/25/2022 | $0.157 | $0.125 | $0.17 |
| CORZ | 11/25/2022 | $0.157 | $0.125 | $0.17 |
| CORZ | 11/25/2022 | $0.157 | $0.125 | $0.17 |
| CORZ | 11/25/2022 | $0.157 | $0.125 | $0.17 |
| CORZ | 11/25/2022 | $0.157 | $0.125 | $0.17 |
| CORZ | 11/25/2022 | $0.157 | $0.125 | $0.17 |
| CORZ | 11/25/2022 | $0.157 | $0.125 | $0.17 |
| CORZ | 11/25/2022 | $0.157 | $0.125 | $0.17 |
| CORZ | 11/25/2022 | $0.157 | $0.125 | $0.17 |
| CORZ | 11/25/2022 | $0.157 | $0.125 | $0.17 |

* Data from Dkt. No. 19-4 at 4.

** Trading information collected from *Yahoo! Finance, Core Scientific, Inc. (CORZQ)[1]*, https://finance.yahoo.com/quote/CORZQ/history?period1=1617840000&period2=1674691200&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true (last accessed January 26, 2023); https://web.archive.org/web/20230127001236/https://finance.yahoo.com/quote/CORZQ/history?period1=1617840000&period2=1674691200&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true.

---

[1] The "Q" at the end of the ticker symbol for Core Scientific signifies that the Company has filed for bankruptcy.