# Exhibit G

**Barry L. Bradford**

**Transactions Outside the Daily Range**

| Security Listed* | Date of Transaction* | Daily Trading High** | Daily Trading Low** | Trade Price Listed* |
|---|---|---|---|---|
| CORZ | 5/13/2022 | $4.685 | $4.15 | $4.0100 |
| CORZW | 1/26/2022 | $2.50 | $2.04 | $2.0300 |

* Data from Dkt. Nos. 19-3 at 17-18 and 19-4 at 13, 15.

** Trading information for stock collected from *Yahoo! Finance*, *Core Scientific, Inc. (CORZQ)*[1], https://finance.yahoo.com/quote/CORZQ/history?period1=1617840000&period2=1674691200&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true (last accessed January 26, 2023); https://web.archive.org/web/20230127001236/https://finance.yahoo.com/quote/CORZQ/history?period1=1617840000&period2=1674691200&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true.

** Trading information for warrants collected from *Marketwatch, Core Scientific Inc. Wt*, https://www.marketwatch.com/investing/stock/crzwq/download-data?startDate=01/25/2020&endDate=01/25/2023 (last accessed January 26, 2023); https://web.archive.org/web/20230127004250/https://www.marketwatch.com/investing/stock/crzwq/download-data?startDate=01/25/2020&endDate=01/25/2023.

---

[1] The "Q" at the end of the ticker symbol for Core Scientific signifies that the Company has filed for bankruptcy.