# Exhibit H

# Kristi Berry

## Transactions Outside the Daily Range

| Security Listed* | Date of Transaction* | Daily Trading High** | Daily Trading Low** | Trade Price Listed* |
|---|---|---|---|---|
| CORZ | 2/7/2022 | $11.19 | $9.34 | $3.35 |
| CORZ | 2/7/2022 | $11.19 | $9.34 | $3.34 |
| CORZ | 2/7/2022 | $11.19 | $9.34 | $3.299 |
| CORZ | 3/3/2022 | $7.85 | $6.71 | $2.3 |

\* Data from Dkt. Nos. 24-1 at 9 and 24-2 at 6.

\*\* Trading information collected from *Yahoo! Finance*, *Core Scientific, Inc. (CORZQ)*[1], https://finance.yahoo.com/quote/CORZQ/history?period1=1617840000&period2=1674691200&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true (last accessed January 26, 2023); https://web.archive.org/web/20230127001236/https://finance.yahoo.com/quote/CORZQ/history?period1=1617840000&period2=1674691200&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true.

---

[1] The "Q" at the end of the ticker symbol for Core Scientific signifies that the Company has filed for bankruptcy.