# Exhibit I

**Robert Sklodowski, Jr.**

**Transactions Outside the Daily Range**

| Security Listed* | Date of Transaction* | Daily Trading High** | Daily Trading Low** | Trade Price Listed* |
|---|---|---|---|---|
| CORZ | 5/9/2022 | $4.97 | $4.35 | $5.21 |
| CORZ | 5/9/2022 | $4.97 | $4.35 | $1.55 |
| CORZ | 5/9/2022 | $4.97 | $4.35 | $1.54 |

\* Data from Dkt. Nos. 24-1 at 5 and 24-2 at 4.

\*\* Trading information collected from *Yahoo! Finance*, *Core Scientific, Inc. (CORZQ)*[1], https://finance.yahoo.com/quote/CORZQ/history?period1=1617840000&period2=1674691200&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true (last accessed January 26, 2023);
https://web.archive.org/web/20230127001236/https://finance.yahoo.com/quote/CORZQ/history?period1=1617840000&period2=1674691200&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true.

---

[1] The "Q" at the end of the ticker symbol for Core Scientific signifies that the Company has filed for bankruptcy.