# Exhibit J

## David Hughes

## Transactions Outside the Daily Range

| Security Listed* | Date of Transaction* | Daily Trading High** | Daily Trading Low** | Trade Price Listed* |
|---|---|---|---|---|
| XPDI[1] | 1/19/2022 | $10.00 | $9.52 | $10.0199 |

\* Data from Dkt. Nos. 21-1 and 21-3.

\*\* Trading information collected from *Yahoo! Finance*, *Core Scientific, Inc. (CORZQ)*[2], https://finance.yahoo.com/quote/CORZQ/history?period1=1617840000&period2=1674691200&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true (last accessed January 26, 2023); https://web.archive.org/web/20230127001236/https://finance.yahoo.com/quote/CORZQ/history?period1=1617840000&period2=1674691200&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true.

---

[1] Ticker symbol of Core Scientific's stock pre-merger.
[2] The "Q" at the end of the ticker symbol for Core Scientific signifies that the Company has filed for bankruptcy.