IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated, | § CIVIL ACTION NO. 1:22-cv-01191-LY |
| | § |
| Plaintiff, | § **MOVANT MORGAN HOFFMAN'S** |
| | § **APPENDIX ACCOMPANYING HIS REPLY** |
| | § **MEMORANDUM OF LAW IN FURTHER** |
| v. | § **SUPPORT OF HIS LEAD PLAINTIFF** |
| | § **MOTION** |
| | § |
| MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING, | § CLASS ACTION |
| | § |
| Defendants. | § |
| | § |

Attached are true and correct copies of the following exhibit:

Exhibit A:     Emails between counsel.

Dated: February 3, 2023.                    Respectfully submitted,

**COCHRAN LAW, PLLC**

*/s/ Stuart L. Cochran*
Stuart L. Cochran
Texas Bar No.: 24027936
8140 Walnut Hill Ln., Suite 250
Dallas, Texas 75231
Telephone: (469) 333-3405
stuart@scochranlaw.com

*[Proposed] Liaison Counsel for Movant & Class*

**THE ROSEN LAW FIRM, P.A.**
Laurence Rosen, Esq. (*pro hac vice* to be filed)
Phillip Kim, Esq. (*pro hac vice* to be filed)
275 Madison Avenue, 40th Floor
New York, NY 10116
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*[Proposed] Lead Counsel for Movant & Class*

1

**THE SCHALL LAW FIRM**
Brian Schall, Esq.
Rina Restaino, Esq.
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Phone: (310) 301-3335
Fax: (213) 519-5876
Email: brian@schallfirm.com
Email: rina@schallfirm.com

*Additional Counsel for Movant and Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Stuart L. Cochran*
Stuart L. Cochran