# EXHIBIT A

**From:** Michael Albert <MAlbert@rgrdlaw.com>
**Sent:** Thursday, February 2, 2023 2:46 PM
**To:** Phillip Kim <pkim@rosenlegal.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>
**Subject:** RE: Core Scientific Sec. Litig.

**[EXTERNAL EMAIL]**

Yes, Mr. Michaels has filed for bankruptcy. He hasn't owned property in Texas. Mr. Cotton's full name is C. Allen Cotton IV. He has lived in Illinois and Indiana.

**From:** Phillip Kim <pkim@rosenlegal.com>
**Sent:** Friday, January 27, 2023 1:57 PM
**To:** Michael Albert <MAlbert@rgrdlaw.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>
**Subject:** Re: Core Scientific Sec. Litig.

EXTERNAL SENDER
The merger shares were addressed below, changing the loss amounts. The cost basis of those shares and the like will be shown in the corrected submissions I mentioned.

Please send us your client info when you get it.

Thanks

Get Outlook for iOS

**From:** Michael Albert <MAlbert@rgrdlaw.com>
**Sent:** Friday, January 27, 2023 4:52:42 PM
**To:** Phillip Kim <pkim@rosenlegal.com>; David Rosenfeld <drosenfeld@rgrdlaw.com>
**Subject:** RE: Core Scientific Sec. Litig.

**[EXTERNAL EMAIL]**

Phil,

We did not receive your request until after close of business yesterday and have not yet had a chance to confer with our clients regarding your questions. We note that you did not address or respond to David's question regarding the nature of Mr. Hoffman's merger conversion shares, *i.e.* "the name, date, and consideration paid (if any) for the investment/instrument that was converted

as part of the merger into Core Scientific, Inc. shares."

Best,
Michael

---

**From:** Phillip Kim <pkim@rosenlegal.com>
**Sent:** Friday, January 27, 2023 12:53 PM
**To:** David Rosenfeld <drosenfeld@rgrdlaw.com>
**Cc:** Michael Albert <MAlbert@rgrdlaw.com>
**Subject:** RE: Core Scientific Sec. Litig.

EXTERNAL SENDER
I wanted to follow up on this RE: BKs and other information. I have not heard back.

Also as to the merger conversion shares, we noticed an error in the certification which flowed through the loss chart. We will be filing corrected versions with our opposition.

The changes to the loss chart will result in the following approximate losses:

Acct. 1 -$158,800
Acct. 2 - $517,229
Total - $676,030

---

**From:** Phillip Kim
**Sent:** Thursday, January 26, 2023 6:22 PM
**To:** David Rosenfeld <drosenfeld@rgrdlaw.com>
**Cc:** Michael Albert <MAlbert@rgrdlaw.com>
**Subject:** RE: Core Scientific Sec. Litig.

Thank you for your email.

Morgan Lloyd Hoffman
Address Redacted

We also have some questions about your clients that we need to properly vet them.

Please let me know:

1. David A. Michaels- please let us know if he ever filed for Bankruptcy? Please provide us a date of birth and last known address as well.
    a. Did Mr. Michaels ever own property in Texas?
2. Allen Cotton- Can you give us his full name and date of birth.
    a. What states has he lived in the last 10 years.

Thank you.

Phillip Kim

---

**From:** David Rosenfeld <drosenfeld@rgrdlaw.com>
**Sent:** Wednesday, January 25, 2023 5:18 PM
**To:** Phillip Kim <pkim@rosenlegal.com>
**Cc:** Michael Albert <MAlbert@rgrdlaw.com>
**Subject:** Re: Core Scientific Sec. Litig.

**[EXTERNAL EMAIL]**

Hi Phil. Following up on this. Please advise. Thanks.

> On Jan 23, 2023, at 11:21 PM, David Rosenfeld <drosenfeld@rgrdlaw.com> wrote:
>
> Phil:
>
> As we discussed on the phone earlier today, Morgan Hoffman's lead plaintiff motion does not provide sufficient information to enable the Court or competing movants to determine whether it is appropriate for Mr. Hoffman to serve as the sole lead plaintiff for the putative class. Accordingly, on behalf of our clients David A. Michaels, Barry L. Bradford, and Allen Cotton, we ask that you provide the following information to us by close of business Wednesday to allow us sufficient time to ascertain whether an opposition brief is warranted.
>
> - Please confirm Morgan Hoffman's full name and either his address or date of birth so a basic background and prior litigation search can be conducted in light of the fact that we have been unable to identify a Morgan Hoffman residing in New York who fits the description set forth in Mr. Hoffman's lead plaintiff memorandum.
>
> - Please provide additional detail regarding Mr. Hoffman's Core Scientific "shares converted as part of the merger," including the name, date, and consideration paid (if any) for the investment/instrument that was converted as part of the merger into Core Scientific, Inc. shares.  ECF 17-2 at 6-7.
>
> Thank you,
>
> David

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges.  Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.