UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MEI PANG,

-vs-

Case No.: 1:22-CV-01191-LY

MICHAEL LEVITT, et al.

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Jeremy A. Lieberman, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent Movant David Hughes in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Pomerantz LLP,

   with offices at

   Mailing address: 600 Third Avenue, Floor 20

   City, State, Zip Code: New York, NY 10016

   Telephone: 212-661-1100

   Facsimile: 917-463-1044

   Email: jalieberman@pomlaw.com

2. Since September 17, 2003 , Applicant has been and presently is a member of and in good standing with the Bar of the State of New York . Applicant's bar license number is 4161352 .

3. Applicant has been admitted to practice before the following courts:

   Court:                              Admission date:

   See Attachment A.

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   Not applicable.

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

   Not applicable.

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   Not applicable.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

    ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

    ☒ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

    | | |
    |---|---|
    | Co-counsel: | Willie C. Briscoe, The Briscoe Law Firm, PLLC |
    | Mailing address: | 12700 Park Central Drive, Suite 520 |
    | City, State, Zip Code: | Dallas, Texas 75251 |
    | Telephone: | 972-521-6868 |

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of Jeremy A. Lieberman to the Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

Jeremy A. Lieberman
[printed name of Applicant]

*/s/ Jeremy Lieberman*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 22nd day of February, 2023.

Jeremy A. Lieberman
[printed name of Applicant]

*/s/ Jeremy Lieberman*
[signature of Applicant]

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MEI PANG,

-vs-

Case No. 1:22-CV-01191-LY
_____

MICHAEL LEVITT, et al.

## O R D E R

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Jeremy A. Lieberman ("Applicant"), counsel for Movant David Hughes and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Movant David Hughes in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE

# Attachment A

## Jeremy A. Lieberman Court Admissions

| Court Name | Date of Admission |
|---|---|
| Supreme Court, State of New York, Second Department | Wednesday, September 17, 2003 |
| United States District Court, Southern District of New York | Tuesday, January 10, 2006 |
| United States District Court, Eastern District of New York | Tuesday, January 10, 2006 |
| United States Court of Appeals for the Second Circuit | Monday, November 09, 2009 (admitted); Wednesday, October 29, 2014 (renewed); Wednesday, September 11, 2019 (renewed) |
| United States Court of Appeals for the Ninth Circuit | Thursday, March 3, 2011 |
| United States District Court, Northern District of Illinois | Friday, August 31, 2012 |
| United States District Court, Southern District of Texas | Tuesday, November 26, 2013 |
| United States Court of Appeals for the Third Circuit | Friday, January 31, 2014 |
| United States Court of Appeals for the Tenth Circuit | Wednesday, March 5, 2014 |

## Jeremy A. Lieberman Court Admissions

| Court Name | Date of Admission |
|---|---|
| United States District Court, District of Colorado | Friday, June 13, 2014 (admitted); Tuesday, September 29, 2020 (renewed) |
| United States District Court, Eastern District of Michigan | Thursday, June 19, 2014 |
| United States Court of Appeals for the Sixth Circuit | Friday, January 30, 2015 |
| United States Court of Appeals for the Fourth Circuit | Thursday, June 11, 2015 |
| United States Court of Appeals for the Eleventh Circuit | Wednesday, April 6, 2016 |
| Supreme Court of the United States | Monday, November 27, 2017 |
| United States District Court, Northern District of New York | Tuesday, March 26, 2019 |
| United States Court of Appeals for the First Circuit | Thursday, June 13, 2019 |
| United States District Court, Western District of New York | Thursday, September 26, 2019 |
| United States Court of Appeals for the Fifth Circuit | Tuesday, October 6, 2020 |

## Jeremy A. Lieberman Court Admissions

| Court Name | Date of Admission |
|---|---|
| United States District Court, Eastern District of Wisconsin | Tuesday, November 30, 2021 |