## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

MEI PANG,

_____

-vs-

Case No.: 1:22-CV-01191-LY
_____

MICHAEL LEVITT, et al.

_____

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  J. Alexander Hood II _____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western District of

Texas *pro hac vice* to represent  Movant David Hughes _____ in this case, and would

respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)

   Pomerantz LLP
   _____,

   with offices at

   Mailing address:     600 Third Avenue, Floor 20 _____

   City, State, Zip Code:     New York, NY 10016 _____

   Telephone:     212-661-1100 _____

   Facsimile:     917-463-1044 _____

   Email:     ahood@pomlaw.com _____

2.    Since March 29, 2012 _____, Applicant has been and presently is a member of and in

good standing with the Bar of the State of New York _____.

Applicant's bar license number is 5030838 _____.

3.    Applicant has been admitted to practice before the following courts:

Court:                                          Admission date:

See Attachment A. _____        _____

_____        _____

_____        _____

_____        _____

4.    Applicant is presently a member in good standing of the bars of the courts listed above,

except as provided below (list any court named in the preceding paragraph before which

Applicant is no longer admitted to practice):

Not applicable. _____

_____

5.    Applicant has never been subject to grievance proceedings or involuntary removal

proceedings while a member of the bar of any state or federal court, except as provided

below:

Not applicable. _____

_____

6.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below (omit minor traffic offenses):

Not applicable. _____

7.  Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.  Select one:

☐   Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☒   Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:            Willie C. Briscoe, The Briscoe Law Firm, PLLC

Mailing address:       12700 Park Central Drive, Suite 520

City, State, Zip Code:   Dallas, Texas 75251

Telephone:             972-521-6868

9.  Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

J. Alexander Hood II _____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

J. Alexander Hood II

[printed name of Applicant]

[signature of Applicant]

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 22nd day of February, 2023.

J. Alexander Hood II

[printed name of Applicant]

[signature of Applicant]

- 4 -

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

MEI PANG,

-vs-

MICHAEL LEVITT, et al.

Case No.   1:22-CV-01191-LY
_____

## O R D E R

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by J. Alexander Hood II ("Applicant"), counsel for Movant David Hughes and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Movant David Hughes in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.


_____
UNITED STATES DISTRICT JUDGE

# Attachment A

## J. Alexander Hood II Court Admissions

| Court Name | Date of Admission |
|---|---|
| Supreme Court, State of New York, Third Department | March 29, 2012 |
| United States District Court, Southern District of New York | August 13, 2015 |
| United States District Court, Eastern District of New York | September 28, 2016 |
| United States District Court, District of Colorado | December 19, 2016 |
| United States District Court, Eastern District of Michigan | July 26, 2017 |
| U.S. District Court, Northern District of Illinois | May 2, 2018 |
| United States District Court, Southern District of Texas | March 15, 2019 |
| United States District Court, Northern District of New York | March 26, 2019 |
| United States District Court, Western District of New York | October 7, 2019 |
| United States District Court, Eastern District of Wisconsin | November 30, 2021 |