FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FEB 2 8 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                   DEPUTY CLERK

MEI PANG,

-vs-

Case No. 1:22-CV-01191-LY  _____

MICHAEL LEVITT, et al.

### ORDER

BE IT REMEMBERED on this the **28th** day of **February**, 20**23**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Jeremy A. Lieberman** ("Applicant"), counsel for **Movant David Hughes** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Movant David Hughes** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **28** day of **February** 20**23**.

_____
UNITED STATES DISTRICT JUDGE