**FILED**

FEB 2 8 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

MEI PANG,

-vs-

Case No. 1:22-CV-01191-LY _____

MICHAEL LEVITT, et al.

### O R D E R

BE IT REMEMBERED on this the __28th__ day of __February__, 20__23__, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by J. Alexander Hood II ("Applicant"), counsel for Movant David Hughes and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Movant David Hughes in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the __28th__ day of __February__ 20__23__.

_____
UNITED STATES DISTRICT JUDGE