IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MEI PANG, Individually and on Behalf of All
Others Similarly Situated,

-vs-

Case No. 1:22-cv-01191-LY

MICHAEL LEVITT, MICHAEL TRZUPEK,
and DENISE STERLING,

ORDER

BE IT REMEMBERED on this the _20th_ day of _March_, 20_23_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by _Phillip Kim_ ("Applicant"), counsel for _Lead Plaintiff Morgan_ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _Lead Plaintiff Morgan Hoffman_ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _20th_ day of _March_, 20_23_.

_____
UNITED STATES DISTRICT JUDGE