IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated, | § § § CASE NO. 1:22-CV-1191-LY § |
| Plaintiff, | § § CLASS ACTION |
| v. | § § |
| MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING, | § § § § |
| Defendants. | § § § |

## ORDER REGARDING SCHEDULE FOR PLEADINGS

The Court, having considered the Parties' Joint Stipulation Proposing Schedule for Pleadings, and good cause appearing therefore, **HEREBY ORDERS** that:

1. Plaintiff shall file an amended complaint on or by May 5, 2023;

2. Defendants shall answer, move to dismiss, or otherwise respond to Plaintiff's amended complaint on or by 45 days from the filing of the amended complaint;

3. If Defendants move to dismiss the amended complaint, Plaintiffs shall file their opposition to any such motion on or by 45 days from the filing of the motion, and Defendants shall file their reply in support of their motion on or by 30 days from the filing of the opposition to the motion.

Dated: March 22, 2023

Hon. Lee Yeakel
United States District Judge