UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>Defendants. | Case No. 1:22-cv-01191-LY<br><br>**MOTION TO SUBSTITUTE QUINN EMANUEL URQUHART & SULLIVAN, LLP AS COUNSEL FOR DEFENDANTS** |

Defendants Michael Levitt, Michael Trzupek, and Denise Sterling ("Defendants") hereby request leave of Court to substitute Quinn Emanuel Urquhart & Sullivan, LLP as counsel of record, replacing Weil, Gotshal & Manges, LLP.

Withdrawing counsel for Defendants is:

> Paul R. Genender (Texas Bar I.D. 00790758)
> Weil, Gotshal & Manges, LLP
> 200 Crescent Court, Suite 300
> Dallas, TX 75201-6950
> Telephone: (214) 746-7877
> Facsimile: (214) 746-7777
> Paul.genender@weil.com

All notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, should henceforth be provided to and served upon the following substituted counsel for Defendants at the addresses set forth below.

> John Bash (Texas Bar I.D. 24067504)
> Quinn Emanuel Urquhart & Sullivan, LLP
> 300 W. Sixth Street, Ste 2010
> Austin, TX 78701
> Telephone: (737) 667-6100
> Facsimile: (737) 667-6110
> johnbash@quinnemanuel.com
>
> John B. Quinn (*pro hac vice* forthcoming)
> Quinn Emanuel Urquhart & Sullivan, LLP
> 865 Figueroa Street, 10th Fl.
> Los Angeles, CA 90017
> Telephone: (213) 443-3000
> Facsimile: (213) 443-3100
> johnquinn@quinnemanuel.com
>
> Jesse Bernstein (*pro hac vice* forthcoming)
> Quinn Emanuel Urquhart & Sullivan, LLP
> 51 Madison Avenue, 22nd Fl.
> New York, NY 10010
> Telephone: (212) 849-7000
> Facsimile: (212) 849-7100
> jessebernstein@quinnemanuel.com

2

Defendants hereby agree and consent to this substitution of counsel.

                                                                        Respectfully submitted,

DATED:  April _4_, 2023                  By: _____
                                                                         Michael Levitt

DATED:  April __, 2023                  By: _____
                                                                         Michael Trzupek

DATED:  April __, 2023                  By: _____
                                                                         Denise Sterling

Defendants hereby agree and consent to this substitution of counsel.

Respectfully submitted,

DATED: April __, 2023      By: _____
                                Michael Levitt


DATED: April 6, 2023       By: _____
                                Michael Trzupek


DATED: April __, 2023      By: _____
                                Denise Sterling

2

Defendants hereby agree and consent to this substitution of counsel.

                Respectfully submitted,

DATED: April __, 2023      By:_____
                Michael Levitt

DATED: April __, 2023      By:_____
                Michael Trzupek

DATED: April 5, 2023      By: /s/ Denise B. Sterling
                Denise Sterling

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2023, a copy of the foregoing *Motion to Substitute Quinn Emanuel Urquhart & Sullivan, LLP as Counsel for Defendants* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

/s/ John Bash
John Bash
