**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**



| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>Defendants. | Case No. 1:22-cv-01191-LY<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE QUINN EMANUEL URQUHART & SULLIVAN, LLP AS COUNSEL FOR DEFENDANTS** |

The Court, having considered Defendants' Motion to Substitute Quinn Emanuel Urquhart & Sullivan, LLP as counsel, and good cause appearing therefore, **HEREBY ORDERS** that Quinn Emanuel Urquhart & Sullivan, LLP shall, and hereby is, substituted for Weil, Gotshal & Manges, LLP as counsel of record for defendants Michael Levitt, Michael Trzupek, and Denise Sterling.

Dated: April 11, 2023

_____
HONORABLE LEE YEAKEL
United States District Court Judge