IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MEI PANG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFF, | § | CAUSE NO. 1:22-CV-1191-LY |
| V. | § § | |
| MICHAEL LEVITT, MICHAEL TRZUPEK, AND DENISE STERLING, | § § § | |
| DEFENDANTS. | § | |

**TRANSFER ORDER**

Before the court is the above-styled and numbered cause. It appears to the court that the above-styled and numbered cause should be transferred from the docket of the Honorable Lee Yeakel, United States District Judge, to the docket of the Honorable David A. Ezra, Senior United States District Judge, both judges having consented to the transfer.

**IT IS ORDERED** that the above-styled and numbered cause is **TRANSFERRED** to the docket of the Honorable David A. Ezra, Senior United States District Judge, for all purposes. Pursuant to the Amended Order Assigning the Business of the Court effective December 16, 2022, the clerk of court shall credit this case to the percentage of business of the receiving Judge.

SIGNED this 27th day of April, 2023.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE