IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 1:22-cv-01191-DAE |
| v. | CLASS ACTION |
| MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING, | JURY TRIAL DEMANDED |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that the undersigned attorney, John Bash, enters his appearance in the above-referenced proceeding for Defendants Darin Feinstein, Brian Neville, Jarvis Hollingsworth, Matt Minnis, Stacie Olivares, Kneeland Youngblood, Patrick C. Eilers, Theodore J. Brombach, Paul Gaynor, Paul Dabbar, Colleen Sullivan, and Scott Widham (collectively, "Defendants"). Mr. Bash is admitted to practice in this Court and Defendants respectfully request that the Court take note of this Notice of Appearance. Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed to Mr. Bash at the address set forth below.

Dated:  June 6, 2023                    Respectfully submitted,

*/s/ John Bash*
John Bash
Texas Bar No. 24067504
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
300 W. 6th Street, Suite 2010
Austin, Texas 78701
Tel.: (737) 667-6100
Fax: (737) 667-6110
Email:  johnbash@quinnemanuel.com

*Attorney for Michael Levitt, Denise Sterling, Michael Trzupek, Darin Feinstein, Brian Neville, Jarvis Hollingsworth, Matt Minnis, Stacie Olivares, Kneeland Youngblood, Patrick C. Eilers, Theodore J. Brombach, Paul Gaynor, Paul Dabbar, Colleen Sullivan, and Scott Widham*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2023, a copy of the foregoing *Notice of Appearance of Counsel* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

>                              */s/ John Bash*
>                              John Bash