# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated, | § <br> § CASE NO. 1:22-CV-1191-DAE <br> § |
| Plaintiff, | § <br> § |
| | § CLASS ACTION |
| v. | § <br> § |
| MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING, | § <br> § <br> § |
| Defendants. | § <br> § <br> § |

## [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING

The Court, having considered the Parties' Joint Stipulation Regarding Motion to Dismiss Briefing, and good cause appearing therefore, **HEREBY ORDERS** that:

1. Defendants may file an omnibus motion to dismiss brief not to exceed 35 pages.

2. Plaintiffs may file an omnibus opposition to any motion to dismiss not to exceed 35 pages.

3. Defendants may file a reply brief in further support of their motion to dismiss not to exceed 18 pages.

Dated: _____, 2023

_____
Hon. David A. Ezra
United States District Judge