UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated<br><br>                   Plaintiff,<br><br>      v.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>                  Defendants. | Case No. 1:22-cv-01191-DAE |

**DECLARATION OF JOHN F. BASH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, John F. Bash, hereby declare and state as follows:

1. I am a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants Michael Levitt, Michael Trzupek, Denise Sterling, Darin Feinstein, Brian Neville, Jarvis Hollingsworth, Matt Minnis, Stacie Olivares, Kneeland Youngblood, Patrick C. Eilers, Theodore J. Brombach, Paul Gaynor, Paul Dabbar, Colleen Sullivan, and Scott Widham (collectively, "Defendants"). This declaration is based on my own personal knowledge. If called upon to testify, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of Core Scientific Inc.'s ("Core") Registration Statement, filed with the SEC on December 30, 2021.

3. Attached as Exhibit B is a true and correct copy of Core's Third Quarter 2022 Form 10-Q, filed with the SEC on November 22, 2022.

1

4. Attached as Exhibit C is a true and correct copy of Core's First Quarter 2022 Form 10-Q, filed with the SEC on May 13, 2022.

5. Attached as Exhibit D is a true and correct copy of Core's Proxy Statement, filed with the SEC on January 3, 2022.

6. Attached as Exhibit E is a true and correct copy of a Wall Street Journal article titled "Electric Bills Soar Across the Country as Winter Looms" and dated September 18, 2022.

7. Attached as Exhibit F is a true and correct copy of a Wall Street Journal article titled "Bitcoin Price Falls 54% From Its High" and dated May 9, 2022.

8. Attached as Exhibit G is a true and correct copy of a New York Times article titled "Cryptomining Capacity in U.S. Rivals Energy Use of Houston, Findings Show" and dated July 15, 2022.

9. Attached as Exhibit H is a true and correct copy of Core's Fourth Quarter 2021 Earnings Call Transcript, dated March 29, 2022.

10. Attached as Exhibit I is a true and correct copy of Core's First Quarter 2022 Earnings Call Transcript, dated May 12, 2022.

11. Attached as Exhibit J is a true and correct copy of Core's Form 8-K, filed with the SEC on October 27, 2022.

12. Attached as Exhibit K is a true and correct copy of Core's Second Quarter 2022 Form 10-Q, filed August 22, 2022.

13. Attached as Exhibit L is a true and correct copy of Core's Second Quarter 2022 Earnings Call Transcript, dated August 11, 2022.

14. Attached as Exhibit M is a true and correct copy of Core's Form 8-K, filed with the SEC on April 18, 2022.

15. Attached as Exhibit N is a true and correct copy of Core's Form 8-K, filed with the SEC on October 28, 2022.

16. Attached as Exhibit O is a true and correct copy of Michael Levitt's Form 4, filed with the SEC on July 7, 2022.

17. Attached as Exhibit P is a true and correct copy of Michael Levitt's Form 4, filed with the SEC on August 17, 2022.

18. Attached as Exhibit Q is a true and correct copy of Denise Sterling's Form 4, filed with the SEC on June 16, 2022.

19. Attached as Exhibit R is a true and correct copy of Denise Sterling's Form 4, filed with the SEC on August 17, 2022.

20. Attached as Exhibit S is a true and correct copy of Brian Neville's Form 4, filed with the SEC on June 16, 2022.

21. Attached as Exhibit T is a true and correct copy of Jarvis Hollingsworth's Form 4, filed with the SEC on September 6, 2022.

22. Attached as Exhibit U is a true and correct copy of Stacie Olivares's Form 4, filed with the SEC on September 6, 2022.

23. Attached as Exhibit V is a true and correct copy of Kneeland Youngblood's Form 4, filed with the SEC on September 6, 2022.

24. Attached as Exhibit W is a true and correct copy of a CNBC article titled "Russian Forces Invade Ukraine" and dated February 24, 2022.

Executed on June 20, 2023 in Austin, TX.

                                                              */s/ John Bash*
                                                              John Bash

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ John Bash*