# EXHIBIT P

SEC Form 4

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>Washington, D.C. 20549<br><br>**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**<br><br>Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934<br>or Section 30(h) of the Investment Company Act of 1940 | OMB APPROVAL |
|---|---|---|
| ☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | | OMB Number: 3235-0287<br>Estimated average burden hours per response: 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| **LEVITT MICHAEL J** | Core Scientific, Inc./tx [ CORZ ] | X Director    X 10% Owner |
| (Last) (First) (Middle) | | X Officer (give title below)    Other (specify below) |
| C/O CORE SCIENTIFIC, INC. | 3. Date of Earliest Transaction (Month/Day/Year) | **Chief Executive Officer** |
| 210 BARTON SPRINGS ROAD, SUITE 300 | 08/15/2022 | |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| AUSTIN TX 78704 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 08/15/2022 | | A | | 2,800,000[1] | A | $0.00 | 20,094,478 | D | |
| Common Stock | | | | | | | | 41,470 | I | See footnote[2] |
| Common Stock | | | | | | | | 869,110 | I | See footnote[3] |
| Common Stock | | | | | | | | 869,110 | I | See footnote[4] |
| Common Stock | | | | | | | | 3,835,368 | I | See footnote[5] |
| Common Stock | | | | | | | | 10,629,668 | I | See footnote[6] |
| Common Stock | | | | | | | | 800,210 | I | See footnote[7] |
| Common Stock | | | | | | | | 3,199,414 | I | See footnote[8] |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents a restricted stock unit ("RSU") grants. The RSUs vest in four equal annual installments commencing August 15, 2023, provided that the Reporting Person continues to provide service to the Issuer on each vesting date.
2. The securities are held by HKM Investments, LLC, which the Reporting Person serves as its managing member.
3. The shares are held by Michael J. Levitt, Christopher B. Harrison, and Nadine Bernecker Levitt as Co-Trustees of the MJL 2012 Younger Children Trust, modified as of March 21, 2021, which the Reporting Person serves as a trustee.

4. The shares are held by Michael J. Levitt and Christopher B. Harrison as Co-Trustees of the MJL 2012 Older Children Trust, modified as of March 21, 2021, which the Reporting Person serves as a trustee.

5. The shares are held by Michael J. Levitt and Nadine Bernecker Levitt as Co-Trustees of the CS 1219 Trust, dated April 13, 2017, which the Reporting Person serves as a trustee.

6. The shares are held by Michael J. Levitt, as Trustee of the MJL Revocable Trust, modified as of June 18, 2021, which the Reporting Person serves as a trustee.

7. The shares are held by Nadine Bernecker Levitt as Trustee of the NBL Revocable Trust, modified as of June 18, 2021, which the Reporting Person serves as a trustee.

8. The securities are held by MJL Blockchain LLC, which the Reporting Person serves as its managing member.

**Remarks:**

| /s/ Jason Minio, Attorney-in-Fact | 08/17/2022 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**