# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:22-CV-1191-DAE |
| Plaintiff, | CLASS ACTION |
| v. |  |
| MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING, |  |
| Defendants. |  |

## JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE

Lead Plaintiff Morgan Hoffman and named plaintiffs Evan Achee and William J. Emanuel ("Plaintiffs"), and Defendants Michael Levitt, Michael Trzupek, Denise Sterling, Darin Feinstein, Brian Neville, Jarvis Hollingsworth, Matt Minnis, Stacie Olivares, Kneeland Youngblood, Patrick C. Eilers, Theodore J. Brombach, Paul Gaynor, Paul Dabbar, Colleen Sullivan, and Scott Widham (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on May 5, 2023, pursuant to the Parties' Joint Stipulation Proposing Schedule for Pleadings (ECF No. 56), as ordered by the Court (ECF No. 57, "Scheduling Order"), Plaintiffs filed an Amended Class Action Complaint (ECF No. 62, "Amended Complaint");

WHEREAS, on June 20, 2023, pursuant to the Scheduling Order, Defendants filed their motion to dismiss the Amended Complaint (ECF No. 65, "Motion");

WHEREAS, pursuant to the Scheduling Order, Plaintiffs' opposition to the Motion is currently due on or by 45 days after the Motion was filed, or August 4, 2023, and Defendants' reply is currently due on or by 30 days from the filing of Plaintiffs' opposition;

WHEREAS, the Parties have not requested any prior extensions or modifications of the briefing schedule set forth in the Scheduling Order;

WHEREAS, Plaintiffs respectfully request a one-week extension of the deadline for Plaintiffs' opposition to the Motion due to unforeseen scheduling conflicts, and Defendants have consented to this extension along with a commensurate 1-week extension for Defendants' reply;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval:

1.      Plaintiffs' deadline to file their opposition to Defendants' Motion is extended to August 11, 2023.

2.      Defendants' deadline to file their reply in further support of their Motion is extended to on or by 37 days from the filing of Plaintiffs' opposition.

Dated: July 28, 2023

**THE ROSEN LAW FIRM, P.A.**

By: */s/Joshua Baker*
Laurence Rosen (*pro hac vice*)
Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10116
Phone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com
Email: jbaker@rosenlegal.com

Dated: July 28, 2023

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/John Bash*
John Bash
Texas Bar I.D. 24067504
300 W. Sixth Street, Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100
Facsimile: (737) 667-6110
johnbash@quinnemanuel.com

John B. Quinn (*pro hac vice forthcoming*)
865 S. Figueroa St., 10th Floor

*Lead Counsel for Lead Plaintiff*

**COCHRAN LAW, PLLC**
Stuart L. Cochran
Texas Bar I.D. 24027936
8140 Walnut Hill Ln., Suite 250
Dallas, Texas 75231
Telephone: (469) 333-3405
Facsimile: (469) 333-3406
stuart@scochranlaw.com

*Liaison Counsel for Lead Plaintiff*

**THE SCHALL LAW FIRM**
Brian Schall
Rina Restaino
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Phone: (310) 301-3335
Fax: (213) 519-5876
Email: brian@schallfirm.com
Email: rina@schallfirm.com

*Additional Counsel for Lead Plaintiff*

Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
jessebernstein@quinnemanuel.com
brennanelinson@quinnemanuel.com

Jesse Bernstein (*pro hac vice forthcoming)*
Brenna Nelinson (*pro hac vice forthcoming*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
jessebernstein@quinnemanuel.com
brennanelinson@quinnemanuel.com

*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 28th day of July, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/Joshua Baker*