UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>Defendants. | Case No. 1:22-CV-1191-DAE<br><br>CLASS ACTION |

### [PROPOSED] ORDER REGARDING EXTENSION OF BRIEFING SCHEDULE

The Court, having considered the Parties' Joint Stipulation to Extend Briefing Schedule, and good cause appearing therefore, **HEREBY ORDERS** that:

1. Plaintiffs' deadline to file their opposition to Defendants' Motion is extended to August 11, 2023.

2. Defendants' deadline to file their reply in further support of their Motion is extended to on or by 37 days from the filing of Plaintiffs' opposition.

Dated: July ___, 2023

_____
Hon. David Alan Ezra
United States District Judge

1