# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>Defendants. | Case No. 1:22-CV-1191-DAE<br><br>CLASS ACTION |

## DECLARATION OF JOSHUA BAKER

I, Joshua Baker, declare the following pursuant to 28 U.S.C. §1746.

1. I am an attorney duly licensed to practice law in the State of New York and before this Court. I am an attorney with The Rosen Law Firm, P.A., Lead Counsel for Lead Plaintiff Morgan Hoffman and named plaintiffs Evan Achee and William J. Emanuel ("Plaintiffs") and the Class in the above-captioned Action. I submit this declaration in support of Plaintiffs' opposition to Defendants' motion to dismiss Plaintiffs' Amended Class Action Complaint.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the unredacted version of Celsius Mining LLC's Preliminary Objection to the Debtors' Emergency Motion for Entry of an Order Authorizing Rejection of Executory Contracts with Celsius Mining LLC, filed as Docket No. 265 in *In re Core Scientific, Inc.*, No. 22-90341 (S.D. Tex. Bankr.).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of August, 2023, in Jenkintown, Pennsylvania.

*/s/Joshua Baker*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of August, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<em>/s/Joshua Baker</em>