**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated<br><br>              Plaintiff,<br><br>      v.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>           Defendants. | Case No. 1:22-cv-01191-DAE |

**DECLARATION OF JOHN F. BASH IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, John F. Bash, hereby declare and state as follows:

1.      I am a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants Michael Levitt, Michael Trzupek, Denise Sterling, Darin Feinstein, Brian Neville, Jarvis Hollingsworth, Matt Minnis, Stacie Olivares, Kneeland Youngblood, Patrick C. Eilers, Theodore J. Brombach, Paul Gaynor, Paul Dabbar, Colleen Sullivan, and Scott Widham (collectively, "Defendants"). This declaration is based on my own personal knowledge. If called upon to testify, I could and would testify competently thereto.

2.      Attached as Exhibit X is a table showing Core Scientific Inc.'s stock price at various points during the Class Period.

Executed on September 18, 2023 in Austin, TX.

                                        */s/ John Bash*
                                        John F. Bash

1