# EXHIBIT X

| Date | Significance | Core Stock Price |
| --- | --- | --- |
| January 3, 2022 | Core issued proxy statement dated January 3, 2022. | $10.43 |
| January 19, 2022 | Core/XPDI merger effectuated. | $9.60 |
| May 27, 2022 | Plaintiffs allege Mr. Feinstein sold Core stock "between May 27, 2022 and June 3, 2022." ¶ 249. | $3.69 |
| May 31, 2022 | Plaintiffs allege Mr. Feinstein sold Core stock "between May 27, 2022 and June 3, 2022." ¶ 249. | $3.53 |
| June 1, 2022 | Plaintiffs allege Mr. Feinstein sold Core stock "between May 27, 2022 and June 3, 2022." ¶ 249. | $3.03 |
| June 2, 2022 | Plaintiffs allege Mr. Feinstein sold Core stock "between May 27, 2022 and June 3, 2022." ¶ 249. | $3.04 |
| June 3, 2022 | Plaintiffs allege Mr. Feinstein sold Core stock "between May 27, 2022 and June 3, 2022." ¶ 249. | $2.78 |

**Source**: Core Scientific, Inc. (CORZQ), Yahoo! Finance, https://finance.yahoo.com/quote/CORZQ/history?period1=1537228800&period2=1694995200&interval=1d&filter=history&frequency=1d&includeAdjustedClose=true (updated Sep. 18, 2023 11:20 AM ET; last visited Sep. 18, 2023 10:30 AM CT).