**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated<br><br>        Plaintiff,<br><br>v.<br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>        Defendants. | Case No. 1:22-cv-01191-DAE |

## <u>ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION</u>

Defendants having filed their Motion for Reconsideration, and the Court having considered the Motion and being duly advised in the premises, hereby GRANTS the Motion.

IT IS THEREFORE ADJUDGED, ORDERED, AND DECREED that:

Plaintiffs' remaining claims under Section 11 of the Securities Act and Section 14 of the Exchange Act as they pertain to Statement No. 5 are DISMISSED without prejudice; and

Plaintiffs' Section 15 claim against Mr. Michael Levitt is DISMISSED without prejudice.

SO ORDERED this _____ day of _____, 20__.

_____
HON. DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE

1