MEI PANG, Individually and on Behalf of
All Others Similarly Situated

                Plaintiff,

      v.

MICHAEL LEVITT, MICHAEL
TRZUPEK, and DENISE STERLING,

                Defendants.

Case No. 1:22-cv-01191-DAE

**DECLARATION OF JOHN F. BASH IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, John F. Bash, hereby declare and state as follows:

1. I am a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants Michael Levitt, Denise Sterling, Darin Feinstein, Jarvis Hollingsworth, Matt Minnis, Stacie Olivares, Kneeland Youngblood, Patrick C. Eilers, Theodore J. Brombach, Paul Gaynor, Paul Dabbar, Colleen Sullivan, and Scott Widham (collectively, "Defendants"). This declaration is based on my own personal knowledge. If called upon to testify, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of Core Scientific Inc.'s ("Core") Registration Statement, filed with the SEC on December 30, 2021.

3. Attached as Exhibit B is a true and correct copy of Core's Proxy Statement, filed with the SEC on January 3, 2022.

1

4. Attached as Exhibit C is a true and correct copy of Core's Third Quarter 2022 Form 10-Q, filed with the SEC on November 22, 2022.

5. Attached as Exhibit D is a true and correct copy of Core's First Quarter 2022 Form 10-Q, filed with the SEC on May 13, 2022.

6. Attached as Exhibit E is a true and correct copy of a Wall Street Journal article titled "Electric Bills Soar Across the Country as Winter Looms" and dated September 18, 2022.

7. Attached as Exhibit F is a true and correct copy of a Wall Street Journal article titled "Bitcoin Price Falls 54% From Its High" and dated May 9, 2022.

8. Attached as Exhibit G is a true and correct copy of a New York Times article titled "Cryptomining Capacity in U.S. Rivals Energy Use of Houston, Findings Show" and dated July 15, 2022.

9. Attached as Exhibit H is a true and correct copy of Core's Fourth Quarter 2021 Earnings Call Transcript, dated March 29, 2022.

10. Attached as Exhibit I is a true and correct copy of Core's First Quarter 2022 Earnings Call Transcript, dated May 12, 2022.

11. Attached as Exhibit J is a true and correct copy of Core's 2021 Form 10-K, filed with the SEC on March 30, 2022.

12. Attached as Exhibit K is a true and correct copy of Core's Second Quarter 2022 Form 10-Q, filed with the SEC on August 22, 2022.

13. Attached as Exhibit L is a true and correct copy of revised Emergency Order Approving (I) Global Settlement Between Debtors and Celsius, (II) Sale of Cedarvale Facility and Related Assets, (III) Assumption and Assignment of Transformed Contracts and (IV) Granting

Related Relief, *In re Core Scientific*, Case No. 22-90341, Doc. No. 1281-1 (Bankr. S.D. Tex. filed October 2, 2023).

14. Attached as Exhibit M is a true and correct copy of Core's Form 8-K, filed with the SEC on October 27, 2022.

15. Attached as Exhibit N is a true and correct copy of the Order Confirming Fourth Amended Joint Chapter 11 Plan of Core Scientific, Inc., *In re Core Scientific*, Case No. 22-90341, Doc. No. 1749 (Bankr. S.D. Tex. filed January 16, 2024).

16. Attached as Exhibit O is a true and correct copy of Lead Plaintiff's Limited Objection to Confirmation of the Third Amended Plan and Disclosure Statement, *In re Core Scientific*, Case No. 22-90341, Doc. No. 1558, (Bankr. S.D. Tex. filed December 15, 2023).

17. Attached as Exhibit P is a true and correct copy of Jung W. Song's declaration, dated January 14, 2024.

18. Attached as Exhibit Q is a true and correct copy of Defendant Michael Levitt's Form 410, filed April 12, 2023.

19. Attached as Exhibit R is a true and correct copy of Defendant Denise Sterling's Form 410, filed April 12, 2023.

20. Attached as Exhibit S is a true and correct copy of Defendant Darin Feinstein's Form 410, filed April 13, 2023.

21. Attached as Exhibit T is a true and correct copy of Defendant Matthew Minnis's Form 410, filed April 13, 2023.

22. Attached as Exhibit U is a true and correct copy of Defendant Kneeland Youngblood's Form 410, filed April 14, 2024.

23.     Attached as Exhibit V is a true and correct copy of XPDI Sponsor LLC's Form 410, filed April 13, 2023.

24.     Attached as Exhibit W is a true and correct copy of Defendant Jarvis Hollingsworth's Claim Summary, filed April 14, 2023.

25.     Attached as Exhibit X is a true and correct copy of Defendant Paul Gaynor's Claim Summary, filed April 10, 2023.

26.     Attached as Exhibit Y is a true and correct copy of Defendant Paul Dabbar's Claim Summary, filed April 11, 2023.

27.     Attached as Exhibit Z is a true and correct copy of Defendant Colleen Sullivan's Claim Summary, filed April 12, 2023.

28.     Attached as Exhibit AA is a true and correct copy of Core's Amended and Restated Bylaws.

29.     Attached as Exhibit BB is a true and correct copy of Defendant Michael J. Levitt's Amended and Restated Employment Agreement.


Executed on July 22, 2024 in Austin, Texas.

*/s/ John Bash*
John Bash

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ John Bash*