# EXHIBIT W

## Claim Summary

**Creditor Name**   Jarvis Hollingsworth
**Debtor Name**   Core Scientific, Inc.
**Debtor Case No.**   22-90341
**Claim No.**   507
**Date Filed**   04/14/2023
**Schedule No.**

### Schedule Amount

**General Unsecured**   $0.00
**Priority**   $0.00
**Secured**   $0.00
**Admin Priority**   $0.00

### Filed Claim Amount

**General Unsecured**   Unliquidated
**Priority**   $0.00
**Secured**   $0.00
**Admin Priority**   $0.00

### Current Claim Amount

**General Unsecured**   Unliquidated
**Priority**
**Secured**
**Admin Priority**
*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Copyright © 2024 Stretto, All rights reserved.

410 Exchange, Ste 100

Irvine, CA 92602