# EXHIBIT Z

## Claim Summary

**Creditor Name**   Colleen Sullivan
**Debtor Name**   Core Scientific, Inc.
**Debtor Case No.**   22-90341
**Claim No.**   287
**Date Filed**   04/12/2023
**Schedule No.**

## Schedule Amount

**General Unsecured**
**Priority**   $0.00
**Secured**   $0.00
**Admin Priority**   $0.00

## Filed Claim Amount

**General Unsecured**   Unliquidated
**Priority**   $0.00
**Secured**   $0.00
**Admin Priority**   $0.00

## Current Claim Amount

**General Unsecured**   Expunged
**Priority**
**Secured**
**Admin Priority**
*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Claim History

### Claim Objection History

**Date Filed**   11/22/2023    **Docket No.** 1460
**Status**   Pending

**Reason for Objection**   Equity Claim

**Document Name**

[Omnibus Objection / Debtors' First Omnibus Claims Objection to Certain (I) Amended Claims; (II) Exact Duplicative Claims; (III) Beneficial Bondholder Duplicative Claims; (IV) Multiple Debtor Claims; (V) Wrong Debtor Claims; (VI) Late Filed Claims; (VII) Insufficient Documentation Claims; (VIII) Equity Claims; and (IX) Reclassified Claims (Based on Priority). Filed by Core Scientific, Inc. (Attachments: # (1) Exhibit B - Proposed Order) (Perez, Alfredo)](#)

**Date Filed**   01/18/2024      **Docket No.** 1761

**Status**   Ordered

**Reason for Objection**   Equity Claim

**Document Name**

[Order Sustaining Debtors' First Omnibus Claims Objection to Certain (I) Amended Claims; (II) Exact Duplicative Claims; (III) Beneficial Bondholder Duplicative Claims; (IV) Multiple Debtor Claims; (V) Wrong Debtor Claims; (VI) Late Filed Claims; (VII) Insufficient Documentation Claims; (VIII) Equity Claims (Related document: [1460] Objection). Signed on 1/18/2024 (ZildeCompean)](#)

**Date Filed**   01/18/2024      **Docket No.** 1761

**Status**   Pending

**Reason for Objection**   Equity Claim

**Document Name**

[Order Sustaining Debtors' First Omnibus Claims Objection to Certain (I) Amended Claims; (II) Exact Duplicative Claims; (III) Beneficial Bondholder Duplicative Claims; (IV) Multiple Debtor Claims; (V) Wrong Debtor Claims; (VI) Late Filed Claims; (VII) Insufficient Documentation Claims; (VIII) Equity Claims (Related document: [1460] Objection). Signed on 1/18/2024 (ZildeCompean)](#)

**Date Filed**   01/18/2024      **Docket No.** 1761

**Status**   Ordered

**Reason for Objection**   Equity Claim

**Document Name**

[Order Sustaining Debtors' First Omnibus Claims Objection to Certain (I) Amended Claims; (II) Exact Duplicative Claims; (III) Beneficial Bondholder Duplicative Claims; (IV) Multiple Debtor Claims; (V) Wrong Debtor Claims; (VI) Late Filed Claims; (VII) Insufficient Documentation Claims; (VIII) Equity Claims (Related document: [1460] Objection). Signed on 1/18/2024 (ZildeCompean)](#)

Copyright © 2024 Stretto, All rights reserved.

410 Exchange, Ste 100

Irvine, CA 92602