**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated<br><br>          Plaintiff,<br><br>    v.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>        Defendants. | Case No. 1:22-cv-01191-DAE |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Before the Court is Defendants Michael Levitt, Denise Sterling, Darin Feinstein, Jarvis Hollingsworth, Matt Minnis, Stacie Olivares, Kneeland Youngblood, Patrick C. Eilers, Theodore J. Brombach, Paul Gaynor, Paul Dabbar, Colleen Sullivan, and Scott Widham's (collectively, "Defendants") Motion to Dismiss Second Amended Class Action Complaint for Violations of the Federal Securities Laws ("Motion").  The Court, having considered the same, is of the opinion the Motion should be **GRANTED**.  It is therefore **ORDERED** that the Motion is **GRANTED**.  Plaintiffs' Second Amended Complaint (ECF No. 89) is hereby dismissed with prejudice.

Signed on:   _____

_____
Hon. David A. Ezra