| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated | |
| Plaintiff, | Case No. 1:22-cv-01191-DAE |
| v. | |
| MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING, | |
| Defendants. | |

**DECLARATION OF JOHN F. BASH IN SUPPORT OF
DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS
SECOND AMENDED CLASS ACTION COMPLAINT FOR
VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, John F. Bash, hereby declare and state as follows:

1. I am a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants Michael Levitt, Denise Sterling, Darin Feinstein, Jarvis Hollingsworth, Matt Minnis, Stacie Olivares, Kneeland Youngblood, Patrick C. Eilers, Theodore J. Brombach, Paul Gaynor, Paul Dabbar, Colleen Sullivan, and Scott Widham (collectively, "Defendants"). This declaration is based on my own personal knowledge. If called upon to testify, I could and would testify competently thereto.

2. Attached as Exhibit CC is a true and correct excerpted copy of a Certificate of Service filed in Core Scientific Inc.'s ("Core") bankruptcy action, *In Re: Core Scientific, Inc., et al.*, Case No. 22-90341, Bankr. S.D. Tex., at ECF No. 1471, dated November 27, 2023.

3.      Attached as Exhibit DD is a true and correct copy of Core's 2022 Form 10-K, filed with the SEC on April 4, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2024 in Austin, Texas.

*/s/ John Bash*
John Bash