**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| MEI PANG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL LEVITT, MICHAEL TRZUPEK, and DENISE STERLING,<br><br>Defendants. | Case No. 1:22-CV-1191-DAE<br><br>CLASS ACTION |

**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' AGREED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

Plaintiffs submit this notice of non-opposition to their Agreed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 118, "Motion"). Plaintiffs filed the Motion on September 14, 2026. Pursuant to Local Rule CV-7(d)(2), the deadline to oppose the Motion was September 28, 2026. No opposition has been filed. As the Motion is uncontested, Plaintiffs respectfully submit that no hearing is necessary. Of course, Plaintiffs are available to appear or respond in writing should the Court have any questions or concerns about the Motion.

The Court should grant the unopposed Motion to allow Plaintiffs to promptly issue notice of the proposed Settlement to potential Settlement Class Members, so that the Settlement can proceed to the final approval stage. At the final approval stage, the Court will hold a hearing, upon further submissions by Plaintiffs, Lead Counsel, and any potential objectors, to determine whether the Settlement is fair, reasonable, and adequate under Rule 23(e).

Accordingly, Plaintiffs request that the Court enter the [Proposed] Order Preliminarily Approving Class Action Settlement and Providing for Notice (Dkt. No. 118-1).

Dated: September 29, 2026

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: *_/s/Joshua Baker_*
Laurence Rosen (*pro hac vice*)
Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10116
Phone: (212) 686-1060
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs*

**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**
Stuart L. Cochran Texas Bar No.: 24027936 8080
Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
scochran@condontobin.com

*Liaison Counsel for Plaintiffs*

**SCHALL, BROWN & SCHWARTZ LLP**
Brian Schall
Rina Restaino
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Phone: (310) 301-3335
Fax: (213) 519-5876
Email: brian@schallfirm.com
Email: rina@schallfirm.com

*Additional Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/Joshua Baker*